IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EXXON MOBIL CORPORATION, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-10-2386 |
| § | |
| § | |
| UNITED STATES OF AMERICA, § | |
| § | |
| Defendant. § | |

**ORDER**

A hearing for oral argument on the plaintiff's motion to stay will be held on **December 1, 2010, at 1:30 p.m.**, in Courtroom 11-B. The initial pretrial and scheduling conference set for November 22, 2010 is canceled and will be held in combination with this hearing.

SIGNED on November 4, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge