IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EXXON MOBIL CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-10-2386 |
| | § | |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The United States has moved to reset an oral argument and status conference from December 1, 2010, based on a conflict in counsel's schedule. The December 1, 2010 hearing is cancelled and reset to **December 9, 2010, at 8:30 a.m.** The December 9 hearing will include both pretrial scheduling and oral argument on the motion to stay. There will be no postponements.

SIGNED on November 24, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge