# BAKER BOTTS LLP

THE WARNER
1299 PENNSYLVANIA AVE, NW
WASHINGTON, D.C.
20004-2400

TEL +1 202.639.7700
FAX +1 202.639.7890
BakerBotts.com

ABU DHABI
AUSTIN
BEIJING
BRUSSELS
DALLAS
DUBAI
HONG KONG

HOUSTON
LONDON
MOSCOW
NEW YORK
PALO ALTO
RIO DE JANEIRO
RIYADH
**WASHINGTON**

September 30, 2013

David J. Bradley
Clerk of the Court
United States Courthouse
515 Rusk Avenue
Houston, TX, 77002

United States District Court
Southern District of Texas
FILED

SEP 3 0 2013

David J. Bradley, Clerk of Court

Michael McGovern
TEL +1 202.639.7797
FAX +1 202.585.1055
michael.mcgovern@bakerbotts.com

BY HAND DELIVERY

Re: Case Nos. H-10-2386, H-11-1814 (LHR) - Plaintiff Exxon Mobil Corporation's Motion for Partial Summary Judgment as to Phase I Liability and Allocation and Supporting Memorandum

To the Clerk of the Court:

Today, September 30, 2013, Plaintiff Exxon Mobil Corporation ("ExxonMobil") filed its Motion for Partial Summary Judgment as to Phase I Liability and Allocation and Supporting Memorandum ("Motion for Partial Summary Judgment") in cases H-10-2386 and H-11-1814 via this Court's ECF system. ExxonMobil also filed the following attachments via ECF: (1) Proposed Order; (2) Plaintiff's Proposed Findings of Undisputed Material Facts; and (3) Affidavit of Michael McGovern.

Pursuant to our conversation with the Clerk's Office, Houston Division on September 27, 2013, ExxonMobil agreed to file the remaining attachments with the Clerk of the Court via CD for filing on ECF by the Clerk's Office. Please find enclosed two CDs, each containing (1) Exhibits 1-4, and (2) the Index to the Appendix and Appendix pages 000001-003087, to be filed on ECF in case nos. H-10-2386, H-11-1814 (LHR) as attachments to ExxonMobil's Motion for Partial Summary Judgment.

Sincerely,

BAKER BOTTS L.L.P.

By: *Michael McGovern*
Michael McGovern

MM/jd
Enclosures

cc (via ECF system) (w/o enclosures):
All counsel of record

DC01:688806.1



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

Records from another jurisdiction were received and will be maintained in paper by the Clerk.

_____   State Court Records

_____   Administrative Record from Social Security Administration

_____   Administrative Record from _____

✓   Other records: __CD_____

These records are maintained in _____ Volumes.

Case Number __4:10-cv-2386__