# EXHIBIT 6

Copy No. 69

CONFIDENTIAL

REPORT ON

POTENTIAL PRODUCTION OF BENZENE,
TOLUENE, AND XYLENE BY THE PETROLEUM
INDUSTRY

Submitted By

Aromatics Subcommittee

To The

Aircraft Fuels Committee

Military Petroleum Advisory Board

Washington, D. C.
December 29, 1950

CONFIDENTIAL



JHM-0001-5 **



MCD001



US-SH002417

C O N F I D E N T I A L

## SUMMARY

In the event of an all-out war, a critical shortage of benzene, toluene and xylene aromatics would develop. While the actual requirements cannot be predicted accurately, the subcommittee assisted by PAD, has estimated from available information that sources other than coal tar would have to supply 4,000 barrels per calendar day (BCD) of benzene for essential chemical manufacture, 18,500 BCD of toluene for explosives and solvents, 25,000 BCD of aromatics for aviation gasoline (which to a large degree could be either toluene or xylene) and 4,300 BCD of xylene for solvents or a total of 51,800 BCD.

Following distribution of a letter to the Petroleum Industry, information was obtained on current actual production of aromatics, on increased production obtainable from existing plants with minor expenditures, and on further increased production by possible new plant construction.

Based on the replies received, the following tabulation has been prepared which indicates one manner in which the requirements could be met:

| Demand: | BCD(a) Benzene | Toluene | Xylene | Dollars, Millions | Steel, Thousands Tons |
|---|---|---|---|---|---|
| Chemicals, Explosives, Solvents | 4,000 | 18,500 | 4,300 | -- | -- |
| Aviation Gasoline | — | 6,000(b) | 19,000(b) | -- | -- |
| Total | 4,000 | 24,500 | 23,300 | | |
| | | | | | |
| Production: | | | | | |
| From existing plants with minor expenditures | 3,035 | 6,995 | 7,900 | 5 | 2 |
| Increase by addition of auxiliary units to existing plants | 1,140 | 3,410 | 8,495 | 41 | 17 |
| Further increase by constructing totally new plants | — | 14,355 | 13,065 | 164 | 136 |
| Total | 4,375 | 24,760 | 23,460 | 190 | 155 |

(a) Basis 100% aromatics content.
(b) Arbitrary split of 25,000 BCD for aviation gasoline.

Three steps are indicated in the table to bring production up to the projected demand. The first step would involve minor expenditures at the existing plants in the estimated amount of $5 million, would consume about 2,000 tons of steel and would require about a year for completion. The resulting facilities could be operated for maximum benzene to produce 3,035 BCD of benzene, 6,995 BCD of toluene, and 7,900 BCD of xylenes. The second step would involve the addition of new feed stock

C O N F I D E N T I A L



JHM-0001-6



MCD001

US-SH002418

C O N F I D E N T I A L

fractionation and extraction units to synthesis plants in operation or under construction. This would require an estimated expenditure of $21 million, and would consume 17,000 tons of steel. The increased production would be 1,140 BOD of benzene, 3,410 BOD of toluene, and 2,495 BOD of xylene. In the third step, totally new construction would be involved to the extent needed to meet the demand and would require both synthesis and recovery facilities. This step would provide 14,355 BOD of toluene, and 13,065 BOD of xylene, for which the expenditure is estimated to be $164 million, and the steel requirement 136,000 tons. About two years time would be required to construct the equipment for steps two and three. Total production would be 4,175 BOD of benzene, 24,760 BOD of toluene and 23,460 BOD of xylene. It is estimated that the entire program could be carried out for a total expenditure of $190 million for equipment, and a total steel consumption of 153,000 tons. An appreciable increase in production could be realized during the first year, and the entire program could be carried out before the third year of all-out war, at which time peak production would be needed. This production could be obtained using well-proven processes that have been in commercial operation for some time.

At least 75% of the benzene demand could be obtained from existing plants in a short time. However, at the expense of benzene production, the same facilities could be operated for maximum toluene to produce 415 BOD of benzene, 12,385 BOD of toluene and 5,835 BOD of xylene. This toluene production would amount to about 90% of the World War II capacity. The units could be operated for either maximum benzene or maximum toluene production, depending on the most urgent need at the time.

In the Summary table, it is indicated that present facilities with the addition of auxiliary units would provide the entire requirement of benzene. Actually these facilities, which were built for toluene during World War II, could be returned to that service and some of the new plants could be constructed primarily for benzene production.

The production figures, based on possibilities reported by the industry, are only approximate. While much information was obtained, the industry could not fully explore the field in the short time available. Several of the large companies have not yet reported regarding new construction and others covered only one of their several refineries. Continued development of the problem would doubtlessly reveal means of further increasing production from existing facilities and substantially increasing production by the addition of auxiliary units. Finally, potential production of concentrated aromatics by the construction of totally new plants would be many times greater than the totals shown above.

The production of aromatics to the extent indicated above should not significantly affect the production of other critical war

2

C O N F I D E N T I A L

JHM-0001-7





CONFIDENTIAL

products, except indirectly through the construction materials and labor requirements involved. The aromatics would be produced at the expense of motor gasoline, since practically all of the production could be drawn from naphthas that would otherwise be used for motor gasoline.

3

CONFIDENTIAL



JHM-0001-8



MCD001

US-SH002420

C O N F I D E N T I A L

## INTRODUCTION

A shortage of aromatics of the types required by the Military will develop in the event of a war emergency. The maximum requirement would occur during the third year of all out effort. The requirements for the aromatics, which consist mainly of benzene, toluene, and xylenes, in relatively pure form, would exceed the present production capacity, and it seems likely that any substantial increase in capacity would have to be obtained from petroleum.

The Military Petroleum Advisory Board was requested to advise concerning the potentialities of the Petroleum Industry in meeting the shortage. In order to do this, an Aromatics Subcommittee to the Aircraft Fuels Committee was created. The subcommittee, functioning in a Government advisory capacity, consists of 16 members borrowed from the petroleum industry and related fields who, individually, were chosen because of their technical knowledge and background in the field of petroleum aromatics.

The Subcommittee was requested to prepare a general picture of the situation as rapidly as possible to indicate whether or not the petroleum industry had the potentialities to meet the aromatics shortage. This first report has been prepared with this objective in view, and as a result has been based on the somewhat limited data that could be assembled rapidly. It is possible that the figures on present production are low. It is known that the figures on potential production by new plant construction are low since it is evident that the industry could consider but a few of the possibilities in the time available.

## REQUIREMENTS

Aromatics in relatively high concentration have the following essential uses:

(1) *Essential Chemical Manufacture*. This relates mainly to benzene needed for the production of chemicals for use in the manufacture of such products as synthetic rubber, plastics and resins, synthetic detergents, and anilins for various outlets including rocket fuel. The minimum requirement of benzene is estimated at 225 MM Gal/Yr. of which about 165 MM is currently producable from coal tar. There remains 60 MM Gal/Yr. equivalent to about 4,000 BCD, which it is assumed would be derived from petroleum.

(2) *Explosives*. This consists entirely in the need for high purity toluene for TNT manufacture. It is estimated that the total requirement would amount to 19,600 BCD, of which about 2,300 BCD could be obtained from coal tar, resulting in a demand of about 17,300 BCD from petroleum.

4

C O N F I D E N T I A L





JHM-0001-9

MCD001

US-SH002421

C O N F I D E N T I A L

(3) **Aviation Gasoline.** The use of relatively pure aromatics in the toluene-xylene range, as blending agents to impart rich mixture performance, allows the production of large volumes of aviation gasoline without seriously curtailing the normal operation of refineries to produce other essential petroleum products. It has been estimated that 25,000 BOD of aromatics are required, which could be either toluene, xylene, or blends of the two.

(4) **Aromatic Solvents.** Relatively pure aromatics in the toluene-xylene range are needed for solvents, particularly in surface coating application. It has been estimated that present requirements amount to 8,000 BOD, of which at least 50 percent, or 4,000 BOD are currently used in fields that would be considered essential. In the event of all-out war, the essential use would probably increase at least 50 percent for a total of 6,000 BOD. About 20 percent of this, or 1,200 BOD, would need to be toluene, and of the remaining 4,800 BOD of xylene, at least 500 BOD could be supplied from coal tar.

The aromatics requirements from petroleum are summarized in the following table:

AROMATICS REQUIRED FROM PETROLEUM

Expressed as BOD of Pure Aromatics

|  | Benzene | Toluene | Xylene | Total |
|---|---|---|---|---|
| Essential Chemical Mfg. | 4,000 | --- | --- | 4,000 |
| Explosives | --- | 17,300 | --- | 17,300 |
| Aviation Gasoline | --- | 25,000(a) | | 25,000 |
| Solvents | --- | 1,200 | 4,300 | 5,500 |
|  |  |  |  | 51,800 |

(a) Total requirement of 25,000 BOD could be either toluene, xylene, or a blending of the two.

PROCEDURE

A letter of inquiry was prepared by the Subcommittee and forwarded on October 27, 1950, to 135 companies who operate petroleum refineries of 2,500 BCD or higher crude capacities, and to 10 process licensing companies. This questionnaire requested information concerning the immediate supply and long-range possibilities. By the end of November, approximately 100 replies had been received, which included substantially all the companies having crude capacity in excess of 50,000 BCD. The data presented have been tabulated, correlated, and analyzed by the Subcommittee and the results presented on the following bases:

(1) Capacity for producing aromatics from petroleum during World War II.

5

C O N F I D E N T I A L



JHM-0001-10



MCD001

US-SH002422

CONFIDENTIAL

(2) Present production of aromatics from petroleum, including a comparison with the war program.

(3) Immediate maximum potential aromatics production obtained from units now operating, rehabilitation of idle equipment and bottleneck removal, including production differentials when operating for maximum benzene vs. maximum toluene.

(4) New construction of feed preparation and extraction facilities required to recover fully aromatics from synthesis plants now in operation or under construction.

(5) Construction of completely new facilities including synthesis and extraction units.

This report includes only summarized data. The replies to the inquiry and detailed data compilations are on file in the office of PAD.

Throughout the report all quantities have been expressed in terms of 100% aromatics content and the actual purities of the streams are indicated. Accordingly, the actual quantities of those streams less than 100% pure are greater by the impurity content.

### PRODUCTION OF AROMATICS

<u>World War II Program</u>

The present production of aromatics by the petroleum industry is obtained almost entirely from plants that were constructed during World War II for the production of nitration toluene. At this time toluene was produced by (1) recovery from catalytically reformed naphtha; (2) isomerization and catalytic dehydrogenation of naphthenes from virgin naphtha; and (3) recovery from virgin and cracked naphthas. In most cases the toluene was recovered in high concentration by extraction with sulfur dioxide, extractive distillation employing phenol, or azeotropic distillation using methyl ethyl ketone or methanol. In one case concentration was effected by a second-pass hydroforming operation.

The largest volume of toluene was obtained by catalytic reforming (hydroforming) which produced, in addition to toluene, a concentrated aromatic fraction consisting primarily of xylenes, as a by-product. Eight such plants were constructed having a combined throughput of about 64,500 BOD of virgin naphtha and varying in size from 3,600 BOD to 25,000 BOD. These units with their extractive facilities produced about 12,825 BOD of toluene of which 95% was 99+ purity and 5% was 90+ purity, together with about 5,250 BOD of xylenes.

Two naphthene dehydrogenation units had a throughput of 6,000 BOD and produced about 1,510 BOD of toluene.

6

CONFIDENTIAL



JEH-0001-11


MCD001

C O N F I D E N T I A L

Six extraction units were constructed for the recovery of tolu-ene from virgin and cracked naphthas, with a total output of about 1,990 BOD of nitration toluene.

Total aromatics producing capacity during World War II, there-fore, amounted to about 13,705 BOD of toluene and 5,250 BOD of xylenes. A tabulation of the plants involved in the toluene program, showing their capacities and production, is given in Table X.

Present Production

Since the war the emphasis has shifted both as to types and purities of aromatics. The shortage of nitration-grade benzene for chemical manufacture has resulted in the use of some of these toluene facilities for benzene manufacture. Increased demands for aromatic con-centrates as solvents has brought about the diversion of some capacity to the manufacture of such products. Growing demands for Grade 115/145 aviation gasoline have occupied other capacity in the production of toluene and xylene concentrates of high rich mixture ratings. In all, about 75% of World War II toluene facilities are currently devoted to production of aromatic concentrates. The balance of the facilities are being applied to the improvement of motor gasolines or have been decom-missioned.

The petroleum industry is currently producing the following amounts of concentrated aromatics in the benzene—xylene range:

|  | BOD Aromatics in Concentrate | Average Purity of Concentrate |
|---|---|---|
| Benzene | 710 | 99+ |
| Toluene | 3,355 | 90 |
| Xylenes (including associated ethylbenzene) | 5,135 | 75 |
| Miscellaneous aromatic concen-trates of toluene and xylene | 2,030 | 61 |
|  | 11,230 | 85 |

Approximately 5,000 BOD of these aromatics are being used for solvents, a field which obtained practically no supplies from petroleum prior to World War II.

The present production of 11,230 BOD of aromatics averaging about 85% purity compares to the World War II output of 18,955 BOD of aromatics averaging about 96% purity. This reduction is due mainly to the following factors:

(1) There has been no need for maximum aromatics production. Therefore, even some of the facilities now in this service are operating

7

C O N F I D E N T I A L



J H M - 0 0 0 1 - 1 2



MCD001

US-SH002424

CONFIDENTIAL

at less than maximum output. Practically all operating units are processing only feed stocks from the associated refinery operations, whereas during the War supplementary feed stocks were brought in from outside sources.

(2) A greater variety of products is being made, which tends to decrease overall capacity. This seems to be particularly true where operating facilities designed for making toluene are now producing benzene.

(3) Lower purity products are being produced because requirements for current consumption are lower and in general the lower purity products are of lower cost.

Present production figures, listed according to companies and locations, are shown in Table II, and a list of the plants involved in the World War II program that are not contributing at present is shown in Table III. A comparison between present and World War II figures is summarized in Table IV.

Two of the eight hydroformers originally in the toluene program are no longer in aromatics concentrate service. A number of the remaining units are operating part-time for improvement of motor gasoline.

The naphthene dehydrogenation units are both in operation and are producing benzene and xylenes as well as toluene. The total aromatics production from these units is 1,110 BCD as compared to 1,510 BCD during the war.

One of the extractive units associated with a hydroformer producing aromatic concentrates is in distillation service and a number of others are operating at reduced capacity. None of the extraction units which formerly recovered toluene from straight-run and cracked naphthas are in this service and the resultant loss in toluene production is 1,990 BCD. In some cases these units could be reactivated.

### Maximum Use of Existing Facilities

While full information is not yet available on all plants, it appears that aromatics production could be increased, beginning immediately and progressively growing over the next twelve months to the levels shown on Tables V and VI. Table V based on production of maximum toluene indicates a total aromatics production of 18,635 BCD while Table VI showing estimates of production if maximum benzene is desired, indicates a total of 17,930 BCD.

Comparing these lists of production facilities with those of World War II, one hydroformer and three "extraction only" plants have gone out of the aromatics picture. The Subcommittee understands that

8

CONFIDENTIAL



JHH-0001-13



MCD001

C O N F I D E N T I A L

one hydroformer would require major repairs and new construction before it could be restored to operation; therefore, these facilities have not been included. Also three toluene extraction units are no longer capable of being restored to aromatics-purification service, eliminating these plants from the picture.

Referring to Table V, the estimated maximum production of nitration-grade toluene of 32,385 BCD is 1,320 BCD below the capacity during World War II. In realizing this maximum toluene capacity, it would be necessary to reduce current benzene production from 710 BOD to 415 BOD. If it were assumed that sufficient suitable stocks could be made available to fill all plants to capacity on toluene-making operations, the production of nitration grade toluene might be increased to about 13,000 BCD compared to 13,705 BCD during World War II. However, this would result in lowering current benzene production to 315 BCD.

Estimated production of 90+% purity xylene is 5,835 BCD, which is 700 BCD above present output and about 600 BCD above the World War II production.

As shown in Table VI, it is estimated that existing plants could produce 3,035 BOD of benzene if this aromatic assumed primary importance, which is 75% of the estimated shortage. Toluene production would be reduced from 12,385 BOD as in the maximum toluene case, to 6,995 BOD or by 5,390 BOD. Production of xylenes would be increased by 2,065 BCD. This increase in "xylenes" results largely from the inclusion of some toluene in the xylenes in this case.

In the event of an early situation requiring all-out production of aromatics, the ability of existing facilities to produce considerable amounts of benzene would very probably be valuable in helping to meet benzene requirements during the period when new facilities were being built, for presumably during that time requirements for nitration grade toluene will not have built up to a point where maximum toluene production is required. During this period benzene and toluene might compete for capacity within the approximate limits defined by Tables V and VI.

It appears that the expenditure required to put the existing plants in condition to produce maximum toluene or benzene would be less than $5,000,000. Steel requirements are not expected to exceed 2,000 tons.

Potential Aromatics from New Construction

Many companies within the Petroleum Industry are considering or are willing to consider projects for the manufacture of aromatics that involve construction of new facilities. Most of the possible

9

C O N F I D E N T I A L





JHW-0001-14

MCD001

US-SH002426

CONFIDENTIAL

TABLE I

APPROXIMATE CAPACITY FOR PRODUCTION OF AROMATICS FROM PETROLEUM—WORLD WAR II

**Hydroforming**

| Company | Location | Hydroformer Capacity-BCD | Recovery Method | Toluene Production BCD (c) | Xylene Production BCD (e) |
|---------|----------|--------------------------|-----------------|---------------------------|---------------------------|
| Humble | Baytown, Texas | 24,000 | SO₂ Ext. | 4,700 | 2,500 |
| S.O. of Cal. | Richmond, Cal. | 8,300 (a) | Degassing | 1,030 | 340 |
| S.O. (Ind.) | Whiting, Ind. | 7,900 | Phenol Ext. | 1,850 | 695 |
| Union | Oleum, Cal. | 5,200 (b) | MEK-Water | 585 | 290 |
| Pan Am. | Texas City, Tex. | 6,400 | Phenol Ext. | 720 | 630 |
| Pure Oil | Toledo, Ohio | 4,700 | " " | 510 | 430 |
| Continental | Ponca City, Okla. | 3,600 | " " | 490 (d) | 175 |
| Texas | Lockport, Ill. | 6,460 | " " | 720 | 370 |
| | | 64,500 | | 10,205 | 5,420 |

**Dehydrogenation**

| Company | Location | | Recovery Method | | |
|---------|----------|---|-----------------|---|---|
| Shell | Wilmington, Cal. | 3,200 | Phenol Ext. | 910 | ——— |
| Shell | Wood River, Ill. | 2,800 | | 600 | ——— |
| | | 6,000 | | 1,510 | |

**Extraction from Virgin and Cracked Naphtha**

| Company | Location | Feed Source | Recovery Method | | |
|---------|----------|-------------|-----------------|---|---|
| Gulf | Phila., Pa. | Vir. & Cr. Naph. | Phenol Ext. | 420 | ——— |
| Magnolia | Beaumont, Tex. | " " | Methanol Ext. | 455 | ——— |
| Shell | Houston, Tex. | Vir. Naphtha | Phenol Ext. | 100 | ——— |
| Shell | " | Vir. & Cr. Naph. | " " | 225 | ——— |
| Sinclair | Marcus Hook, Pa. | Vir. Naphtha | " " | 220 | ——— |
| Esso | Baton Rouge, La. | Cat. Cr. Naph. | " " | 570 | ——— |
| | | | | 1,990 | |

Total Toluene    13,705
Total Xylene      5,250

(a) Total thruput 10,300 BCD.  2,000 BCD required for second pass.
(b) Total thruput 6,400 BCD.  Unit operated 50% of time on other
      than aromatics production.
(c) Purity 99%
(d) Purity 90%
(e) BC/D of aromatics content (assuming 90% aromatics concentration)

12

CONFIDENTIAL





JHM-0001-15 **

MCD001

US-SH002427



C O N F I D E N T I A L

TABLE II

PRESENT PRODUCTION OF AROMATICS FROM PETROLEUM FROM PETROLEUM FACILITIES USED IN WORLD WAR II

**Hydroforming**

| Company | Location | Hydro. Cap., BCD | Recovery Method | Purity Benzene % | Volume | % | Xylene | % | Unknown | Quantity | Aromatics(b) Cut % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Humble | Baytown, Tex. | 24,000 | SO2 | — | 1,600 | 95.5 | 2,300 | 98.5 | 1,500 | | 63 |
| S.O.of Cal. | Richmond, Cal. | 8,200 | Reprocessing | — | 110 | 96 | 900 | 90 (c) | — | | — |
| S.O.(Ind.) | Whiting, Ind. | 9,700 | Distillation | — | 1,100 | 75 | 2,520 | 90 | — | | — |
| Pan Am | Texas City, Tex. | 6,500 | Phenol Ext. | 310 | 190 | 24 | 135 | 94+ | — | | — |
| Pure | Toledo, Ohio | 4,700 | Phenol Ext. | | | | | | | | |
| Conti-nental | Ponca City, Okla. | | " " | | | | | | | | |
| Sum | | 57,050 | | 310 | 3,125 | | 4,655 | | 1,100+ | | |

**Dehydrogenation**

| Shell | Wilmington, Cal. | 2,680 | Phenol Ext. | 400 | 60 | 99 | 30 | 99 | | | 62 |
| Shell | Wood River, Ill. | 3,400 | Phenol Ext. | — | 170 | 99 | 430 | 99 | | | 75 |
| Sum | | 6,080 | | 400 | 230 | | 460 | | | | 70 |

New Production Since World War II

| | | | Method | | | | | | | Quantity Unknown | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Tidewater | Avon, Cal. | 710 BCD | Ext. from Virg. Naphtha | | | | | | | 480 | |
| Richfield | Lake, Cal. | 3,355 | from Gas, Crude | | | | | | | 50 | |
| Sum | Marcus Hook, Pa. | 5,080 | " " " | | | | | | | 530+ | |

Total benzene    710 BCD
Total toluene    3,355
Total xylenes    5,155
Total aromatics cut  2,050
                11,250

(a) Aromatics production expressed as BCD of 100% aromatic content.
(b) Aromatic cuts have been considered only when the aromatics content exceeds 50%.
(c) Xylene cut is substantially free of ortho-xylene.

C O N F I D E N T I A L

JHM-0001-16 **

MCD001

US-SH002428

C O N F I D E N T I A L

### TABLE III

### UNITS OPERATING DURING WORLD WAR II, NOT PRODUCING

### AROMATICS AT PRESENT

| Hydroformers | | Hydroformer Capacity | World War II Production Toluene BCD | Xylene BCD |
|---|---|---|---|---|
| Union | Oleum, Cal. | 3,200 BCD(a) | 585 | 520 |
| Texas | Lockport, Ill. | 6,400 BCD | 720 | 172 |
| | | 9,600 | 1,305 | 660 |
| Extraction Units | | | | |
| Gulf | Phila., Pa. | -- | 420 | -- |
| Magnolia | Beaumont, Tex. | -- | 455 | -- |
| Shell | Houston, Tex. | -- | 100 | -- |
| Shell | | -- | 225 | -- |
| Sinclair | Marcus Hook, Pa. | -- | 220 | -- |
| Esso | Baton Rouge, La. | -- | 570 | -- |
| | | | 1,990 | |

(a) See note (b), Table I

### TABLE IV

### COMPARISON OF AROMATICS PRODUCTION CAPACITY DURING WORLD WAR II

### AND PRESENT PRODUCTION

| | World War II | | Present | |
|---|---|---|---|---|
| | BCD | % | BCD | % |
| Benzene | --- | -- | 710 | 99+ |
| Toluene (High Purity) | 13,215 | 99+ | 1,730 | 99 |
| Toluene | 490 | 90+ | 1,625 | 80 |
| Xylene | 5,250 | 90+ | 5,135 | 94 |
| Aromatics Cuts | --- | -- | 2,030 | 63 |
| | 18,955 | | 11,230 | |

14

C O N F I D E N T I A L



SHM-0001-17 **



MCD001

US-SH002429

C O N F I D E N T I A L

### TABLE V

### ESTIMATED PRODUCTION OF AROMATICS FROM PETROLEUM

### WHEN MAXIMIZING TOLUENE PRODUCTION

### (EXISTING PLANTS--REHABILITATED WHERE NECESSARY)

| Company | Location | Benzene BPD | Toluene BPD | Xylene (90%) BPD (b) |
|---|---|---|---|---|
| **Hydroforming** | | | | |
| Humble | Baytown, Texas | ---- | 4,800 | 2,800 |
| S. O. Cal. | Richmond, Cal. | ---- | 1,030 (a) | 140 (a) |
| S. O. Ind. | Whiting, Ind. | ---- | 1,800 | 1,675 |
| Pan Amer. | Texas City, Texas | ---- | 570 | 600 (a) |
| Pure Oil | Toledo, Ohio | ---- | 550 | 520 |
| Continental | Ponca City, Okla. | 100 | 315 | 200 (a) |
| Texas | Lockport, Ill. | ---- | 720 | 500 (a) |
| **Dehydrogenation** | | | | |
| Shell | Wood River, Ill. } & Wilmington, Cal.) | ---- | 2,000 (a) | ---- |
| **Extraction from Virgin and Cracked Naphtha** | | | | |
| Gulf | Phila., Pa. | ---- | 200 | ---- |
| Esso | Baton Rouge, La. | 315 | 400 | ---- |
| Total | | 415 | 12,385 | 5,835 |

(a) Estimated by Subcommittee
(b) B/CD of aromatics content

C O N F I D E N T I A L



JHH-0001-18 **



MCD001

C O N F I D E N T I A L

TABLE VI

ESTIMATED PRODUCTION OF AROMATICS FROM PETROLEUM

WHEN MAXIMIZING BENZENE PRODUCTION

(EXISTING PLANTS—REHABILITATED WHERE NECESSARY)

| Company | Location | Benzene BPD | Toluene BPD | Xylene (50%) BPD (c) |
|---|---|---|---|---|
| **Hydroforming** | | | | |
| Humble | Baytown, Texas | | 4,800 | 2,200 |
| S. O. Cal. | Richmond, California | 300 | 110 (a) | 900 (a) |
| S. O. Ind. | Whiting, Indiana | 750 | —— | 3,060 (b) |
| Pan Amer. | Texas City, Texas | 400 | —— | 5:0 (a-b) |
| Pure Oil | Toledo, Ohio | —— | 550 | 520 |
| Continental | Ponca City, Oklahoma | 100 | 315 | 200 (a) |
| Texas | Lockport, Illinois | —— | 720 | 500 (a) |
| **Dehydrogenation** | | | | |
| Shell | Wood River, Illinois and Wilmington, California | 1,070 | —— | —— |
| **Extraction from Virgin and Cracked Naphtha** | | | | |
| Gulf | Philadelphia, Pennsylvania | —— | 200 | —— |
| Esso | Baton Rouge, Louisiana | 415 | 300 | —— |
| | | 3,035 | 6,995 | 7,900 |

(a) Estimated by Subcommittee

(b) Mixed toluene-xylene containing approximately 80% aromatics.

(c) B/CD of aromatics content.

16

C O N F I D E N T I A L

38293





JHM-C)01-19 **

US-SH002431

CONFIDENTIAL

Table VI

## NEW CONSTRUCTION POSSIBILITIES REPORTED

| Company and Location | Primary Processes and Charge (BPD) | Status of Primary Process | Potential Aromatics (BPD) Benzene | Toluene | Xylene | Remarks |
|---|---|---|---|---|---|---|
| **Auxiliary Units** | | | | | | |
| Atlantic-Philadelphia | Cat. Reform. | 11,000 | B | 650* | 990* | 2580* | |
| Aurora-Detroit | " | 5,170 | B | 550 | 500 | 286 | |
| Midwest-Detroit | " | 1,380 | D | | 100 | | |
| Old Dutch-Muskegon | " | 1,700 | A | | 575 | | |
| Pan American-Texas City | " | 6,470 | A | 100 | 1190 | *60 | Differential production add. purif. facil. |
| Premier-Longview | " | 1,500 | B | | 125* | | |
| Taylor-Fort Total | " | 3,600 | B | | 210* | 210* | |
| Subtotal | | | | 1140 | 5410 | 2496 | |
| **Complete Plants** | | | | | | | |
| Atlas Proc.-Shreveport | Extr. of Naphth. | 12,000 | A | 400 | 1750 | 3180 | |
| Cities Service-Lake Charles | Cat. Reform. | 20,000 | C | 1000 | 580 | 760 | |
| "   -East Chicago | " | 6,000 | C | 560 | 680* | 1050* | |
| Eastern States-Houston | " | 7,000 | C | 420* | 650* | 3750* | |
| Zeno St'd.-Baton Rouge | " | 25,000 | C | 1000* | 225* | | |
| Midland-Cushing | " | 1,400 | C | | 125* | | |
| Mephand-Muskegon | " | 900 | C | | 75 | | |
| Petroleum Spec.-Fintrock | " | 270 | C | | 125 | 75 | |
| Phillips-Borger | " | 3,300 | C | | 90 | | |
| Skelly-Houston | Therm. Crack. | 2,100 | C | 280 | | | |
| -Houston | Fract., Isom. | 8,500 | C | 710 | 710 | | |
| Socony-Beaumont | Dehydrogenation | 13,000 | C | (600)xn-113(or -775) | | | Produce C18 BPD cyclohexane |
| St'd. Calif.-El Segundo | Isom-Dehydro. | 6,300 | C | (210)xn-600 (or -280) | | | Charging B-hexane |
| St'd. Ohio | Isom-Dehydro. | 15,700 | C | 1000 | 2800 | 225* | Charging heptyl cyclohexane |
| Sun Oil-Marcus Hook | Cat. Reform. | 8,900 | C | 900* | 1350* | 2000 | |
| | | 9,600 | C | 515 | 560 | 3356 | |
| Subtotal | | | | 5035 | 6595 | 7200 | |
| From Existing Plants (Table VI) | | | | 5035 | 24760 | 23465 | |
| TOTAL | | | | 12250 | | | |

* Estimated by Subcommittee - production figures not given.

A - Existing
B - Under construction or authorized
C - Being considered

CONFIDENTIAL

17



JHM-0001-20  **
MCD001

C O N F I D E N T I A L
Table VII

NEW CONSTRUCTION POSSIBILITIES REVIEWED

| Company and Location | Primary Processes and Charge (BCD) | Status of Primary Process | Potential Aromatics (BCD) Benzene | Toluene | Xylene | Remarks |
|---|---|---|---|---|---|---|
| **Auxiliary Units** | | | | | | |
| Atlantic-Philadelphia | Cat. Reform. | B | 680* | 990* | 1680* | |
| Aurora-Detroit | " | B | 390 | 310 | 290 | |
| Midwest-Detroit | " | B | | 100 | | |
| Old Dutch-Muskegon | " | A | | 375 | | |
| Pan American-Texas City | " | A | 100 | 1190 | 960 | Differential production add. purif. facil. |
| Premier-Longview | " | B | | 125* | | |
| Taylor-Fort Isbel | " | B | | 320* | | |
| Subtotal | | | 1250 | 3410 | 2490 | |
| **Complete Plants** | | | | | | |
| Atlas Proc.-Shreveport | Extr. of Naphth. | A | 420 | | | |
| Cities Service-Lake Charles | Cat. Reform. | A | 1000 | 1750 | 5180 | |
| " -East Chicago | " | A | 360 | 680 | 780 | |
| Eastern States-Houston | " | C | 400* | 650* | 1050* | |
| Esso Std.-Baton Rouge | " | C | 1000* | 225* | 3750* | |
| Midland-Amelia | " | C | | 125* | | |
| Maphol-Muskegon | " | C | | 75 | 75 | |
| Petroleum Spec.-Flatrock | " | C | | 125 | | |
| Phillips-Borger | Therm. Crack. Fract., Isom. | C | 280 | 30 | | Produce 616 BCD cyclohexane |
| | & hydrogn. | C | | | | Charging i-hexane |
| | Dehydrogenation | | | | | Charging isohept cyclohexane |
| Skelly-Houston | Isom.-Dehydro. | C | 720 | 720 | | |
| -Sonco | Isom.-Dehydro. | C | (600)or-1150 (or -780) | | | |
| Socony-Beaumont | Cat. Reform. | C | (210)or- 600 (or -260) | | | |
| Std. Calif.-El Segundo | " | C | 1000 | 2600 | 2250* | |
| Std. Ohio- | " | C | 900* | 1350* | 2000 | |
| Sun Oil-Marcus Hook | " | C | 615 | 660 | 10055 | |
| Subtotal | | | 6035 | 10335 | 10055 | |
| From Existing Plants (Table VI) | | | 3055 | 6095 | 7900 | |
| TOTAL | | | 12280 | 24760 | 23460 | |

* Estimated by Subcommittee - production figures not given.

A - Existing
B - Under construction or authorized
C - Being considered

C O N F I D E N T I A L
17


JHM-0001-20 **


MCD001





US-SH002434

# EXHIBIT 7

HUMBLE OIL & REFINING COMPANY
HOUSTON 1, TEXAS

November 23, 1950

DEPT. OF THE INTERIOR
RECEIVED
★ NOV 24 1950
OIL & GAS DIVISION

HINES H. BAKER,
PRESIDENT

In re:  Production and Recovery
of Aromatics

RESTRICTED

Mr. H. A. Stewart
Acting Deputy Administrator
Petroleum Administration for Defense
Interior Building
Washington, D. C.

Dear Sir:

        In a letter dated October 27, 1950, Mr. W. M. Holaday, Chairman,
Military Petroleum Advisory Board, Aircraft Fuels Committee, asked certain
information of us as to our immediate supply of aromatics and the long
range possibilities of our increasing production of aromatics for use in
critical products.  The answers to the various questions asked by
Mr. Holaday are set out in the attached memorandum of operations conducted
at Humble's Baytown Refinery.

        The estimates of production are based upon current crude runs of
approximately 250,000 B/D and would, of course, be affected by changes in
crude runs, in types of crudes processed, and in processing conditions
which might vary from time to time.  All of the aromatics currently being
manufactured (except the 55% xylene hydroformate) is used in supplying
commitments to customers for solvents and in increasing production of
aviation gasolines both at our Baytown Refinery and at refineries of our
customers.  Further, approximately 600 B/D of cyclohexane is being sold
under contract to a chemical company, which would be required to use
benzene for manufacture of a critical product if the cyclohexane were not
available.

        In connection with the longer range possibilities of increasing
aromatics production, the estimates of cost for facilities are tentative,
and the indicated effect on aviation gasoline production has been shown
on an industry basis, wherein it has been assumed that the rich mixture (3c)
rating limits aviation gasoline production.  Of the six possibilities listed,
we are proceeding with the necessary work and acquisition of the facilities
to obtain the results indicated under "Segregated Hydroforming of Coastal
Naphtha," and "Hydrogenation of Hydroformate."  Also, active study is being
given to "Production of Incidental Xylenes" and "Installation of Additional
Aromatics Extraction Capacity."  In regard to the last two items shown -

DECLASSIFIED

Mr. H. A. Stewart                - 2 -                November 23, 1950

namely, "Production of 50% Benzene Concentrate," and "Recovery and
Purification of Benzene and Benzene Producers from Existing Refinery Streams,"
the penalties to aviation gasoline production accruing to the operations
mentioned appear too severe to warrant installation of facilities at the
present time.  Also, to the extent that cyclohexane can be used to displace
benzene in the manufacture of critical products, it would appear more
advantageous to consider a project wherein maximum cyclohexane would be
recovered.

      Please advise if we can be of further assistance in your work on
this problem.

                              Very truly yours,

HHB.V.j

DECLASSIFIED

REPRODUCED AT THE NATIONAL ARCHIVES

MISC-00005898

R E S T R I C T E D

PRODUCTION AND RECOVERY OF AROMATICS
BAYTOWN, TEXAS, REFINERY OF HUMBLE OIL & REFINING COMPANY

1(a) Present Production

| | Present B/CD |
|---|---|
| Solvent Toluene (98.5 % purity) | 1,500 |
| Solvent Xylenes    "       " | 2,300 |
| $C_9$ Aromatic Solvent (Solvesso 100) | 600 |
| $C_{10}$ Aromatic Solvent (Solvesso 150) | 200 |
| Toluene Concentrate (60-65% Purity) Av. | 2,500 |
| Mixed Toluene and Xylene Aromatics Motor (90%) | 250 |
| Aviation Xylene (90-93% Purity) | 0 |
| Xylene Hydroformate (55% Xylene) Motor | 2,900 |

*Covered by Group (1)* (handwritten)

1(b) Possible Production

| | Case I Max. Toluene from Present Crudes, B/CD | Case II World War II Basis, B/CD ** |
|---|---|---|
| Solvent Toluene (Nitration Grade) | 4,000 | 4,800 |
| Solvent Xylene | 0 | 0 |
| $C_9$ Aromatic Solvent (Solvesso 100) | 0 | 0 |
| $C_{10}$ Aromatic Solvent (Solvesso 150) | 0 | 0 |
| Toluene Concentrate | 0 | 0 |
| Toluene Slop for Aviation | 50 | 50 |
| Aviation Xylene (90-93% Purity) | 2,200* | 2,200* |
| Xylene Hydroformate | 0 | 0 |
| Coastal Aviation Aromatics | 0 | 0 |

*Covered by Group (1)* (handwritten)  *For Group (1)* (handwritten)

* Production of aviation xylene is contingent on either (1) use of refinery rerun equipment now in other services or (2) use of BOW towers which would reduce toluene production by about 350 B/D.

**Assumes importation of selected feed stocks similar to those in last war.

2. Types of Plants

(a) Present plant consists of the former Baytown Ordnance Works which includes crude naphtha fractionating facilities, a 24,000 B/CD fixed bed Hydroformer, hydroformate fractionating facilities, and $SO_2$ aromatics extraction plant, aromatics acid treating and hydrolyzing facilities, and a product rerun unit.

(b) Equipment which could be added



$SO_2$ Plant No. 1, which is now used for finishing 12,000 B/D of kerosene, could be used for production of 85% purity heavy aromatic solvents. Rehabilitation of an idle existing tower (ARU 4) and an additional furnace, tankage and lines would be necessary for this operation.

R E S T R I C T E D

DECLASSIFIED

REPRODUCED AT THE NATIONAL ARCHIVES

MISC-00005899

R E S T R I C T E D

3. Feed Stocks

(a) Present

| Feed Stocks to BOW | Charge to BOW B/CD |
|---|---|
| Average Light Crude Naphtha (Mid-Continent Type) | 45,000 |
| Tomball Light Crude Naphtha (Aromatic Type) | 7,800 |
| Coastal Light Crude Naphtha (Naphthenic Type) | 3,300 |
| Total | 56,100 |

Composition of Typical BOW Feed Stocks

Yields, %

| Charge | C4∕ | C5-200* | 200-250 | 250-300 | 300-340 | 340∕ |
|---|---|---|---|---|---|---|
| Light Crude Naphtha | 4 | 28 | 23 | 20 | 17 | 8 |
| Tomball Naphtha | 4 | 22 | 25 | 23 | 17 | 10 |
| Coastal Naphtha | 4 | 20 | 27 | 26 | 13 | 10 |

Estimated Naphthene and Aromatic Content, %

| Charge | MCH | Toluene | C8 Naphthenes | Xylene | C9 Naph. | C9 Arom. | C10 Naph. |
|---|---|---|---|---|---|---|---|
| Light Crude Naphtha | | | | | | | |
| 200-250 °F | 28 | 6 34 | ( 7 | 40 | | | |
| 250-300 °F | | | 21 | 12 | 14 | | |
| 300-340 °F | | | | | 3 | 8 | 31 |
| Tomball Naphtha | | | | | | | |
| 200-250 °F | 42 | 30 72 | 5 | 67 | | | |
| 250-300 °F | | | 17 | 35 | 15 | | |
| 300-340 °F | | | | | 5 | 20 | 25 |
| Coastal Naphtha | | | | | | | |
| 200-250 °F | 55 | 1 66 | 15 | | | | |
| 250-300 °F | | | 38 | 3 | 40 | | |
| 300-340 °F | | | | | 12 | 10 | 75 |

*This fraction together with 3,300 B/CD of C5-200° light hydroformate is charged
to the Naphtha Fractionating Unit for production of aviation base stock and 85%
cyclohexane concentrate. These feed stocks contain the following quantities of
benzene and benzene producers; however, facilities for their purification are
not available.

| Component | B/CD |
|---|---|
| Cyclohexane | 1,400 |
| Benzene | 400 |
| Methyl Cyclopentane | 1,300 |

R E S T R I C T E D

DECLASSIFIED

REPRODUCED AT THE NATIONAL ARCHIVES

MISC-00005900

R E S T R I C T E D

(b) There are no feed stocks at Baytown other than those shown in 3(a) which are available for processing on existing equipment. Those stocks shown in 3(a) are already being used to supply solvents commitments and to maximize output of aviation gasoline.

4. Effect of increased aromatics production on production of other critical products.

In going from present production, as shown in 1(a), to possible operations with existing equipment, as shown in 1(b) as Cases I and II, the effect on production of solvents and Grade 115/145 Aviation would be approximately as follows.

| Delta Products | Item 1(b) Case I – Present Prod., B/CD | Item 1(b) Case II – Present Prod., B/CD |
|---|---|---|
| Solvent Toluene | (1,500) | (1,500) |
| Nitration Toluene | 4,000 | 4,800 |
| Solvent Xylene | (2,300) | (2,300) |
| $C_9$ Aro. Solvent (Solvesso 100) | (600) | (600) |
| $C_{10}$ Aro. Solvent (Solvesso 150) | (200) | (200) |
| Equiv. Grade 115/145 Aviation | (300)* | (300)* |

*Does not include effect at outside plants from which feed stocks are imported.

Longer Range Possibilities

Some of the projects shown hereinafter and the indicated additional products which would be obtained from these projects are increments over the present production shown under Item 1(a). If operations were altered to produce the products shown under Item 1(b), this additional production may not be applicable. Some of the other projects are independent of the BOW operation.

R E S T R I C T E D

DECLASSIFIED

REPRODUCED AT THE NATIONAL ARCHIVES

R E S T R I C T E D

*Included in Table*

I. Segregated Hydroforming of Coastal Naphtha

1. This requires segregation and hydroforming of the 200-340°F fraction of Coastal naphtha. Segregated hydroforming rather than in admixture with poorer quality naphthas may permit including the $C_5$-300°F fraction of the hydroformate directly in aviation.

2. This project is awaiting the outcome of a plant test run planned for December, 1950.

3. The feed stock is 3,300 B/CD of virgin Coastal naphtha.

4. It is estimated that this project will produce 650 barrels per day of additional aviation aromatics having a 3-C index number (with 3 cc TEL) of 145-150.

5. Capital Investment - $82,000 for 80,000 barrel tank and lines.

6. Steel requirements - 300 tons.

7. No change in utilities or chemicals would occur.

8. No additional labor would be required.

9. This project would be used only for the production of additional aviation aromatics.

R E S T R I C T E D

DECLASSIFIED

REPRODUCED AT THE NATIONAL ARCHIVES

R E S T R I C T E D

*Listed in Table 2*

II. Hydrogenation of Hydroformate

1. Toluene, xylene, and the Solvesso solvents must be acid treated severely for final product quality. Pilot unit data have shown that hydrogenation of the total Hydroformer product in a fixed bed reactor using Shell 62 or BR 973 catalyst will reduce the unsaturate content sufficiently to eliminate acid treating of xylenes and the Solvessos and reduce appreciably the acid treat required for toluene.

2. Engineering work on this project is essentially complete, and the installation should be completed by about the middle of 1951.

3. See item 1, above.

4. Less severe acid treating of toluene and elimination of xylene acid treating will reduce losses of these aromatics to sludge and polymer by a total of about 120 B/CD; losses of Solvesso 100 and 150 will be reduced about 30 B/CD. In addition, it is planned to install a new furnace at an idle column to increase recovery of the Solvessos when acid treating of these stocks is eliminated; activation of this column will increase Solvesso production by 150-200 B/CD.

5. The capital investment for hydrogenation of hydroformate, including the purchase of catalyst, and for a new furnace for additional rerun facilities is estimated to be about $700,000.

6. About 254 tons of steel will be required for a 250 psi working pressure, 10x15 foot reactor, lines, and a 25 million Btu per hour furnace.

7. The initial catalyst charge required for this project will amount to 70,000 pounds of Shell 62 or BR 973 hydrogenation catalyst. Utilities consumption will be increased by that required for operation of the additional rerun column. Sulfuric acid and caustic soda consumption will be reduced by 53 and 5 tons/CD, respectively.

8. No significant increase in operating or maintenance labor will occur.

R E S T R I C T E D

DECLASSIFIED

REPRODUCED AT THE NATIONAL ARCHIVES

R E S T R I C T E D

*Included in Table 2*

III. Production of Incidental Xylenes

1. This project involves installation of additional fractionating facilities to segregate 260-300°F boiling range virgin naphtha from the present Hydroformer feed so that approximately 260°F end point naphtha, containing the majority of the $C_8$ naphthenes, can be hydroformed separately for the production of xylenes which can be recovered in purities of 90-93% by simple distillation. The 260-300°F boiling range naphtha would be hydroformed in a separate operation to produce xylenes for $SO_2$ extraction.

2. This operation was performed during World War II. Process design and economics of this operation have not yet been prepared.

3. This operation entails no change in overall Hydroformer feed stocks, but merely provides for more efficient utilization.

4. This project would produce approximately 1,500 B/CD of 90-93% purity xylenes having a 3-C Index Number with 3.0 cc TEL per gallon of 165-170. This production would be obtained at the expense of the 55% purity xylene hydroformate shown in item 1(a) and represents an addition to the high purity aromatics shown in this item; but it is interchangeable with the high purity xylenes shown in item 1(b).

5 & 6. No estimates of the cost of this project have been obtained. One install-ation, requiring about 770 tons of steel includes one 50 plate, 12 foot diameter, furnace reboiled fractionator, additional tankage and lines. However, a smaller and higher cost increment of aviation xylenes could be produced without installing the new tower, thereby reducing the steel requirement to about 245 tons. The new lines and tankage required for this operation are estimated to cost about $100,000. Approxi-mately 460 B/CD of aviation xylenes, equivalent to an additional 750 B/CD of Grade 115/145 Aviation, could be produced without the new tower; however, this would result in a severe penalty in motor gasoline production, making the cost of the additional xylenes high. This high cost could be avoided and the production rate could be increased to 1,500 B/CD by installing the new tower.

7 & 8. No additional chemicals or catalyst would be required. Utilities and operating and maintenance labor would be increased by the amount necessary for one additional fractionator and the additional tankage.

9. Flexibility has been indicated under item 4, above.

R E S T R I C T E D

DECLASSIFIED

R E S T R I C T E D

*Included in Table 2*

IV.  Installation of Additional Aromatics Extraction Capacity

1.  As an alternative to production of additional 90-93% purity xylenes for aviation gasoline, facilities could be installed to upgrade these xylenes to solvent purity.  Additional extraction facilities might consist of (1) expansion of the present No. 2 $SO_2$ Plant, (2) installation of a new $SO_2$ plant, or (3) installation of a phenol extractive distillation unit which would process toluene, thereby releasing $SO_2$ plant capacity for additional xylenes.  Capacity could be provided in this extractive distillation unit to process benzene recovered from present streams or produced by hydroforming selected feed stocks.

2.  Studies have been initiated recently to determine the relative economics of the above alternatives as well as to establish the applicability of benzene purification by $SO_2$ extraction.

3.  The net feed stocks for additional extraction capacity would consist of approximately 2,900 B/CD of 55% purity xylene hydroformate, however, as mentioned above, the actual feed to the new unit might consist of toluene now charged to $SO_2$ extraction, which would release $SO_2$ plant capacity for processing the xylenes. The new unit might also charge benzene feed.  Approximately 320 B/CD of a 50% benzene concentrate feed could be produced with existing fractionating facilities; this is discussed under item V.

R E S T R I C T E D

DECLASSIFIED

REPRODUCED AT THE NATIONAL ARCHIVES

R E S T R I C T E D

*Included in Table 2*

V.  Production of 320 B/CD of 50% Benzene Concentrate

1.  This product could be recovered in existing fractionating equipment from light hydroformate.  Production of higher purity by distillation is not possible due to presence of azeotropes, and $SO_2$ extraction is not practicable in the existing plant.

2.  Test production has been demonstrated in the plant; however, installation of pumps, lines, tankage, and loading facilities would be required for regular production.

3.  This benzene would be produced from light hydroformate now being processed for aviation base stock production.

4.  The net change in critical products accompanying production of benzene concentrate would be as follows:

| Net Product | B/CD |
|-------------|------|
| 50% Purity Benzene | 320 |
| Grade 115/145 Aviation | (450) |

5.  The investment for storing and shipping benzene concentrate is estimated to be approximately $100,000.

6.  About 270 tons of steel would be required for two 10,000 barrel atmospheric storage tanks and approximately 10,000 feet of 4-inch pipe.

7.  Only normal utilities would be required for this project.

8.  Only normal operating and maintenance labor would be required for this project.

R E S T R I C T E D

DECLASSIFIED

REPRODUCED AT THE NATIONAL ARCHIVES

RESTRICTED *Included in Table 2*

VI.  Recovery and Purification of Benzene and Benzene Producers from Existing
     Refinery Streams

     1.  All 200°F. end point virgin naphthas and the 200°F. end point light
hydroformate are segregated and charged to a super fractionating unit for pro-
duction of aviation base stock; 600 B/CD of an 85% purity cyclohexane are also
produced from these feed stocks.  These feed stocks contain the following appro-
ximate quantities of hydrocarbons which might be produced in one stream as feed
stock for a purification unit to supply high purity selected raw stocks for ben-
zene manufacture.

| Component | B/CD |
|---|---|
| N-Hexane | 2,600 |
| Methyl Cyclopentane | 1,300 |
| Dimethyl Pentanes | 400 |
| Benzene | 400 |
| Cyclohexane | 1,400 |
| Total | 6,100 |

*Table 2*

It is possible that the methyl cyclopentane, benzene, and cyclohexane could be
recovered as separate streams in good yield and high purity by a combination of
extractive and azeotropic distillation.  It is understood that high purity cyclo-
hexane can be substituted for benzene in the manufacture of critical chemicals.
The methyl cyclopentane could be isomerized to cyclohexane which could be con-
verted to benzene if cyclohexane were not needed.

     It is believed that segregating and processing these hydrocarbons separately
might be preferable both from the standpoint of maximizing benzene production and
in producing benzene at minimum cost.  For example, the benzene equivalent in the
above stream, assuming complete conversion of the naphthenes, would amount to ap-
proximately 2,600 B/CD.  On the other hand, if the above stream were hydroformed,
total benzene production would amount to only 1,400 B/CD (only slightly greater
than the benzene equivalent of the cyclohexane and benzene contents) principally
because of the low yield obtained from methyl cyclopentane.  Moreover, such an
operation in existing hydroforming facilities at Baytown would reduce production
of other aromatics and aviation gasoline drastically.

     2.  An exploratory investigation of processes to recover the above hydro-
carbons in high purity is contemplated.

     3.  See item 1.

     4.  If the above quantities of methyl cyclopentane, cyclohexane and benzene
were segregated and processed in an optimum manner to obtain the ultimate poten-
tial yield of benzene, it is estimated that production of Grade 115/145 Aviation
gasoline would be reduced by approximately 2,000 B/CD, and the production of 85%
cyclohexane concentrate by 600 B/CD.

     5, 6, 7, 8.  Information is not available.

     9.  This project would not affect toluene or xylene production.

RESTRICTED

DECLASSIFIED

REPRODUCED AT THE NATIONAL ARCHIVES

R E S T R I C T E D

VII.  Thermal Aftertreating of Catalytic Naphtha

1.  Catalytic naphtha could be thermally aftertreated, acid treated, and rerun to produce high purity xylenes for aviation gasoline.

2.  Operability of this process was demonstrated in World War II.  Thermal cracking facilities are available at Baytown, but lines, tankage and finishing facilities are not available.  No work on this is being done at the present time.

3.  3,500 B/CD of catalytic naphtha are available for thermal aftertreating.

4.  This project would increase Grade 115/145 production by an estimated 3,500 B/CD, provided that 3-C rating limited Aviation gasoline production.

5, 6.  Information not available.

7, 8.  Utilities consumption would be increased by the equivalent of four thermal cracking units, as would operating and maintenance labor.  Sulfuric acid requirements for treating the cracked product would amount to approximately 15 tons/CD.

9.  This project would not affect other aromatics production.

R E S T R I C T E D

DECLASSIFIED

REPRODUCED AT THE NATIONAL ARCHIVES

# EXHIBIT 8

REPRODUCED AT THE NATIONAL ARCHIVES

# HUMBLE OIL & REFINING COMPANY
### HOUSTON 1, TEXAS

September 25, 1952

HINES H. BAKER,
PRESIDENT

Mr. J. Ed Warren
Deputy Administrator
Petroleum Administration for Defense
Washington 25, D. C.

Dear Ed:

Since our telephone conversation of September 17, in which you pointed out that ASPPA is short about 15,000 B/D of aviation gasoline over the next five months, we have reviewed projected operations at our Baytown Refinery and wish to report that we plan to operate all of our aromatics-producing equipment at capacity. Further, return to service of our No. 1 Catalytic Cracking Unit should make available sufficient olefins and isobutane to load our Alkylation Plant to capacity. Unfortunately, this plant is currently limited by the downtime of a centrifugal compressor, the turbine drive of which has been returned to the Terry Steam Turbine Company for repairs. Since that Company is on strike, it is not known when the repaired turbine will be returned; meanwhile, aviation gasoline production equivalent to about 600 B/D of Grade 100/130 is being lost. The Terry Company has advised that it cannot move the turbine from the struck plant even though it might be repaired elsewhere. Despite this, we plan some test work at the Alkylation Plant within the next few weeks to determine after adequate olefin supplies are available whether additional alkylate might be produced even at some sacrifice in quality. We will, of course, revise production estimates reported to you regularly if such test work indicates a substantially higher production to be possible.

We have investigated the possibility of obtaining field natural gasoline for superfractionation on existing equipment to increase supplies of isopentane, isohexane, and isoheptane. Sale of these premium base stocks to Esso Standard Oil Company has been discussed, since we understand that that Company is using a much poorer aviation base stock in its aviation gasoline blends. The production of the superfractionated base stock and its purchase by Esso Standard and subsequent blending at one of the Esso Standard refineries entail additional costs but should increase aviation gasoline production by about 500 B/D of Grade 100/130. We understand that Esso Standard plans to discuss sale of the additional gasoline to ASPPA with PAD.

Laboratory work is being done to determine whether a better than marginal quality aviation base could be produced by acid treating and rerunning light catalytic naphtha. Based upon our experiences during the last war, it appears that a 120 index number base stock might be produced by this method.

We wish to point out that every effort is being made to maintain our aviation gasoline producing facilities at capacity, but we will continue to study the problem of making additional quantities and advise you of any note-worthy developments.

Very truly yours,

HHB.j

NARA CP
RG 312, Entry 1
Box 52

US-BT011987

# EXHIBIT 9



4/27   1. _____
(Esso)   Neal  2. PAD Files

**ESSO STANDARD OIL COMPANY**
15 WEST 51ST STREET
NEW YORK 19, N. Y.

DEPT. OF THE INTERIOR
NOV 1950
OIL & GAS DIVISION

STANLEY C. HOPE
PRESIDENT

November 13th, 1950.

Mr. H. A. Stewart,
Acting Deputy Administrator,
Petroleum Administration for Defense,
Interior Building,
Washington, D.C.

Dear Mr. Stewart:

In Mr. W. M. Holaday's letter of October 27, 1950, entitled "Production and Recovery of Aromatics", he presented a questionnaire from the Aircraft Fuels Committee of the Military Petroleum Advisory Board, requesting information from the Esso Standard Oil Company concerning their present and potential plans for providing aromatics.

Concerning the immediate supply picture, this Company has no production facilities, and we do not believe that facilities could be made available for aromatics production recovery without major construction. We do have potential feed stocks containing aromatics, which could possibly be made available for processing elsewhere. However, appreciable expenditures might be required for the fractionation of these various feed streams to obtain suitable concentrations for shipping to others. The situation concerning the feed stocks is briefly as follows:

Approximately 3,000 B/D of clay treated naphtha containing about 450 B/D of benzene and almost 500 B/D of toluene could be made available. Seventy-five per cent of this stream would be obtained at the expense of motor gasoline production, and the remaining 25% would be obtained at the expense of raw chemical feed stocks being processed by companies other than our own for the manufacture of petroleum resins. If the various streams involved in our refinery were fractionated with different cut points, it would be possible, by increasing the distillate quantity to some 3,850 barrels, to include about 350 B/D of $C_8$ aromatics. The $C_8$ aromatics are estimated to have analyses approximately as follows:

Included in 2

| | Volume % |
|---|---|
| Ethyl Benzene | 20 |
| Metaxylene | 40 |
| Orthoxylene | 15 |
| Paraxylene | 25 |
| | 100 |

No detailed engineering has been carried out concerning the fractionation facilities required to make these distillate streams available, but preliminary estimates indicate the following requirements at our Baton Rouge plant:

| | |
|---|---|
| Investment | Approx.$425,000 |
| Steel | " 600 tons |
| Steam | " 400,000 lbs./day |
| Electricity | " 1,000 KWE/day |
| Other Utilities | Negligible |
| Operating & Maintenance Labor | 4 men |

REPRODUCED AT THE NATIONAL ARCHIVES

Mr. H. A. Stewart                                      November 13th, 1950

   Under the section in the inquiry concerning longer range possibilities, we would like to advise that we are actively considering a project for the recovery of all of the benzene and most of the toluene from the steam cracked distillate streams described above.  A $C_6$ to $C_7$ fraction would be prepared, containing about 450 B/D of benzene and about 320 B/D of toluene.  The toluene production would be limited to the capacity of the facilities which would be reconditioned for this operation.  Incidentally, these facilities include the idle Toluene Plant, Plancor 1065, which was constructed by the Government during the last war and recently purchased by Esso.  The $C_6$ and $C_7$ stream would be extractively distilled, using phenol in a blocked operation to recover about 415 B/D of styrene-grade benzene and about 300 B/D of nitration-grade toluene.  As mentioned above, the feed stock is currently directed to motor gasoline, and the by-product from the aromatics extraction would be returned to motor gasoline so, in general, the effect of the aromatics recovery would be to reduce motor gasoline by the amount of the toluene and benzene removed plus the loss associated with the removal, as well as possibly to cause some degradation from motor gasoline to lower value materials.  The requirements for this project would appear to be about as follows:

|                                    |              |
|------------------------------------|--------------|
| Investment, including off-sites    | $1.7 MM      |
| Steel Requirements                 | 600 tons     |
| Chemicals:                         |              |
|  Sulphuric Acid               | 9 T/D        |
|  Caustic                      | 0.4 T/D      |
|  Phenol                       | 2700 lbs./D  |
| Utilities:                         |              |
|  Dowtherm                     | 300 lbs./D   |
|  Steam                        | 1300 lbs./D  |
|  Electricity                  | 2100 KWH/D   |
|  Fuel                         | 2250 MM BTU's|
| Operating & Maintenance Labor      | 65 Men       |

*(margin annotation: included in Table 2)*

   Adequate tankage is contemplated so that blocked operation of the extraction unit may be carried out, which should allow the flexibility to switch between benzene and toluene.

   We are also considering a project for the production of aromatics on a much larger scale.  However, this project has not been sufficiently engineered to advance any specific information at this time.  We will be glad to forward this information when it becomes available.  Suffice it to say, our thoughts have been directed towards a catalytic reforming project, feeding 25,000 B/D of naphtha and producing about 5,500 B/D of aromatics, distributed somewhat as follows:

|          |     |
|----------|-----|
| Benzene  | 20% |
| Toluene  | 50% |
| Xylenes  | 30% |

*(margin annotation: Table 3)*

            Yours very truly,

            *A. C. Hope B.*

RMJ:CH

- 2 -

REPRODUCED AT THE NATIONAL ARCHIVES

# EXHIBIT 10

011-3

UNITED STATES
DEPARTMENT OF THE INTERIOR
PETROLEUM ADMINISTRATION FOR DEFENSE
WASHINGTON 25, D. C.

January 26, 1954

Memorandum

To:        Secretary of the Interior and
           Petroleum Administrator for Defense

From:      Joseph A. LaFortune, Deputy Administrator

Subject:   Report on the Petroleum Administration for Defense

           Attached for transmittal to the Joint Committee on
Defense Production is a report on the Petroleum Administration
for Defense covering the fourth quarter of 1953, together with
a general review of PAD's activities to date, as requested by
the Joint Committee on Defense Production.

           The report was prepared in accordance with Senator
Capehart's letter of August 6, 1953, to you, and Under Secretary
Tudor's reply of August 24, 1953, to Senator Capehart.

                              Joseph A. LaFortune
                              Deputy Administrator

Attachment

copies filed
113.4

REPRODUCED AT THE NATIONAL ARCHIVES

MISC-00004758



UNITED STATES
DEPARTMENT OF THE INTERIOR
PETROLEUM ADMINISTRATION FOR DEFENSE
WASHINGTON 25, D. C.

611.3

The final quarter of 1953 saw the revocation of the last
of the orders of the Petroleum Administration for Defense and the
beginning of preparations for termination of the agency itself and
initiation of planning for transition to the regular Oil and Gas
Division, the permanent oil and gas agency in the Department estab-
lished to deal with peacetime problems of national importance. This
Division also will continue necessary defense mobilization activities
under the Defense Production Act.

These developments were a natural outgrowth of the general
and substantial strengthening of the oil and gas supply position of
the United States that has been going on continuously since the out-
break of hostilities in Korea in mid-1950 and the establishment of
PAD on October 3 of that year.

Last of the PAD orders to be dropped--there have been only
six, all told--was Order No. 3, which required that alkylate, a highly
specialized component of gasoline used to increase octane rating, be
used only in the production of aviation gasoline and that feed stocks
suitable for the manufacture of alkylate be used only for that purpose.
The order, originally issued on October 19, 1951, was canceled effec-
tive December 1, 1953.

REPRODUCED AT THE NATIONAL ARCHIVES

MISC-00004759

Revocation of PAD Order No. 3 signaled the successful handling of the most troublesome and persistent problem of PAD's entire history.

Progress in building up the oil and gas position of the United States to meet increased demands for both military and civilian use is evidenced by the following comparisons:

Production of aviation gasoline, which had been running about 110,000 barrels a day when the Red forces struck across the 38th parallel on June 25, 1950, has more than doubled, reaching an estimated 258,000 barrels a day in the latter part of 1953--adequate to meet present and prospective peacetime military and civilian requirements.

Drilling, which in 1950 hit a new peacetime record of 43,279 wells, reached a new all-time high of over 49,000 wells last year.

On January 1, 1950, there were 152,814 miles of oil pipe lines in the United States, 281,480 miles of natural gas lines. As of January 1, 1953, there were 170,423 miles of oil pipe lines and 367,950 miles of natural gas lines.

Refinery runs averaged 5,739,000 barrels a day in 1950; last year, according to a PAD estimate, the daily average was approximately 7,004,000 barrels.

From January 1, 1950, to January 1, 1953, crude refining capacity increased by nearly one million barrels a day--from 6,696,000 to 7,639,000. It is now over 8,000,000.

2

REPRODUCED AT THE NATIONAL ARCHIVES

Crude productive capacity (including natural gas liquids) has been increased by well over one million barrels a day, rising from the 1950 average of 6,980,000 barrels a day to 8,159,000 in January, 1953. It was boosted still higher during 1953.

Natural gas utility sales increased from approximately 3,658 billion cubic feet in 1950 to an estimated 5,200 billion cubic feet in 1953.

To summarize, in the $3\frac{1}{2}$ years since its establishment, the Petroleum Administration for Defense has made major defense studies for the National Security Council and has aided in carrying out expansion programs resulting from those studies; it sponsored the establishment of the Foreign Petroleum Supply Committee and has supervised its activities, including the plan of action which played a vital part in keeping the Free World adequately supplied with petroleum products after the shut-down of the world's largest refinery in Iran; during the period of the Controlled Materials Plan it assisted the oil and gas industries, domestic and foreign, in obtaining vast quantities of needed materials and equipment; it has handled approximately 2,000 applications for accelerated tax amortization in connection with defense projects.

With ample production now to meet all requirements, both in the United States and the Free World, much of PAD's work has been completed.

The over-all defense policy of this Nation requires the maintenance of productive capacity in a state of constant readiness and at a level sufficient to meet defense needs. This basic policy requires not

3

REPRODUCED AT THE NATIONAL ARCHIVES

MISC-00004761

only a completion of the expansion to meet mobilization goals but also to maintain the productive capacity sufficient to meet the normal increase in the domestic economy, at the same time maintaining an appropriate reserve capacity. To assure the necessary expansion and maintenance requires the continuation of the close Government-industry cooperation which has been so effective during the past three and one half years. This close cooperation will be maintained during the remaining life of PAD, and it must be continued by its successor agency.

One of PAD's important responsibilities is in the defense mobilization expansion of facilities needed to meet the Nation's estimated mobilization requirements of oil and gas. Excellent progress has been made for attaining this objective although many projects, particularly in refining and alkylation, initiated under the program will not be completed until some time during the calendar year 1954 or 1955. Additional expansion is still needed and is under way. PAD continues to handle approximately 20 applications per month for certificates for accelerated tax amortization. These require analyzing by technical experts with appropriate recommendations to the Office of Defense Mobilization.

During the third quarter of 1953, PAD began to explore the possibilities of interesting private industry in the construction of additional pipe line capacity from the Texas-Gulf area to the East Coast as insurance against loss or impairment of crude oil tanker service in the event of war. This study, undertaken at the request of

4

REPRODUCED AT THE NATIONAL ARCHIVES

the National Security Council through the Office of Defense Mobiliza-
tion, was one of PAD's major uncompleted tasks as 1953 ended.

PAD has been advised that it will be asked by ODM, again act-
ing for the National Security Council, to undertake a general strategic
review of the oil and gas supply-requirements position of the United
States on the order of similar studies made by PAD during the Korean
emergency.

Under the plans being formulated to restore the Oil and Gas
Division to full operating status in the Department of the Interior in
order to maintain continuity on petroleum and gas matters of vital con-
cern to the Government, the Division also will be geared to assume any
remaining defense responsibilities.  Since establishment of PAD, the Oil
and Gas Division has been concerned principally with administration of
the Connally "Hot Oil" Act.  The present plans include continuation of
the National Petroleum Council, the Gas Industry Advisory Council and
the Foreign Petroleum Supply Committee, and reactivation of the Military
Petroleum Advisory Board.  Members of both the National Petroleum Council
and the Gas Industry Advisory Council have been appointed by the Secretary
of the Interior for 1954.

Under the Oil and Gas Division all necessary information and ad-
vice on oil and gas regarding both the domestic and Free World supply and
demand will continue to be readily available to the Government, and the
Government will have the necessary machinery to deal with any problems of
the mobilization period that arise after the termination of the PAD.

5

REPRODUCED AT THE NATIONAL ARCHIVES

Under the pressure of the program for expansion of the defense mobilization base, PAD recruited, mostly from industry, a large staff of technical experts to handle the various requirements. This staff reached a peak in March 1952 of 342 people of whom 308 were salaried and 34 were serving without compensation. In addition, PAD had the services of experts who served as consultants from time to time as needed. The experts and consultants who served PAD without compensation brought to the Government men of wide experience and the highest caliber whose services could not otherwise have been obtained. With the progress in the mobilization expansion program it became possible to reduce this staff from time to time, retaining only those who were essential. This streamlining of the agency has continued until on December 31, 1953, the full-time personnel numbered 57, of whom 49 were salaried and 8 were serving without compensation. Expansion of PAD to meet requirements and the subsequent streamlining was in line with the agency's initial policy to build up only to the degree absolutely necessary and to reduce staff as rapidly as mobilization readiness permitted.

In accordance with this policy, the PAD will be terminated as soon as defense mobilization conditions will permit and an adequate peacetime Oil and Gas Division has been organized to assure oil and gas security.

6

REPRODUCED AT THE NATIONAL ARCHIVES

### AVGAS PRODUCTION - THOUSANDS B/D

|              | 1950 | 1951 | 1952 | 1953       |
|--------------|------|------|------|------------|
| Jan. - June  | 110  | 190  | 204  | 243        |
| July - Dec.  | 170  | 205  | 235  | 258 (Est.) |

Source:  Bureau of Mines

### CRUDE OIL REFINING CAPACITY
#### Thousands B/D

| January 1, 1950 | . . . . . . . . . . . . . . . . . . | 6696 |
|-----------------|------------------------------------|------|
| "   " 1951      | . . . . . . . . . . . . . . . . . . | 6964 |
| "   " 1952      | . . . . . . . . . . . . . . . . . . | 7333 |
| "   " 1953      | . . . . . . . . . . . . . . . . . . | 7639 |

Source:  Bureau of Mines

### REFINERY RUNS - THOUSANDS B/D

| 1950 | . . . . . . . . . . . . . . . . . . . . . | 5739        |
|------|------------------------------------------|-------------|
| 1951 | . . . . . . . . . . . . . . . . . . . . . | 6494        |
| 1952 | . . . . . . . . . . . . . . . . . . . . . | 6670        |
| 1953 | . . . . . . . . . . . . . . . . . . . . . | 7004 (Est.) |

Source:  1950-52, Bureau of Mines; 1953, PAD Est.

### WELLS DRILLED INCLUDING SERVICE

|      | Total  | Oil    | Gas   | Service | Dry    |
|------|--------|--------|-------|---------|--------|
| 1950 | 43,279 | 24,430 | 2,843 | 1,249   | 14,757 |
| 1951 | 44,516 | 23,453 | 3,030 | 1,380   | 16,653 |
| 1952 | 45,821 | 23,466 | 3,255 | 1,482   | 17,618 |
| 1953 | 49,279 | 25,762 | 8,806 | 1,262   | 18,449 |

Source:  Oil & Gas Journal

### AVERAGE CRUDE & NATURAL GAS LIQUIDS
#### PRODUCTION AND PRODUCTIVE CAPACITY
#### THOUSANDS B/D

| PRODUCTION |       | PRODUCTIVE CAPACITY |
|------------|-------|---------------------|
| 1950       | 5,906 | 6,980               |
| 1951       | 6,719 | 7,500               |
| 1952       | 6,867 | 7,950               |
| Jan. 1953  | 7,221 | 8,159               |

Source:  Bureau of Mines          Source: National Petroleum
                                            Council

REPRODUCED AT THE NATIONAL ARCHIVES

## OIL PIPELINE MILEAGE - U. S.

|  | Crude Trunk | Crude Gathering | Product | Total |
|---|---|---|---|---|
| January 1, 1950 | 71,373 | 60,560 | 20,881 | 152,814 |
| January 1, 1953 | 75,228 | 68,040 | 27,155 | 170,423 |

Source: Bureau of Mines

## UTILITY NATURAL GAS PIPELINE MILEAGE - U. S.

|  | Field and Gathering Lines | Transmission Lines | Distribution Lines | Total |
|---|---|---|---|---|
| January 1, 1950 | 30,860 | 98,270 | 152,350 | 281,480 |
| January 1, 1951 | 32,850 | 109,360 | 172,270 | 314,480 |
| January 1, 1952 | 34,580 | 115,240 | 192,710 | 342,530 |
| January 1, 1953 | 38,480 | 118,160 | 211,310 | 367,950 |

Source: American Gas Association

## ANNUAL NATURAL GAS UTILITY SALES

| 1950 | - 3,658 billion cubic feet |
| 1951 | - 4,248 " " " |
| 1952 | - 4,683 " " " |
| 1953 (Est.) | - 5,200 " " " |

Source: American Gas Association

2

REPRODUCED AT THE NATIONAL ARCHIVES

MISC-00004766

# EXHIBIT 11

# MOODY'S
## INDUSTRIAL MANUAL

### AMERICAN and FOREIGN

JOHN SHERMAN PORTER, *Editor-in-Chief*

#### *Editorial Board*

| | |
|---|---|
| CHARLES N. BERENTS | FRANK J. ST. CLAIR |
| ARTHUR W. HERRMANN | GEORGE I. BLAIR |
| DAVID M. DAY | DAVID M. ELLINWOOD |
| FRANK J. PRENDERGAST | GEORGE H. PARSONS |

## 1955

D. B. McCRUDEN, *Publisher*

# MOODY'S INVESTORS SERVICE
### 99 CHURCH STREET, NEW YORK 7, N. Y.

| PHILADELPHIA | BOSTON | CHICAGO | LOS ANGELES | WASHINGTON | SAN FRANCISCO |
|---|---|---|---|---|---|
| 1411 Walnut St. | 75 Federal St. | 105 W. Adams St. | 606 So. Hill St. | Woodward Bldg. | Russ Bldg. |

### LONDON: MOODY'S INVESTORS SERVICE LTD.

*Copyright, 1955—MOODY'S INVESTORS SERVICE, NEW YORK—All rights reserved*

Library of Congress

US-GEN003541

| Analysis of Operations | 1954 | 1953 | 1952 | 1951 | 1950 | 1949 |
|---|---|---|---|---|---|---|
| | % | % | % | % | % | % |
| [1]Shipments, etc. | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| Cost of shipments & contr. plus adj. | 80.66 | 83.75 | 81.58 | 78.54 | 79.13 | 81.92 |
| Selling & general expenses | 6.22 | 5.16 | 5.49 | 7.55 | 7.08 | 11.29 |
| Operating income | 13.12 | 11.09 | 12.93 | 13.58 | 11.79 | 7.09 |
| Other income | 0.40 | 0.61 | 0.42 | 0.56 | 1.21 | 1.51 |
| Total | 13.52 | 11.70 | 13.35 | 14.44 | 13.00 | 8.60 |
| Income deductions | 0.51 | 0.43 | 0.50 | 0.36 | 9.41 | 8.90 |
| | | | | | 0.09 | 1.42 |
| Sales discount | | | | | | |
| Net income before inc., etc. taxes | 13.01 | 11.27 | 12.85 | 14.08 | 12.50 | 6.80 |
| Income, etc. taxes | 6.55 | 7.87 | 9.23 | 9.56 | 6.60 | 2.19 |
| Prov. for post-war readjustments | | | | | | |
| Net income to surplus | 6.46 | 3.40 | 3.52 | 4.52 | 5.90 | 4.61 |

[1]Shipments made and amounts invoiced plus contracts in progress.

## FUNDED DEBT

**1. Sperry Corp. sinking fund debenture 3½s,**
**due 1969:**

Rating—Baa

AUTHORIZED — $20,000,000; outstanding, $18,-
800,000.

DATED—June 1, 1949.

MATURITY—June 1, 1969.

INTEREST—J&D 1 at office of trustee.

TRUSTEE—City Bank Farmers Trust Co., New York.

DENOMINATION—Coupon $1,000, registerable as to principal.

CALLABLE—As a whole, or in part by lot, on at least 30 days' published notice at any time to each June 1, incl., as follows:

| | | | | | |
|---|---|---|---|---|---|
| 1952 | 103⅜ | 1958 | 103 | 1963 | 102½ |
| 1960 | 102 | 1961 | 101¾ | 1962 | 101⅜ |
| 1963 | 101¼ | 1964 | 101 | 1965 | 100¾ |
| 1966 | 100½ | 1967 | 100¼ and thereafter at par. | | |

Also callable on any June 1, beginning 1953, for sinking fund (which see), on like notice, at sinking fund redemption prices to each June 1, incl., as follows:

| | | | | |
|---|---|---|---|---|
| 1956 | 100½ | 1963 | 100¼ | 1966 | 100% |
thereafter at par.

SINKING FUND — Annually, commencing 1953, an amount sufficient to retire debentures, as follows: 1953-55, $300,000; 1956-57, $700,000; 1958-61, $500,000; 1962-65, Incl., $1,000,000. In lieu of cash, company may tender debentures at sinking fund redemption price, and may anticipate any sinking fund payment by delivering debentures in future or by redeeming debentures otherwise than by sinking fund, and trustee shall accept such debentures at sinking fund redemption price on June 1 next succeeding sinking fund payment date so anticipated.

Company has option to make additional pay-

ments, not exceeding fixed sinking fund in any year, to call debentures at sinking fund redemption price, but may not take credit therefor against future sinking fund payments.

SECURITY—Debentures are not secured by any lien. Company and subsidiaries may not mortgage or pledge any property or assets unless debentures are secured equally and ratably therewith irrespective of the fact that other debt so secured matures prior to maturity of debentures; but may create purchase money mortgages not exceeding lesser of 75% of cost or fair value of after acquired property, for refunding, or in course of business as provided.

CREATION OF ADDITIONAL DEBT—Company may not create or assume any funded debt unless thereafter on a consolidated basis excess of tangible assets (as defined) over sum of current liabilities and certain reserves is at least 2½ times funded debt, and as otherwise provided.

DIVIDEND RESTRICTION — Company may not pay cash dividends on or acquire any stock unless thereafter such disbursements do not exceed consolidated net income (as defined) after Dec. 31, 1948, plus $8,000,000. As of Dec. 31, 1954, $61,450,000 of consolidated earned surplus was not so restricted.

RIGHTS ON DEFAULT—In event of default (30 day grace period for payment of interest) trustee or majority of debentures may declare debentures due.

INDENTURE MODIFICATION — Indenture may be modified, except as provided, with consent of 66 2/3% of outstanding debentures.

LEGAL—For savings banks in Rhode Island.

PURPOSE—Proceeds to retire bank loans and for working capital, including proposed advances to finance instalment sales.

OFFERED—($20,000,000) at 100.37 (proceeds to company 98.985) on June 2, 1949 by a group

headed by Lehman Brothers, Merrill Pierce, Fenner & Beane, and Wertheim Weeks, New York.

## CAPITAL STOCK

**1. The Sperry Corp. common par $1:**

AUTHORIZED — 6,000,000 shares; outstanding, 4,343,590 shares; [1] 47,250 shares split 2-for-1 Nov. 1, 1954, [2] additional shares issued for each share [3]

**Dividend Record**
| | | | | |
|---|---|---|---|---|
| 1933 | nil | 1934-35 | 0.25 | |
| 1937 | 1.20 | 1938 | 1.00 | |
| 1942 | 1.50 | 1945-47 | 1.50 | |
| 1946-47 | 1.50 | 1948-52 | 2.00 | |
| 1954 | 2.00 | | | |

($1 par shares after 2-for-1)
| | | |
|---|---|---|
| 1954 | 0.50 | [1]1955 | [2]0.52 |

[1]To Mar. 26.

[2]Also 0% in stock Mar. 28.

DIVIDEND RESTRICTION—Debenture 3½s, due 1969 above.

PREEMPTIVE RIGHTS—None.

VOTING RIGHTS—One vote per share was formerly held in voting trust which terminated Mar. 23, 1942.

LISTED—On New York and Midwest Stock Exchanges. Unlisted trading on Los Angeles and Philadelphia Stock Exchanges.

TRANSFER AGENT—The Sperry Trust Co., New York. Co.-Trust (with limited powers); Commercial Trust of New Jersey, Jersey City.

REGISTRAR—Chase Manhattan Bank, New York.

DIVIDEND DISBURSING AGENT—Farmers Trust Co., New York.

Stock Options: Outstanding options held by key employees to purchase shares at prices ranging from $18 to $21 per share to Jan. 22, 1963.

---

# STANDARD OIL COMPANY
### (A New Jersey Corporation)

## LONG TERM DEBT

| Issue | Rating | Amount Outstanding | Charges Earned 1954 | 1953 | Interest Dates | Call Price | Price 1954 |
|---|---|---|---|---|---|---|---|
| 1. Debenture 2⅝s, 1971 | Aaa | $85,000,000 | | | M&N 15 | [1]100¾ | |
| 2. Debenture 2¾s, 1974 | Aaa | 150,000,000 | 37.09 | 66.59 | J & J 15 | [1]102¼ | 100¾-95 |
| 3. 3% notes due 1979 | Aaa | [1]75,000,000 | | | | | |

## CAPITAL STOCK

| Issue | Par Value | Amount Outstanding | Earned per Sh. 1954 | 1953 | Divs. per Sh. 1954 | 1953 | Call Price | Price 1954 |
|---|---|---|---|---|---|---|---|---|
| 1. Capital stock | $10 | 63,435,474 shs. | [2]39.56 | $9.59 | $4.55 | $4.50 | | |

[1]Subject to change; see text. [2]Based on average number of shares outstanding. [3]Based on consolidated accounts including pean and North Africa subsidiaries. [4]Range since 1946. [5]Placed privately. [6]Range since 1949. [7]Range since 2-for-1 split in 1951, 121¾-197%.

## HISTORY

Incorporated in New Jersey, Aug. 5, 1882, as Standard Oil Company of New Jersey by the trustees of the Standard Oil Trust to acquire from the trustees the property of The Standard Oil Co. (Ohio). In March, 1892, in exchange for additional stock acquired from the trustees of the Standard Oil Trust the stocks of other companies and properties of other companies which had previously been held by the trustees. (Standard Oil Trust was thereupon dissolved). On March 19, 1932, name of the company was changed to Standard Oil Company.

In May, 1911, the United States Supreme Court sustained a lower court decision that the company was a combination in violation of the Sherman Anti-Trust Law. In accordance with a dissolution decree the company, in December, 1911, and in January, 1912, distributed pro rata among stockholders its shares in the 33 companies listed below.

Anglo-American Oil Co., Ltd.
Atlantic Refining Co.
Borne-Scrymser Co.
Buckeye Pipe Line Co.
Chesebrough Manufacturing Co.
Colonial Oil Co.
Continental Oil Co.
Crescent Pipe Line Co.
Cumberland Pipe Line Co.
Eureka Pipe Line Co.
Galena-Signal Oil Co.
Indiana Pipe Line Co.
National Transit Co.
New York Transit Co.
Northern Pipe Line Co.
The Ohio Oil Co.
Prairie Oil & Gas Co.
Solar Refining Co.
South Penn Oil Co.
Southern Pipe Line Co.
South West Penna. Pipe Lines
Standard Oil Co. (California)
Standard Oil Co. (Indiana)
Standard Oil Co. (Kentucky)
Standard Oil Co. (Nebraska)

Standard Oil Co. (New York)
Standard Oil Co. (Ohio)
Standard Oil Co. (Kansas)
Swan & Finch Co.
Union Tank Line Co.
Vacuum Oil Co.
Washington Oil Co.
Waters-Pierce Oil Co.

In 1922, company acquired additional stock which gave it control of The West India Oil Refining Co.

In Aug., 1924, announced a joint ownership with General Motors Corp. in the Ethyl Gasoline Corp. which had just been formed to take over the business of General Motors Chemical Co. in the development and distribution of ethyl fluid, a chemical compound added to gasoline to improve the anti-knock quality.

During 1927, company divested itself of all physical property and became exclusively a holding company. In this process it organized Standard Shipping Co. which, in August, 1927, acquired all company's vessels and other equipment of its marine department and also organized Standard Oil Co. of N. J. (now Esso Standard Oil Co.) which, in September, 1927, acquired all company's manufacturing and marketing plants and equipment.

In July, 1928, acquired shares in Creole Petroleum Corp. (formerly The Creole Syndicate) in exchange for its shares in Standard Oil Co. of Venezuela, to which latter company had previously been transferred all outstanding shares of American British Oil Co. Company also purchased additional shares in Creole Petroleum Corp., making its interest a majority of outstanding stock.

In January, 1929, purchased for $19.10 per share 350,000 shares of treasury stock in the Beacon Oil Co. and offered holders of the outstanding common stock one share of company stock for each 2¾ shares of Beacon common. Offer which expired Jan. 19, 1929, resulted in the acquisition of about 448,771 additional shares and gave company majority control. In 1934, made a new offer for stock of this company which was then known as Colonial Beacon Oil Co. (name having been changed in

1930), on the basis of 1 share of Colonial stock for each 2½ shares of Colonial. Offer expired Dec. 15, 1934. The refining business of Colonial Beacon was transferred to Standard Oil Co. of N. J. (now Esso Standard Oil Co.) on Dec. 31, 1947.

On April 30, 1932, entered into agreement with Standard Oil Co. (Indiana) to acquire from the latter 971,387 shares of its own stock and 3,801,400 shares of Creole stock in Pan American Foreign Corp., for a consideration of $47,810,091 cash, and shares of company stock, to be paid over a four-year period.

In November, 1932, aided in organizing, with Petroleum Chemical Distributing Corp., controlled by National Distillers Corp. and by Barnsdall Corp., a business in the manufacture of petroleum to the manufacture of Alcohol Co. in which Petroleum Chemical Corp. took a majority stock interest. In 1933, company transferred its interest to Nederlandsche Koloniale Petroleum Maatschappij, Gilbert's, Ltd. (Australia) Ltd. and Union Oil Co., Standard Vacuum Oil Co. for a 50% interest. The Socony Vacuum also transferred various assets to Vacuum Oil Co. in exchange for a 50% interest. Standard Vacuum came an important marketer in the Far East, Australia and of Africa.

In March, 1925, distributed as a dividend shares in Mission Corp., which was organized to acquire company's interest in "Tide Water Associated Oil Co." and Skelly Oil Co.

In June, 1936, made available to Standard Oil Export Corp., with assets of $44,300 which was applied to the retirement of the latter's preferred stock, whereupon this subsidiary was dissolved and its assets distributed to the company's common stockholder.

Library of Congress

Case 4:10-cv-02386 Document 123-3 Filed on 11/23/14 in TXSD Page 51 of 63

In 1936, the Pan American Foreign Petroleum Co. Ltd. (of the Mexican petroleum properties) and were liquidated. Standard Pipe Line were merged with Standard Oil Co.

In 1937, all the properties of a subsidiary Oil Co. of Bolivia, were taken over by the military junta which headed the Govt. of Bolivia and were turned over to the new company organized by the government. The subsidiary had contended that the Bolivian government in not paying increased rentals for the local sites for recovering the taxes.

In 1938, the Mexican properties of subsidiaries were expropriated by the Mexican government; Huasteca Petroleum Co., Corporation of Mexican Petroleum Co., Compania Transcontinental de Petroleo, S. A., Compania Petrolera Minera, S. A., Penn Mex Fuel Co., Tuxpan Petroleum Co., S. A., Doheny, Bridge y Compania, Tamiahua Petroleum Company. The expropriation resulted from the company's labor decrees, the properties over labor decrees. The properties of the company's subsidiaries (as well as other foreign oil companies) have been operated by the Mexican government as a subsidiaries received. In Dec. 22, 1943 subsidiaries received a recovery of Treasury a first payment of $8,807,743 toward settlement of claims. Total award amounted to $23,995,995. Interest, all of which has been accruing.

In 1937, International Petroleum Co. which was then a subsidiary of Standard Oil Co., contracted with Mene Grande Oil Co., an indirect subsidiary of Gulf Oil Corp., which owned petroleum in eastern and western Venezuela, for the purchase of half the oil recovered from the purchase of an undivided half interest in the producing equipment and facilities International Petroleum also obtained at the purchase at cost an undivided half interest in all concessions in Venezuela acquired by Mene Grande. International advance cash payment to Mene Grande of $25,000,000 on Dec. 15, 1937, non-interest bearing notes due in 1945 for an additional $75,000,000 payable in whole was to share equally with Mene the expenses of development since 1938. International sold at cost its interest in the contract (with the exception of the cash interest effective to Dec. 15, 1937) to N. V. de Bataafsche Petroleum Maatschappij, a subsidiary of N. V. de Bataafsche Petroleum Maatschappij (Batavian Petroleum Co.) which is wholly owned by N. V. Koninklijke Nederlandsche Mij tot Exploitatie van Petroleumbronnen in Nederlandsch Indie (Dutch Co. for the Working of Petroleum Wells in the Netherlands Indies).

In 1944, merged Lago Petroleum Corp. into Foreign Corp. and issued 59,133 shares in respects of these companies.

In 1944, company acquired direct ownership of ocean-going tankers and inland marine properties formerly held by several subsidiary, Standard Oil Co. (Del.), in exchange, parent company transferred it subsidiary all of the stock of Standard Oil Co. of La.

In 1944, pipeline properties and of Standard Oil Co. of Louisiana acquired by Interstate Pipe Line Co. Oklahoma Pipe Line Co.), another subsidiary, in exchange for shares of latter company's stock. Interstate thereafter Standard Oil Co. of La. merged into Standard Oil Co. (now Esso Standard Oil Co.).

In 1947, company sold entire outstanding Standard Pipe Line Co., Ltd., a British-American Oil Co. Ltd., Imperial Oil Co. McColl-Frontenac Oil Co. Oil Co. of Canada, Ltd. and Shell Union Oil Corp. Montreal Pipe Line Co., and operates a pipe line from International boundary, near North Tray, Mont. East. In addition, the oil company newly formed subsidiary, Pipe Line Corp., have acquired from Port Co. (New Jersey) all assets of Portland Co. which owns and operates a pipe line from Portland, Me. to the international boundary, where it connects with Portland to Montreal, a continuous system of Portland to Montreal. The share in companies is 40% by Imperial Co., held by each of the other companies.

The Domestic Coke Corp., a wholly owned subsidiary engaged in manufacture of coke by-products at Fairmont, W. Va. sold its steel manufacturer for $3. Name was changed in 1949 to Esso Co. and on Jan. 1, 1950 acquired the company's U. S. flag ocean going fleet. In 1950, sold Daggett & Ramsdell, a subsidiary.

The Imperial Oil Co. Ltd., offered to its stockholders, in proportion to their entire stock interest in International Co., as a stockholder of company thus acquired 8,259,353 International stock at $3.20 per share, company (S. O., N. J.) offered

to all other stockholders of International 3 shares of its stock in exchange for each 20 shares of International. As of Jan. 31, 1949, the date when exchange offer terminated, company had acquired 5,735,023 additional shares of International stock in exchange for 862,-406 shares of its own stock and as a result it now holds 52.58% interest in International Petroleum.

In Sept. 1948, purchased for $6,600,000 Societe du Naphte, S. A. (Switzerland) engaged in marketing operations in various Middle East countries.

In Dec. 1948 acquired 30% interest in Arabian American Oil Co. for $74,133,000. For details see under "Middle East Activities" below.

In Dec. 1948, Stanco Inc. was merged with Esso Standard Oil Co.

In 1948 sold its 22% interest in Mississippi River Fuel Corp. for $3,946,000.

In Jan., 1950, company's U. S. flag ocean going fleet and related marine assets were transferred to Esso Shipping Co., a wholly owned subsidiary.

In Apr., 1952 sold 50% interest in Attapulgus Clay Co.

On Aug. 6, 1953 sold 54% interest in Interstate Natural Gas Co. for about $23,000,000.

**Natural Gas Holdings Segregated.** Stockholders of record Nov. 18, 1943 received on Dec. 15 one share of Consolidated Natural Gas Co. for each 10 shares of Standard Oil Co. of N. J. The Consolidated Natural Gas Co. was organized to acquire Standard Oil Co. (N. J.) holdings in the following companies: East Ohio Gas Co., River Gas Co., Hope Natural Gas Co., and Peoples Natural Gas Co.

Segregation of these resulted from an SEC ruling that Standard Oil Co. was a holding company within the meaning of the Holding Company Act so long as it retained interest in these natural gas utility companies.

**Patent Rights Upheld:** On Aug. 2, 1948, Federal Judge C. E. Wyzanski, Jr., entered a final decree in New York directing the Government to return a major part of the patents and stock it seized on May 24, 1944, from company and 2 of its subsidiaries, Standard Oil Development Co., Standard Catalytic Co. and Jasco, Inc. Judge Wyzanski stipulated, however, that royalties that normally would be paid to the I. G. Farbenindustrie, German chemical trust, under certain agreements between it and the companies be turned over to the Government.

The final judgment gave the companies exclusive right to oil refining processes covered by patents for which they paid $35,000,000 to the German trust in 1929. It provided that the Alien Property Custodian must be consulted and royalties paid him when licenses were issued under these patents for operations outside the oil refining field. The court divided 254 chemical patents, also purchased in 1929 by Standard from the trust, between Jasco, of which Standard Oil owns a half interest, and the Custodian. In May, 1953, Standard Oil purchased remaining 50% interest from Alien Property Custodian.

Of 693 shares of stock seized, the Custodian was ordered to return to Standard Oil 200 shares of capital stock of Standard Catalytic and to Standard Oil Development 225 shares of the capital stock of Hydrocarbon Synthesis Corp., also a subsidiary of Standard Oil.

### SUBSIDIARIES

Company is predominately a holding company, owning as of Dec. 31, 1953, 100% voting control of the following:

Name, place of incorporation and business:
Agentia Americana, Roumania
Anchor Insurance Co., S. A., Panama
Balboa Insurance Co., S. A., Panama
Bolitsch-Amerikanische Petroleum-Import G. m. b. H. Danzig
Butterworth System, Inc. Delaware
Carter Oil Co., W. Va—Producing, refining and marketing in Central U. S. and Rocky Mountain areas.
Hope Producing Co., Delaware—Producing natural gas
Companhia Maritima Brasileira, Brazil
One unnamed foreign subsidiary.
Enjay Co., Inc., Del.—Markets chemical products in United States
Esso Afrique Occidentale S. A. Francaise (formerly S. A. Cie Pan Americaine de Pet. et de Transports)—France
Esso A. G.—Germany—Refining and marketing in Western Germany
Busecker de Hoffmann Aktiengesellschaft (66.66%)
Vereinigte Asphalt-und Teerprodukten-Fabriken G.m.b.H.
Mineraloel—Raffinerie vorm. August Korff (98.14%)—Germany—In liquidation
Esso Export Corp., Del.—Foreign marketing
Esso Gas Co. of Puerto Rico, Delaware
Esso Oil Co., Inc. Delaware
Esso Petroleum Co. Ltd. (formerly Anglo-American Oil Co., Ltd. England—Refining transportation and marketing in United Kingdom and Eire
Esso Export Ltd.—Wholesale Marketing in Sterling area
British Mexican Petroleum Co., Ltd.—Tankers

Cleveland Petroleum Co.ill, Ltd. (51.46%), England—Marketing
British Oil Storage Co., Ltd.—Marketing
National Filling Stations Ltd.—Inactive
Petroleum Storage & Finance Corp., Ltd.—Inactive.
Esso Development Co., Ltd. (2) 75%
Esso Pension Trust Ltd., Great Britain
Esso Petroleum Co. (Ireland)
Purfleet Deep Wharf & Storage Co., Ltd.
Redline—Glico Ltd.—Inactive
Standard Candle Co. Ltd. (58.41%)
Esso, Productora de Petroleo, S. A.—Argentina—Producing in Argentina
Esso, Refinadora de Petroleo S. A.—Argentina—Refining in Argentina
Esso Shipping Co., Delaware—Operates U. S. flag ocean going fleet
Esso, S. A. Petrolera Argentina
Marketing in Argentina
Esso Standard (Austria) G.m.b.H.—Austria
Esso Standard (Inter-America), Inc.
Esso Standard do Brasil Inc. (formerly Standard Oil Co. of Brazil) W. Va.—Marketing in Brazil
Companhia Nacional de Gas Esso (1) (0.48%)—Brazil
Esso Standard (Malta), Ltd.—Great Britain
Esso Standard (Near East), Inc., Del.—Marketing in eastern Mediterranean countries
Esso Standard Oil, S. A. (formerly Esso Standard Oil Co. (Central America) S. A.)—Panama—Marketing
Esso Standard Oil (Caribbean) S. A.—Inactive
Esso Standard Oil Co. (Puerto Rico) (99.98%)—Marketing in Puerto Rico and Virgin Islands
Lands Exploitation Co., Ltd., Surinam
Standard Oil Co. of Nicaragua (100%)—Inactive
Esso Standard Oil Co.—Delaware—Operates refineries in Louisiana, South Carolina, Maryland, New Jersey and Massachusetts and grease plant in Pennsylvania. Sells oil products in 18 eastern and southern states and District of Columbia
Colonial Beacon Oil Co. (Del.)—Inactive
Esso Incorporated
Kosbec, Inc. New York (75%)
Penola Oil Co. (Del.)
Sylvestre Oil Co.—Inactive
Tuscarora Pipe Line Co., Ltd. (99.97%), Pa.—Pipe lines
Esso Standard Oil Co. (Uruguay), S. A.—Uruguay—Marketing in Uruguay
Esso Standard Portugal, Inc., Delaware
Esso Standard Refinery—Belgium—Operates refinery at Antwerp
Esso Standard (Switzerland)—Marketing in Switzerland
Flexirhau A. G. (98%)
Esso Transportadora de Petroleo S. A., Argentina
Esso Transportation Co., Ltd., Great Britain
Esso Standard (Turkey), Inc.—Organized in 1954 to undertake exploration work in Turkey
Gilbert & Barker Mfg. Co., Mass.—Manufactures and sells oil burners and service station equipment
Gilbert & Barker Mfg. Co., Ltd., Canada
Interstate Oil Pipe Line Co., Del. [I]—Pipeline transportation, Oklahoma, Louisiana and Mississippi
Yellowstone Pipe Line Co. (40%)—Organized in 1953. In 1954 completed a 540 mile products pipeline from Billings, Mont. to Spokane, Wash.
Lago Oil & Transport Co., Ltd., Canada—Refining in Aruba, N.W.I.
Lubricantina S. A.—Argentina
Mediterranean Standard Oil Co., Del.—Purchase and sale of Middle East crude and products.
Panama Transport Co., Panama—Marine transportation
Pan American Cia. Argentina de Petroleo S. A.—Argentina
Romano-Americana, Roumania
"Neo-Petrol" S. A.
S. A. Sur[i]dores "Wico"—Argentina
Standard Oil Co. of Canada, Ltd.
Standard Oil Co. (Nfd.) Ltd.—Inactive
Standard Oil Co. of Egypt, S. A., Egypt—Inactive
Beckwith & Co., Ltd.—In liquidation
Standard Oil of Spain. S. A.—Panama
Esso Research & Engineering Co. (formerly Standard Oil Development Co.), Delaware—Research and development
Esso Development Co., Ltd. (2) (25%)
International Catalytic Oil Processes Corp. (75%)—Delaware
Standard Catalytic Co.—Delaware
Standard Oil International Ltd.—Great Britain
Standard Vyrobky Mineralnich Oleju A. S., Czechoslovakia—In liquidation
Stanco Ltd.—Great Britain
Svenska Esso Aktiebolag, Sweden—Marketing in Sweden
Esso Esderi Aktiebolag (99.80%)
Skandinavisk-Amerikanska Petroleum Aktiebolaget
Standard Petroleum Aktiebolag—Inactive
Waried Tankschiff Rhederei GmbH., Germany

Library of Congress

[6]See separate statement following Standard Oil Co. (N. J.)

[1]See Moody's Transportation Manual.
Note: Numbers in parentheses indicate same company with split ownership. See other [printed?] numerals similarly enclosed for total interest of company and subsidiaries.
Also owned, as of Dec. 31, 1953, less than 100% voting control of the following subsidiaries:

Name, place of incorporation and business:
A/S Norske Esso (55.76%)—Refining and marketing in Norway
Aktieselskapet "Tiger" (98%)
Aktieselskapet Vestlandske Petroleumscompagni (100%)
Essostasjonen Munkedamsveien A/S (96%)—Norway
Essostasjonen Radhusgaten A/S (96%)
Essostasjonen Sannergaten A/S (96%)
Essostasjonen Trondhjemsveien A/S (96%)
Compañía Brasileira de Gas (formerly Compañía Nacional de Gas Brazil) (1) (52.79%)
Creole Petroleum Corp. [1](93.86%, increased to 95% by Jan., 1954), Del.—Producing, refining, transportation and marketing in Venezuela
Compañía de Petroleo Lago (100%)
Standard Oil Co., C.A. (100%)—Inactive
Dansk Esso A/S (formerly Det Danske Petroleums A/S) (82.39%)—Marketing in Denmark
A/S Kalundborg Olieraffinderi (55.17%)
Esso Nederland N. V. (formerly Standard Amerikaansche Petroleum Compagnie N. V. (66.81%)), Netherlands—Marketing in Netherlands
1 unnamed foreign subsidiary (78.0%)
N.V. Petroleum Industrie Maatschappij (100%)
Esso Standard Algerie S. A., Algeria (99.98%)—Marketing in Algeria
Entrepots du Caroubier, S. A., Algeria (77%)
Esso Standard Maroc S. A. (3) (Morocco) (48.86%)
Esso Standard (Belgium) (87.62%)—Marketing in Belgium
Compagnie Industrielle Atlas, S. A. (4) (99.17%)
Esso Stand. (Luxembourg) (0.33%)
Esso Standard (Luxembourg) (5) (99.67%)
Compagnie Industrielle Atlas, S. A. (0.33%) (4)
Esso Standard Italiana—Soc. per Azioni (90.23%)—Italy—Marketing
"La Columbia" Soc. Marittima per Azioni (6) (30.64%)
Società Petrolifera per Azioni (7) (19.90%)
Esso Standard Maroc S. A., (3) Morocco (51.03%)
Esso Standard Oil Co. (Chile) S.A.C. (99.99%)—Chile—Marketing in Chile
Esso Standard Tunisie S. A. (75.8%)—Tunisie
European Gas & Electric Co., Del. (81.68%)
European Gas & Electric Co. von Oesterreich G.m.b.H.—Inactive
Magyar Amerikai Olajipari Reszvenytarsasag
Humble Oil & Refining Co. [1], Tex.—(72.41%—increased to 87% in Nov., 1954).
Exploration and production in Georgia, Gulf coast states, New Mexico, Arizona and California. Refining in Texas, marketing and transportation in Texas and New Mexico
Humble Pipe Line Co., Tex.—Pipe lines
Imperial Oil, Ltd. [1] (69.64%) Canada—Producing, refining, marketing and transportation in Canada
Aquila Petroleum Ltd.—Canada
Astral Petroleum Ltd.—Canada
Atlas Supply Co. of Canada, Ltd.
Atoka Petroleum, Ltd.—Canada
Auriga Petroleum Ltd.—Canada
Canora Petroleum Ltd., Canada
Capella Petroleum Ltd.—Canada
One unnamed foreign subsidiary (100%)
Constellation Petroleum, Ltd.—Canada
Devran Petroleum Ltd., Canada
Devon Estates Ltd., Canada
Devonian Natural Gas Co., Ltd.—Canada
Esso of Canada Limited
Esso United, Newfoundland—Inactive
Glenalpine Petroleum Ltd.
Glenavon Petroleum Ltd.
Glencairn Petroleum Ltd.
Glengarry Petroleum Ltd.
Glenmanor Petroleum Ltd.
Imperial Oil Air Transport Ltd.—
Imperial Oil Ltd. (Newfoundland)—Inactive
Imperial Oil Shipping Co. Ltd.—Tankers
Imperial Pipe Line Co., Ltd., The
Ioco Townsite, Ltd., Canada
Mantoi Petroleum Ltd.
Maple Leaf Petroleum Ltd., Canada
Muskoges Petroleum Ltd.—Canada
Niska Products Pipe Line Co., Ltd.
Northwest Co., Ltd.
Okmulgee Petroleum Ltd.—Canada
Padol Petroleum Ltd., Canada
Palcan Petroleum Ltd.—Canada
Pawhuska Petroleum Ltd.—Canada
Rigel Petroleum Ltd.
1 unnamed foreign subsidiary
1 unnamed foreign subsidiary
Sirius Petroleum Ltd.
Spica Petroleum Ltd.

St. Clair Processing Corp., Ltd.—In liquidation
Stromo Petroleum Ltd., Canada
Teos Petroleum Ltd.—Canada
Tercoi Petroleum Ltd., Canada
Transit Co., Ltd., Canada
Transit & Storage Co., Del.
Veja Petroleum Ltd.
Wejet Petroleum Ltd.—Canada
Wejecta Petroleum Ltd.—Canada
Wewoka Petroleum Ltd., Canada
Winnipeg Pipe Line Co., Ltd.
International Petroleum Co., Ltd. [1](82.58%) Canada—Producing, refining, transportation and marketing in Peru and Colombia
Andian National Corp. Ltd. [1](97.36%)—Canada
Compañía Peruana de Gas S.A., Peru (72.97%)
Esso Colombiana S. A.—Colombia
Incan Petroleum Ltd., Canada—Inactive
International Petroleum (Colombia) Ltd.—Canada
Tropical Oil Co.—Inactive
"La Columbiana" Società Marittima per Azioni (6) (66.56%), Italy
Oy Esso Ab (formerly O/Y Esso A/B) Finland (68.66%)—Marketing in Finland
Società Petrolifera Italiana (41.17%) (7)—Producing and refining in Italy
Società Metanifera Italiana—Italy
United Petroleum Securities Corp. (77¼%)
Esso Standard S. A. Francaise (formerly Standard Francaise des Petroles) (53%)—Producing, refining, transportation and marketing in France
Soc. Immobilière Paris—Niel, S. A.
Société Anonyme Marocaine "Le Bitume Liquide"—Morocco
Note: Numbers in parentheses indicate same company with split ownership. See other identical numerals similarly enclosed for total interest of company and subsidiaries.
Affiliates: As of Dec. 31, 1953, company owned 50% voting power (the other 50% being owned by another single interest): Ethyl Corp., Near East Development Co., Standard Vacuum Oil Co.
Company owns 30% interest in Arabian American Oil Co. and Trans-Arabian Pipe Line Co.; 49% interest in Plantation Pipe Line Co. (see Moody's Transportation Manual); 40% interest in Yellowstone Pipe Line Co., operator of pipeline from Montana to Washington; 5% interest in Gewerkschaft, Brigitte, producer in Germany.

## BUSINESS & PRODUCTS

Is primarily a holding company, subsidiaries engaging in the acquisition, exploration and exploitation of oil and gas lands; in buying and selling crude oil; in transporting oil by pipe line; in refining crude oil; in transporting refined products by pipe line, boat and automobile; in marketing petroleum products at wholesale and retail.

Subsidiaries also engage in producing, buying, selling, transporting and distributing of natural gas. An allied activity is the formation of patent rights relating to the oil industry. Subsidiaries also manufacture and/or sell gasoline and oil storage and dispensing equipment, oil heating equipment, insecticides, etc.

Subsidiaries also produce special lines of chemical products consumed by the petroleum industry and general lines of chemical products made from by-products of the industry, incidental to marketing operations, subsidiaries sell tires, batteries and other automotive accessories.

General references to the types of activity carried on in various geographical areas will be found under "Principal Plants & Properties."

## PRINCIPAL PLANTS & PROPERTIES

Producing Department: Company affiliates in 1953 produced 14% of world's supply.

In 1953 company affiliates drilled 1,478 wells to develop production from proven fields. They also drilled 382 wildcat wells. Of the 1,860 wells, 1,178 produced oil, 146 produced only gas, and the rest were dry holes. Important increases in proved reserves were recorded at the end of 1953.

As of Dec. 31, 1953 affiliates held net acreage and producing wells:

| | [1]Net Acreage— | | [6]Net Wells |
| | Proved | Total | |
| [5]Cos. over 50% owned: | | | |
| United States ...... | 729,600 | 23,815,400 | 16,702 |
| Canada ............ | 305,700 | 18,561,800 | 1,693 |
| [2]Venezuela ....... | 251,600 | 3,793,490 | 2,625 |
| Oth. West. Hem. ... | 43,000 | 2,487,000 | 2,125 |
| Europe ............ | ------ | 4,365,700 | ------ |
| Sub-total ....... | 1,329,900 | 52,722,350 | 23,195 |
| [5]Cos. less than 50% owned: | | | |
| Oth. West. Hem. ... | ------ | 350,300 | ------ |
| Europe ............ | 16,800 | 3,390,100 | 338 |
| Middle East ....... | 249,000 | 92,491,600 | 80 |
| Far East .......... | 16,200 | 12,220,800 | 376 |
| Sub-total ....... | 282,600 | 108,652,800 | 794 |
| Total ....... | 1,612,500 | 161,375,100 | 23,989 |

[1]Includes total holdings of companies in which Standard owns more than 50% of the shares but only that percentage of the hold-

ings of other companies corresponding to Standard's percentage of stock ownership.
[2]Net oil and gas condensate wells of producing.
[5]Does not include any reserves from wells of Mene Grande Oil Co., of which affiliates are the subject of agreement operating arrangements between Creole Petroleum Co., Ltd. and their affiliate. For the most part, the oil listed was held either under lease or by royalty owners, including government concession, government concession contract conditions.

Within the United States Humble Refining Co. has its most important in Texas, but it also produces in other Gulf Coast areas, and California, Carter Oil Co. Illinois, Oklahoma, Arkansas, and more recently in the Williston Basin of the Dakotas and Montana and of eastern Colorado, western northwestern Kansas.

The most important properties, Oklahoma, and Saskatchewan, Creole Petroleum operates in Venezuela. International Corp., Ltd., operates in Peru and through contractual arrangements Mene Grande Oil Co. Ltd. in Venezuela. In addition subsidiaries produce relatively ties of crude in Argentina.

Company also has investments in companies which are important in producing crude in Indonesia, Saudi Arabia. See "Eastern Hemisphere Operations."

Crude oil production of company and its Hemisphere Affiliates (in thousands daily):

| Affiliate: | 1954 | 1953 |
| Humble O. & R. ... | 286 | |
| Carter Oil ........ | 117 | |
| Total U. S. ..... | 448 | |
| Imperial Oil ...... | 97 | |
| Creole Pet. ....... | 425 | |
| Int'l Pet. ........ | 105 | |
| Others ........... | ------ | |
| Total ....... | 1,474 | 1,466 |

Net production in 1954 was... 1,201, in 1950, 1,040 and in 1949...

Pipe Line Department: Subsidiaries and operated at end of 1949, 9,552 trunk pipe lines in the United States, the lines carried 384,000,000 bbls other refined products.

Details of company's principal pipe line subsidiaries are as follows: Humble Pipe Line Co. operated trunk lines and 2,438 miles of gathering in Texas and New Mexico which the Baytown refinery in Texas and...

Interstate Oil Pipe Line Co. miles of trunk lines in Louisiana, Mississippi, Wyoming, which deliver to connecting carriers in Anchorage, and Baton Rouge and Billings and Laurels, Montana. Oklahoma sold in July... interest in Yellowstone Pipe Line constructed a 540 mile product from Billings, Mont. to Spokane, 1954. Oil carried daily (bbls): 1952, 475,000; 1951, 450,000; 1950...

Tuscarora Pipe Line Co. Original miles of product lines. Original crude oil to New York Harbor verted in the thirties to transport from refineries in New Jersey a point near Pittsburgh.

Not included in above are oil systems in which company owns i.e. a Plantation Pipe Line owned) (see Moody's Transportation which transported through product pipe lines 189,000... and the Portland-Montreal transported 145,000 bbls. daily its 342 miles of trunk line between...

Affiliate Imperial Pipe Line gathers oil in Alberta; 174 mile Imperial Co., Ltd. which has a 7 mile pipe line Gretna Manitoba to Winnipeg. line which consists of 194 miles to Toronto. Imperial Oil also has terest in Trans Mountain Pipe completed in 1953 a line from Vancouver and interprovincial which operates a line from Edmonton nia.

In Colombia, South American national Corp., Ltd. owned and operates producing fields on the coast contract expires... In Venezuela, 486 miles of crude interest in 486 miles of line from finding a 143 mile line from to Amuay Bay.

Marine Transportation: Companies moved about 500,000,000 bbls... refined products by ocean tankers...

Library of Congress

of this volume was carried in ...ers owned by affiliates. At Dec. 31, ... consisted of 106 vessels, of ... operated under the U. S. flag by ...

... affiliates also own and operate ... service vessels, together with many ...rge and barges. In 1954 affiliates ... ocean tankers and 6 lake tank-... were replaced by 7 ocean tankers ... Liberty craft and 12 ocean-going ves-... 248,000 d.w.t. are under construc-... now 35,556 d.w.t. tankers for ... 800 c.o., and one of 37,333 d.w.t. ...andard S.A.F.

**...Department:** Company affiliates ... of all oil refined by entire ... in 1953.

...Modernization programs have ...o we are in progress in many of ... the meet increased demands for ... products; to improve efficiency and ... new and higher quality products. ... ...etrochemicals. In Apr., 1955 com-... the government owned Butyl ... at Baton Rouge, La.

...Hemisphere refinery operating ...(thousand bbls. daily):

| | 1954 | 1953 | 1952 | 1951 |
|---|---|---|---|---|
| Crude | 228 | 252 | 252 | 247 |
| ... | 19 | 20 | 20 | 19 |
| ... | 473 | 488 | 507 | 498 |
| ... | 720 | 753 | 779 | 763 |
| ... | 178 | 204 | 191 | 184 |
| ... | 146 | 134 | 127 | 122 |
| ... | 605 | 593 | 429 | 481 |
| ... | 66 | 67 | 651 | 88 |
| ... | 33 | 30 | 30 | |
| | **1,584** | **1,581** | **1,612** | **1,593** |

...lowing data list the principal re-...subsidiaries and the average crude ...(bbls. daily):

| | 1953 | 1952 | 1951 |
|---|---|---|---|
| ...andard Oil Co. | 25 | 27 | 29 |
| ...Natsco Co.... | | | |
| ...o Ltd.... | 157 | 163 | 159 |
| ...Oil Co.... | 51 | 56 | 52 |
| ...Rouge.... | 250 | 257 | 250 |
| Oil & Refining Co.... | | | |
| ...l Oil... | 245 | 252 | 247 |
| Oil Ltd.... | | | |
| ...l Oil... | 63 | 56 | 55 |
| ...lvan.... | 49 | 46 | 47 |
| ...olic Corp.... | | | |
| ...Bay.... | 71 | 67 | 68 |
| ...a. Venez.... | 58 | 60 | 59 |
| ...an Transport Co., Ltd.: | | | |
| ...... | 393 | 420 | 431 |
| ...oleum Co., Ltd.: | | | |
| ...... | 38 | 37 | 36 |

...finaries of subsidiaries are lo-...Charleston, S. C.; Billings, Mont.; Re-...s, Halifax, N. S.; Paco, B. C.; Cali-...; Edmonton, Alta.; Winnipeg, Man.; ...rnas, N. W. T.; Havana, Cuba; and ...; Saint Blanca, Embarcacion and ...engui Argentina.

...g Department: In connection with ... products in the various parts of ...rld in which subsidiaries do business, ...er or lease from others and operate ... bulk plants, service stations, tank ... and other equipment. Nearly all ...ations owned or leased by subsidi-... the United States are operated by ... under lease; Subsidiaries sell prod-... wholesale and retail.

...22 product sales on world-wide basis ...edical Tabulation below.

...rincipal marketing subsidiaries of ...pany in Western Hemisphere are the ... were:

|  | Marketing in |
|---|---|
| ...andard... | United States |
| ...Oil & Re-... | |
| ...Oil Ltd.... | Canada |
| ...... | Brazil |
| ...andard Oil... | West Indies and Central America. |
| ...andard Oil... | Chile |
| ...etroleum Co.... | Peru & Colombia |
| ...etroleum... | Venezuela |
| ...x Petro-... | Argentina |
| ...tandard Oil... | |
| ...guay) S. A. | Uruguay |

...subsidiaries obtain most of ...etroleum products from their own re-... or from refineries of other subsidi-... Also, substantial quantities of ... products are purchased from outsiders ... the United States and abroad.

... In 1954 over 2,500 employees were ... in research, $30,000,000 was spent for ... research. 88 patents were granted. Esso ... & Engineering Co. (formerly Stand-... Development Co.) is primary research ...pany in Western Hemisphere. In ... addition to carrying on its own ... it collects, purchases and dissem-...

...ates the results of work by the laboratories of other affiliates.

The first privately financed atomic radiation laboratory in the oil industry is being built at the Esso Research Center in Linden, N. J. Its primary function, at first, will be the study of the application of gamma radiation to oil processes and products.

Refineries utilizing new design principles and processes went on stream at Bombay, India, and at Durban, South Africa. Fluid coking unit at Billings, Mont., began operating in Dec., 1954. Another Fluid coking unit was being built at Baltimore, Md. The "fluidized solids" idea developed for Fluid catalytic cracking has been adapted to handle extremely thick, sometimes solid, residues of crude oil. This process turns out superior yields of liquid products at a lower investment than was formerly required.

Three Fluid hydroformers neared completion, and contracts have been let for three more, for a total capacity of 75,000 barrels a day. Fluid hydroforming uses the fluidized solids principle to make high-octane gasoline components.

Hydrogen, obtained as a by-product of hydroforming, has been put to work in still another refining process known as hydrofining, which is an important step in producing premium gasolines and heating oils. Several plants using this method started operation in 1954. Hydrofining is also being used in a lubricating oil finishing process in an Imperial Oil refinery. Besides providing superior products, hydrofining eliminates acid treating and attendant problems of controlling air and water pollution.

**Miscellaneous:** Gilbert & Barker Mfg. Co. owns a plant at West Springfield, Mass., for manufacture of equipment for dispensing and storing oil and gasoline, of oil heating and air conditioning equipment, and of miscellaneous articles.

Subsidiaries and certain companies in which company has investments are engaged in licensing of various patent rights relating directly or indirectly to oil business and in the manufacture of general and special lines of chemical products made from by-products of the petroleum industry.

**EASTERN HEMISPHERE OPERATIONS**

Net crude oil production affiliates (thousand bbls. daily):

| Affiliates: | 1954 | 1953 | 1952 |
|---|---|---|---|
| Aramco ... | 236 | 234 | 247 |
| Iraq. Pet., etc. ... | 69 | 63 | 42 |
| Standard-Vac. ... | 35 | 32 | 33 |
| Esso Stand. S.A.F. | 3 | — | — |
| Other ... | 12 | 10 | 9 |
| Total ... | **405** | **359** | **331** |

Refinery crude runs (thousand bbls. daily):

| Affiliates: | 1954 | 1953 | 1952 |
|---|---|---|---|
| Esso Pet. Co. Ltd. | 152 | 122 | 124 |
| Esso Stand. S.A.F. | 100 | 59 | 51 |
| Aramco ... | 56 | 61 | 45 |
| Standard-Vac. ... | 56 | 42 | 41 |
| Others ... | 100 | 59 | 43 |
| Total ... | **413** | **334** | **304** |

With respect to affiliates owned 50% the above statistics represent that portion of their volumes.

**Europe:** A high light of operations in Europe in 1954 was the discovery of crude oil by company's affiliate in France, Esso Standard S.A.F., after drilling one nonproductive test well, found oil on the next attempt, south of Bordeaux. Since then 3 more wells have been completed and the field is now producing at daily rate of about 6,000 bbls. of good quality, low-sulfur crude oil. Nearly 1,000,000 bbls. of this oil were processed in 1954 in the Port Jerome refinery, where total throughput was 17% higher than in 1953.

Gewerkschaft Brigitta, producing affiliate in West Germany, increased its production rate in 1953. The increase was largely due to the extension of Hemmelte field in Oldenburg. Esso A. G's new refinery at Hamburg was completed in 1953. It is the largest refinery in West Germany, having a daily capacity of 37,000 bbls.

The great Esso refinery at Fawley, England, is now able to manufacture almost all the lubricating oil requirements of Esso Petroleum Co., Ltd.

In 1954, the new refinery at Antwerp, Belgium, owned and operated by Esso Standard Refinery, completed first full year with an average throughput of 25,000 bbls. daily. Additional equipment has been installed at this refinery to manufacture liquefied petroleum gas.

**Middle East:** Legal questions that for a while had postponed the purchase of shares of Arabian American Oil Co. were settled, and on Dec. 2, 1948, Jersey acquired a 30% stock interest in that company. Remaining interest is held 30% by Standard Oil Co. of Calif. and Texas Co. and 10% by Socony Vacuum Oil Co. Daily production of crude oil by Aramco (bbls.): 1954, 950,000; 1953, 845,000; 1952, 825,000; 1951, 762,000; 1950, 547,000.

Daily runs at Aramco's refinery at Tanura averaged (bbls. daily): 1954, 218,000; 1953, 203,000; 1952, 170,000; 1951, 160,000.

Trans-Arabian Pipe Line Co. completed its 1,067-mile pipeline in Saudi Arabia in Dec., 1950. Operation of the TAPline system began Dec. 2, 1950. Deliveries at terminal at Sidon in eastern Mediterranean totaled (bbls. daily): 1954, 318,000; 1953, 308,000; 1952, 309,000.

Iraq Petroleum Co., Ltd., in which company has an 11¾% participation continued exploration in several Middle East countries. At end of 1954 daily production rate averaged 551,000 barrels daily.

**Far East:** Standard-Vacuum Oil Co. (50% owned) operates from the Philippines to Saudi Africa. Crude production averaged 69,-800 (1953, 64,000; 1952, 66,000) barrels a day in 1954. Most of this was from fields in Sumatra, but there was also some production in New Guinea. In addition to exploratory work in Indonesia, company was exploring in Australia, India, Pakistan and British Somaliland.

Wholly-owned refineries in Indonesia, Australia, South Africa and India and 2 refineries in Japan in which company has a majority interest processed 111,000 bbls. a day in 1954. The largest refinery is at Palembang, in Sumatra. The new 16,000 bbl. refinery at Durban, South Africa began operations in Jan., 1954, and a new 25,000 bbl. refinery at Bombay, India began operation in June, 1954. The Altona plant, near Melbourne, Australia, expanded its capacity from 2,500 to 25,000 bbls. daily in early 1955. Company's refining capacity in early 1955 was 160,000 bbls. daily.

At Dec. 31, 1954, company's fleet consisted of 37 owned and 27 chartered deep-sea tankers in addition to 14 coastal vessels in the Indonesia area.

**Iran:** Company, together with Socony-Vacuum Oil Co., Inc., Standard Oil Co. (N. J.), Standard Oil Co. of Cal., Texas Co., Gulf Oil Corp., Anglo-Iranian Oil Co., Royal Dutch Shell and Compagnie Francais des Petroles, formed a consortium to restore Iranian oil to world commerce. Agreements, to run for 40 years, were approved by Iranian parliament in Oct., 1954.

Consortium members have set up two companies under the laws of the Netherlands: one to explore for and produce crude oil in Iran within the area covered by the agreement; the other to operate the Abadan refinery. The two companies exercise managerial controls necessary to ensure successful operation. The National Iranian Oil Co. (owned by Iranian Government) has sole responsibility for all marketing within Iran and for producing and refining operations outside the area of the agreement. Iran is to receive one-half of net profits of the consortium.

A British company called Iranian Oil Participants Ltd., has been formed which holds the shares of the two Netherlands companies. Each consortium member subscribed to shares in this company equivalent to its interest under the applicable agreements. Anglo-Iranian holds 40% interest, the American firms share 40%, Royal Dutch Shell, 14% and Compagnie Francais des Petroles, 6%. Each member takes its oil at the border of Iran and markets it independently.

In Apr., 1955, the 5 American companies referred to above reduced their interest from 40% to 35% by turning over a 5% interest to Iricon Agency, Ltd. organized to administer interests of Standard Oil Co. (Ohio), Atlantic Refining Co., Hancock Oil Co., Pacific Western Oil Corp., Richfield Oil Corp., Signal Oil & Gas Co., Tide Water Associated Oil Co., American Independent Oil Co. and San Jacinto Petroleum Corp.

**CAPITAL EXPENDITURES**

Capital and Exploration expenditures by consolidated affiliates in 1954 totaled $764,000,-000. This was slightly more than in 1953 and brought the total of capital and exploration expenditures since World War II to more than $3,000,000,000. It is anticipated that such expenditures in 1955 will be somewhat higher than the record level of 1954.

Of the total 1954 expenditures, those for additions to property, plant, and equipment amounted to $600,391,000 distributed as follows (in thousands of dollars):

| | U.S. | Foreign | Total |
|---|---|---|---|
| Producing ... | 156,619 | 98,865 | 255,484 |
| Refining ... | 58,529 | 98,284 | 156,813 |
| Marketing ... | 39,842 | 57,622 | 97,464 |
| Transportation ... | 11,178 | 36,284 | 47,462 |
| Other ... | 6,060 | 7,108 | 13,168 |
| Total ... | 312,228 | 288,163 | 600,391 |

The above included payments for new producing wells and related equipment; modern refining units to produce greater yields of higher quality products; laboratories for production, process, and product research; tankships; pipelines; pumping stations; facilities for more effective and expanded marketing; and gas reprocessing plants to increase the yields from oil fields.

In addition to the expenditures capitalized, other amounts spent in the search for oil during 1954 by consolidated companies totaled $164,000,000. New discoveries were made, and known fields were extended. Estimated proved reserves of oil and gas were greater at the end of the year than at the beginning.

Library of Congress

US-GEN003545

Case 4:10-cv-02386 Document 126-3 Filed on 01/23/14 in TXSD Page 54 of 63

## MANAGEMENT

**Officers**

Eugene Holman, Chairman
M. J. Rathbone, President
C. F. Smith, Vice-President
J. E. Crane, Vice-President
E. E. Soubry, Vice-President
L. W. Elliott, Vice-President
E. G. Collado, Treasurer
J. C. Anderson, Comptroller
J. O. Larson, Secretary

**Directors**

M. W. Boyer, New York

S. P. Coleman, New York
J. E. Crane, New York
L. W. Elliott, New York
H. H. Hewetson, New York
Eugene Holman, New York
P. T. Lamont, New York
H. W. Page, New York
A. T. Proudfit, New York
M. J. Rathbone, New York
D. A. Shepard, New York
C. F. Smith, New York
E. E. Soubry, New York
L. D. Welch, New York

**General Counsel:** E. V. Johnson, New York

**Auditors:** Price, Waterhouse & Co.
**Annual Meeting:** Fourth Wednesday in May.
**No. of Stockholders:** Dec. 31, 1954 ...
**General Office:** 30 Rockefeller Plaza.
**Payrolls and Employees:**

| | Employees | Sal... |
|---|---|---|
| 1954 | 150,000 | |
| 1953 | 158,000 | |
| 1952 | 159,000 | |
| 1951 | 156,000 | |
| 1950 | 152,000 | |

Consolidated, including European and Africa affiliates.

## OPERATING STATISTICS

### COMPARATIVE OPERATING STATISTICS, YEARS ENDED DEC. 31
(Consolidated and non-consolidated companies)
(Barrels per day)

| | 1954 | 1953 | 1952 | 1951 | 1950 |
|---|---|---|---|---|---|
| **[1]Gross Crude Oil Production** | | | | | |
| United States | 448,000 | 479,000 | 469,000 | 470,000 | 396,000 |
| Canada | 97,000 | 90,000 | 76,000 | 63,000 | 36,000 |
| Latin America | 929,000 | 897,000 | 906,000 | 883,000 | 792,000 |
| Total Western Hemisphere | 1,474,000 | 1,466,000 | 1,451,000 | 1,416,000 | 1,224,000 |
| Eastern Hemisphere | 419,000 | 372,000 | 339,000 | 296,000 | 220,000 |
| Total World-wide | 1,893,000 | 1,838,000 | 1,790,000 | 1,712,000 | 1,444,000 |
| **[2]Net Crude Oil Production** | | | | | |
| United States | 387,000 | 414,000 | 406,000 | 407,000 | 342,000 |
| Canada | 84,000 | 78,000 | 65,000 | 55,000 | 33,000 |
| Latin America | 775,000 | 749,000 | 757,000 | 739,000 | 685,000 |
| Total Western Hemisphere | 1,246,000 | 1,241,000 | 1,228,000 | 1,201,000 | 1,040,000 |
| Eastern Hemisphere | 405,000 | 359,000 | 331,000 | 295,000 | 219,000 |
| Total World-wide | 1,651,000 | 1,600,000 | 1,559,000 | 1,496,000 | 1,259,000 |
| **Refinery Crude Runs** | | | | | |
| United States | 720,000 | 733,000 | 779,000 | 763,000 | 684,000 |
| Canada | 214,000 | 204,000 | 191,000 | 184,000 | 171,000 |
| Latin America | 650,000 | 624,000 | 642,000 | 646,000 | 599,000 |
| Total Western Hemisphere | 1,584,000 | 1,561,000 | 1,612,000 | 1,593,000 | 1,454,000 |
| Eastern Hemisphere | 413,000 | 334,000 | 304,000 | 220,000 | 151,000 |
| Total World-wide | 1,997,000 | 1,915,000 | 1,916,000 | 1,813,000 | 1,605,000 |
| **Products Sales** | | | | | |
| Gasoline | 798,000 | 764,000 | 726,000 | 664,000 | 597,000 |
| Home heating oils, kerosene, and diesel oils | 617,000 | 582,000 | 575,000 | 539,000 | 454,000 |
| Heavy fuels | 623,000 | 621,000 | 628,000 | 623,000 | 555,000 |
| Other products | 116,000 | 103,000 | 104,000 | 108,000 | 99,000 |
| Total World-wide | 2,154,000 | 2,070,000 | 2,033,000 | 1,933,000 | 1,705,000 |

[1]Gross production includes royalties and oil payments due others on affiliates' share of production, but not operating partners' share of production; net production excludes royalty and oil payments due others and partners' share of production.

Note: For those affiliates in which company owns more than 50% of the shares, 100% of their operations is included in the above totals; for those affiliates owned 50% or less, only company's proportion is included.

## INCOME ACCOUNTS

### COMPARATIVE CONSOLIDATED INCOME ACCOUNT, YEARS ENDED DEC. 31
(1954 figures taken from report to stockholders; prior years from reports filed with Securities and Exchange Commission)

| | [1]1954 | [1]1953 | [1]1952 | [1]1951 | [1]1950 |
|---|---|---|---|---|---|
| Gross operating income | $5,661,531,759 | $4,137,745,382 | $4,060,813,949 | $3,785,889,965 | $3,134,387,000 |
| [2]Costs and operating expenses | 4,376,482,116 | 2,644,473,068 | 2,655,250,573 | 2,375,104,281 | 1,993,481,142 |
| [3]Selling, gen. and adm. expenses | | 298,726,393 | 293,130,402 | 256,171,242 | 236,102,551 |
| [4]Taxes (other than div. and inc.) | 121,937,345 | 21,521,580 | 73,590,222 | 75,692,824 | 69,021,520 |
| Depreciation | | 239,850,069 | 205,159,248 | 186,133,687 | 170,035,109 |
| Depletion | 304,003,146 | 2,903,984 | 9,085,121 | 8,557,319 | 7,762,388 |
| Amortization | | 2,082,528 | 1,953,210 | 2,480,106 | 2,248,620 |
| Retirements | | 19,245,497 | 11,831,430 | 10,669,521 | 21,033,230 |
| Operating profits | 858,959,152 | 843,629,687 | 796,149,041 | 869,080,985 | 634,900,426 |
| [5]Dividends received | | 87,211,848 | 72,995,993 | 54,256,303 | 41,596,358 |
| Interest received | 144,341,208 | 24,961,345 | 17,911,468 | 13,041,901 | 7,593,892 |
| [6]Profit on securities (net) | | 14,093,521 | 15,250,523 | 3,381,566 | 4,901,840 |
| Miscellaneous other income | | 5,612,846 | | 16,647,358 | 9,316,684 |
| Total income | 1,003,300,360 | 975,514,015 | 902,308,970 | 946,408,113 | 698,309,100 |
| Prov. for losses in investments | 105,138 | cr 764,612 | cr 234,722 | 2,837,724 | 6,016,437 |
| Interest on funded & long-term debt | 17,519,153 | 12,552,145 | 12,725,016 | 11,784,418 | 12,462,938 |
| Other interest | 7,001,105 | 892,498 | 1,177,387 | 1,677,340 | 1,412,376 |
| Foreign exchange adjustments | | 5,168,668 | cr 3,013,948 | cr 947,941 | cr1,038,533 |
| Balance | 978,344,314 | 957,667,315 | 891,654,107 | 931,056,572 | 679,656,264 |
| [7]Prov. for U. S. & fgn. income taxes | 311,000,000 | 329,000,000 | 223,000,000 | 325,000,000 | 207,000,000 |
| Minority interests in earnings | 82,551,755 | 75,595,198 | 78,536,417 | 79,449,046 | 62,935,102 |
| [8]Transfer to appropriate surplus | | cr 138,850 | 136,581 | cr 1,353,253 | 1,476,843 |
| Inventory replacement adjustment | | | | | |
| [9]Net income to unappro. surp. | 584,793,158 | 552,825,969 | 519,591,109 | 526,480,779 | 408,223,223 |
| Earned surplus Jan. 1 | 2,465,528,320 | 2,134,901,385 | 1,921,665,656 | 1,644,320,626 | 1,388,204,668 |
| [10]Other surplus credits | 197,522,525 | | 138,581 | 2,224,756 | 1,478,849 |
| Cash dividends | 280,475,885 | 273,060,184 | 256,881,961 | 249,539,649 | 151,027,563 |
| [11]Stock dividends | | | | | |
| [12]Other surplus debits | | 138,850 | | 3,741,456 | 2,556,128 |
| [13]Earned surplus end of year | $2,967,368,118 | $2,465,528,320 | $2,184,901,385 | $1,921,665,656 | $1,644,320,626 |

### SUPPLEMENTARY P. & L. DATA

| | | | | | |
|---|---|---|---|---|---|
| Maintenance and repairs | Not stated | $192,239,871 | $200,058,318 | $160,955,232 | $138,554,159 |
| Rents and royalties | | 56,755,682 | 52,553,280 | 50,439,384 | 33,391,363 |
| Parent company's net income | $440,338,377 | $363,770,670 | $360,221,785 | $311,970,088 | $213,061,859 |
| [14]Equity earnings of subs. cons. | 524,838,000 | 515,365,287 | 509,512,617 | 540,948,673 | 411,689,750 |
| [15]Dividends from subs. cons. | 380,363,000 | 315,509,211 | 335,114,962 | 318,689,456 | 219,127,854 |
| Equity in earnings of Std. Vacuum Oil Co. (50% owned) | Not stated | 20,670,010 | $23,354,153 | $21,439,022 | 19,278,639 |
| Dividends from Standard-Vacuum | | 12,000,000 | 9,500,000 | 10,000,000 | 10,000,000 |
| Eq. in earn. Ethyl Corp. (50% owned) | | 10,505,220 | 9,060,017 | 8,369,194 | 13,192,105 |
| Divs. from Ethyl Corp. (50% owned) | | 7,000,000 | 4,750,000 | 4,000,000 | 6,750,000 |

[1]Includes related portions of items shown under "Supplementary P. & L. Data." "Taxes (other than div. & inc.)" and "Taxes withheld on dividends received" shown in above statement together equal "Taxes (other than income)" shown under "Supplementary P. & L. Data."

[2]Includes accounts of company and all affiliates owned more than 50%. For summary of earnings including European and North African subsidiaries for 1953 and prior years, see below.

[3]Includes dividends received from companies operating outside the Western Hemisphere (1953, $26,689,537).

[4]Excludes operations of subsidiaries located in Europe and North Africa. For summary of earnings, etc., including these subsidiaries for 1953 and prior years see below.

[5]1951: Adjustment arising from stock split, $1,888,233; adjustment of restricted earnings from pipeline operations.

[6]Comprises:
1948-50: Restricted earnings from pipe line operations.
1951: Adjustment (net) in consolidation.

1954: Adjustments arising from valuation of affiliates in Europe and ... $197,522,525; transfer of reserves for losses on foreign investments, $90,000 ...
$197,522,525.

[7]1953: Includes $12,811,361 profit of subsidiaries.

[8]1949: Of which $14,745,900 represents capital stock and $8,050,249 to capital surplus.
1948: Of which $34,037,000 represents capital stock and $36,467,297 to capital surplus.

[9]Includes appropriated surplus: 1953, $12,312,849; 1952, $12,384,910 ...

**Depreciation Policy, Etc.:** Policy with respect to depreciation, depletion, and amortization of property, plant, and equipment is, in general, to charge income over the estimated life of such assets by application of either the unit of production method or the straight line method. In arriving at rates under unit of production method of depreciation and depletion, commercially recoverable oil or gas reserves were estimated by companies' engineers and geologists. Under straight line method annual rates applied to investment base have been estimated to take into consideration wear and tear, deterioration from natural causes, and normal obsolescence, with due recognition of expected salvage value.

Intangible drilling costs are amortized on unit of production method except that intangible drilling costs applicable to dry holes and abandoned wells are charged to costs in the income statement.

Library of Congress

## GEOGRAPHICAL SUMMARY OF CONSOLIDATED NET ASSETS AND EARNINGS FOR 1954

| | United States | Western Hemisphere | Europe and North Africa | Middle East and Far East | Total |
|---|---|---|---|---|---|
| Net Assets | $155,261,000 | $45,529,000 | $40,064,000 | $176,000 | $242,330,000 |
| Marketable securities | 1,021,793,000 | 1,706,000 | 4,528,000 | | 1,029,087,000 |
| Other current assets | 507,941,000 | 466,939,000 | 374,232,000 | 994,000 | 1,349,872,000 |
| | 1,684,795,000 | 519,575,000 | 419,749,000 | 1,170,000 | 2,625,289,000 |
| Liabilities | 452,346,000 | 314,361,000 | 333,011,000 | 3,565,000 | 1,103,283,000 |
| Net capital | 1,232,449,000 | 205,214,000 | 86,738,000 | d 2,395,000 | 1,522,006,000 |
| Investments and receivables | 37,075,000 | 50,552,000 | 43,811,000 | d185,058,000 | 346,596,000 |
| Net plant and equipment, less depreciation, etc. | 2,039,541,000 | 1,186,031,000 | 349,243,000 | 18,000 | 3,574,890,000 |
| | 32,480,000 | 17,353,080 | 17,313,000 | 819,000 | 67,965,000 |
| | 3,341,545,000 | 1,489,210,000 | 497,204,000 | 183,500,000 | 5,511,459,000 |
| Long-term debt and deferred credits | 366,776,000 | 42,064,000 | 87,955,000 | | 496,805,000 |
| Minority interests | 48,482,000 | 191,416,000 | 69,692,000 | 102,000 | 309,692,000 |
| | 139,571,000 | 212,547,000 | 39,015,000 | | 391,133,000 |
| Consolidated net assets | 554,829,000 | 446,127,000 | 196,672,000 | 102,000 | 1,197,730,000 |
| Consolidated net income | 2,736,715,000 | 1,043,583,000 | 300,332,000 | 183,398,000 | 4,313,729,000 |
| | 132,340,000 | 319,236,000 | 330,353,000 | 102,193,000 | 584,793,000 |

Company's equity in related net assets is more than its investments in this area at Dec. 31, 1954. Procedures followed in converting the accounts of foreign affiliates into dollars are: (1) Inventories purchased for dollars at their dollar cost, other current assets and current liabilities at year-end rates; (2) other assets and long-term debt at rates prevailing at acquisition, and (3) reserve at rates prevailing when provided. Foreign exchange differences arising from the foregoing procedures have been included in consolidated net income.

## COMPARATIVE BALANCE SHEET, AS OF DEC. 31
### (Parent company only—Taken from report to stockholders)

| | 1954 | 1953 | 1952 | 1951 | 1950 | 1949 | 1948 |
|---|---|---|---|---|---|---|---|
| Marketable securities | $61,040,984 | $63,131,208 | $63,285,597 | $71,258,524 | $64,376,220 | $59,257,726 | $56,533,809 |
| Inventories and supplies | 1,602,422,344 | 883,778,819 | 750,653,478 | 653,436,784 | 474,936,334 | 297,897,357 | 150,109,138 |
| | 18,316,102 | 6,740,258 | 5,072,624 | 4,489,464 | 3,544,928 | 4,656,107 | 7,434,089 |
| | | | | 48,240 | 38,519 | 367,621 | 231,203 |
| Net current assets | $1,081,777,400 | $953,648,329 | $819,011,159 | $729,251,012 | $543,076,001 | $361,988,811 | $214,368,239 |
| Subsidiaries consolidated: | | | | | | | |
| | 1,593,241,287 | 933,201,229 | 932,515,109 | 932,235,039 | 831,373,577 | $758,527,690 | 743,589,647 |
| In Brit., Europe & No. Africa | 165,260,591 | 85,657,930 | 104,322,970 | 116,485,782 | 211,453,916 | 205,099,799 | 112,991,310 |
| Securities and receivables | 217,406,356 | 225,614,750 | 190,759,841 | 187,239,459 | 191,372,581 | 184,764,355 | 190,199,989 |
| Investments and funds | | 193,883,837 | 317,378,041 | 212,349,647 | 203,314,745 | 185,108,758 | 176,380,841 |
| Deferred charges (net) | | | | 435,510 | 701,205 | 671,482 | 588,226 |
| | 10,914,446 | 9,142,638 | 11,343,723 | 11,998,041 | 2,989,311 | 96,491,005 | 25,769,371 |
| | | | | | | 3,622,563 | 3,569,894 |
| Total assets | $3,068,602,060 | $2,401,148,664 | $2,275,820,843 | $2,189,994,490 | $1,984,704,558 | $1,792,372,453 | $1,577,358,703 |
| LIABILITIES | | | | | | | |
| Accounts payable and accruals | $10,660,669 | $9,292,841 | $9,997,020 | $10,637,626 | $9,851,139 | $12,917,044 | $16,097,116 |
| Advances to affiliate consolidated | 507,377,599 | 427,589,951 | 392,141,468 | 401,902,030 | 213,862,340 | 69,960,579 | 124,302,614 |
| Provision for Federal income taxes | 24,531,728 | 36,710,514 | 37,389,822 | 35,879,735 | 10,624,907 | 10,797,329 | 9,257,890 |
| | | 4,305,588 | | | | | |
| Total current liabilities | $543,069,996 | $477,899,054 | $439,508,310 | $448,419,385 | $294,338,436 | $93,675,452 | $149,657,620 |
| Due Standard-Vacuum Oil Co. | 316,002,631 | 311,696,943 | 316,002,631 | 316,552,414 | 312,177,597 | 375,810,009 | 10,900,000 |
| Reserve res. for foreign invest. | | 90,000,000 | 90,000,000 | 90,000,000 | 105,000,000 | 105,000,000 | 162,317,838 |
| Operating reserves | 5,877,659 | 5,535,064 | 5,991,439 | 4,111,994 | 4,626,389 | 23,849,144 | 105,000,000 |
| Minority interest | 530,511 | 553,221 | 554,581 | 596,393 | 618,623 | 640,652 | 21,702,461 |
| Capital surplus | 981,323,110 | 908,596,380 | 908,586,380 | 908,586,380 | 757,138,850 | 754,584,561 | 734,638,877 |
| Earned surplus | 364,328,659 | | | | 149,639,527 | 145,851,099 | 112,098,997 |
| | 850,760,494 | 606,898,092 | 515,187,510 | 421,747,722 | 361,204,886 | 293,231,236 | 281,975,892 |
| Total liabilities | $3,068,602,060 | $2,401,148,664 | $2,275,820,843 | $2,189,994,490 | $1,984,704,558 | $1,792,372,453 | $1,577,358,703 |
| Current assets | $538,709,404 | $475,749,226 | $379,502,849 | $280,831,627 | $248,737,565 | $267,413,389 | $64,710,619 |

Includes other marketable securities. Subsidiaries consolidated for first time since 1909. Only in conjunction with consolidated statements and other information contained herein. Payable to Imperial Oil, Ltd. In 1944 consisted from subsidiaries marine British, European and No. Africa. equipment which was transferred to a subsidiary on Jan. 1, 1950.

Represents amount of stock issued in excess of par value.

Note: Principally a holding company and therefore above statements should be read

## FINANCIAL & OPERATING DATA

| Record | 1954 | 1953 | 1952 | 1951 | 1950 | 1949 | 1948 |
|---|---|---|---|---|---|---|---|
| Earned per share—common | $58.93 | $9.13 | $8.58 | $8.72 | $13.48 | $8.91 | $12.44 |
| Dividend per share—common | $4.55 | $4.50 | $4.25 | $5.75 | $5.00 | $4.00 | $2.00 |
| Price range—common | 112¼–71¾ | 78½–67 | 85–72 | 75¼–55½ | 92–66 | 74½–60½ | 92½–69½ |
| Net assets per share—common | $65.92 | $58.26 | $51.64 | $47.32 | $47.35 | $77.05 | $73.67 |

| Provision for income taxes | | | | | | | |
|---|---|---|---|---|---|---|---|
| Times income taxes | 37.09 | 66.99 | 59.48 | 64.40 | 45.34 | 39.84 | 59.08 |
| earned | 24.56 | 43.12 | 38.40 | 40.26 | 30.42 | 26.51 | 37.64 |
| Net inc. % sales 1971 | 96–91 | 91¾–85 | 94½–90 | 96¼–94¾ | 98¾–96 | 98¾–93¾ | 96¼–92¼ |
| Net income % sales, 1974 | 100¾–95¼ | 96¾–89 | 99¼–95¼ | 102¼–98¼ | 103¾–101½ | 103½–101½ | |
| Net assets per $1,000 lg. tm. debt | 39,683 | 33,674 | 37,807 | 37,500 | 56,863 | 33,582 | $10,202 |
| % of common shares | 3,064 | 3,056 | 2,817 | 2,576 | 46,851 | 41,781 | 23,309 |
| | 65,435,474 | 60,571,092 | 60,571,092 | 60,571,092 | 30,285,546 | 30,183,394 | 29,385,439 |

| Financial and Operating Ratios | | | | | | | |
|---|---|---|---|---|---|---|---|
| % of current liabilities | 2.38 | 2.83 | 2.85 | 2.76 | 3.12 | 3.12 | 2.26 |
| % securities to current assets | 48.53 | 54.03 | 53.42 | 54.06 | 52.05 | 44.40 | 33.11 |
| Inventory to current assets | 27.07 | 25.60 | 36.97 | 26.18 | 28.14 | 33.88 | 37.23 |
| Net assets to net worth | 60.85 | 39.30 | 41.36 | 42.09 | 46.47 | 36.41 | 36.48 |
| % property depreciated | | 43.88 | 43.95 | 44.32 | 45.16 | 44.26 | 45.90 |
| % of debt. and depl. to gross prop. | | 5.58 | 5.96 | 5.09 | 5.19 | 4.92 | 4.89 |

| Common in debt | | | | | | | |
|---|---|---|---|---|---|---|---|
| Common stock & surplus | 10.33 | 11.58 | 12.80 | 13.23 | 14.56 | 16.97 | 9.79 |
| Inventory | 89.67 | 88.47 | 97.20 | 86.67 | 85.44 | 83.03 | 90.21 |
| Receivables | 7.97 | 7.81 | 7.33 | 7.64 | 7.72 | 6.05 | 7.49 |
| Net property | 8.86 | 10.11 | 10.35 | 10.13 | 9.29 | 10.66 | 10.19 |
| Income to total assets | 158.36 | 152.98 | 160.84 | 156.87 | 147.48 | 136.55 | 177.39 |
| Income to total assets | 85.58 | 77.05 | 80.23 | 80.43 | 74.85 | 75.75 | 93.01 |
| Income to net worth | 9.84 | 10.29 | 10.30 | 12.23 | 9.75 | 7.05 | 10.37 |
| | 13.56 | 15.22 | 16.61 | 18.44 | 15.78 | 11.55 | 10.89 |

| Gross of Operations | % | % | % | % | % | % | % |
|---|---|---|---|---|---|---|---|
| Cost of oper. exp. | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| | 77.30 | 93.91 | 65.05 | 63.74 | 63.58 | 59.21 | 66.01 |
| Real estate income | | | 7.24 | 6.83 | 7.55 | 7.76 | 7.00 |
| Repairs & amort. | 2.15 | 1.98 | 1.94 | 2.00 | 2.30 | 2.30 | 3.47 |
| Income | 5.38 | 6.50 | 5.34 | 3.19 | 5.75 | 5.78 | 4.60 |
| Taxes | | | .28 | .28 | .67 | .59 | .49 |
| Other & dividends | 15.17 | 20.39 | 19.65 | 22.96 | 20.25 | 1.85 | 2.33 |
| Income | 2.55 | 13.05 | 2.25 | 1.78 | 1.63 | 1.10 | 0.30 |
| | | .14 | .37 | .24 | .45 | 0.29 | 0.26 |
| Other, loans & debt | 17.72 | 23.58 | 22.27 | 28.00 | 22.28 | 15.94 | 20.88 |
| Deductions | 0.44 | 0.22 | 0.31 | 0.36 | 0.44 | 0.34 | 0.19 |
| | | 0.11 | cr 0.05 | 0.36 | 0.16 | 0.22 | 0.59 |

Library of Congress

US-GEN003548

1520

# MOODY'S INDUSTRIAL MANUAL

| Analysis of Operations (cont'd) | 1954 | 1953 | 1952 | 1951 | 1950 |
|---|---|---|---|---|---|
| Balance | % | % | % | % | % |
| Income taxes & surtax | 17.22 | 23.15 | 22.01 | 24.39 | 21.68 |
| Minority interest | 5.49 | 7.95 | 7.23 | 3.88 | 6.09 |
| Special deductions | 1.46 | 1.84 | 1.94 | 3.10 | 2.01 |
| Inventory replacement adjustment | | | | cr 0.08 | 0.05 |
| Net income | 10.33 | 13.36 | 12.84 | 13.96 | 13.02 |

¶Based on report to stockholders.
¶Includes $3.24 paid prior to 5-for-1 split.
¶Also in stock: 1949, 2%; 1948, 5%.
¶After stock split: before 121¾-90%.
¶1953 and prior years exclude subsidiaries in Europe and North Africa. Including such companies: 1953, $3.59; 1952, $3.56.
¶Based on average number of shares outstanding $9.56.
¶Before special deductions.
¶Includes 3 cents paid in connection with sale of assets of Portland Pipe Line Co.

## FUNDED DEBT

**1. Standard Oil Co. (New Jersey) debenture 2¾%, due 1971:** Rating—Aaa
AUTHORIZED—$85,000,000; outstanding, $85,-000,000.
DATED—May 1, 1946.
MATURITY—May 15, 1971.
INTEREST—M&N 15 at office of J. P. Morgan & Co. Inc., New York. Principal and interest payable in U. S. legal tender.
TRUSTEE—Chase Manhattan Bank, New York.
REGISTRAR—Guaranty Trust Co., New York.
DENOMINATION—Coupon, $1,000; registerable as to principal fully registered $1,000, $5,000, $10,000 and other authorized multiples of $1,000. C&R and the several denominations interchangeable.
CALLABLE—As a whole, or in part by lot, on at least 30 days' published notice at any time to each May 15, incl., as follows:

| 1951 | 101 | 1966 | 100¾ | 1981 | 100¼ |
| 1956 | 100¾ | 1971 | 100½ | | |

¶After May 15, 1966.
SECURITY—Not secured by any lien.
CREATION OF ADDITIONAL DEBT—If any stock now owned or hereafter acquired of a corporation operating principally in the United States or Canada of which company directly or indirectly controls more than 50% of the voting securities is pledged as security for any debt or obligations, company will secure outstanding debentures ratably therewith.
RIGHTS ON DEFAULT.—In event of default (30 day grace period for payment of interest) trustee may, and on request of a majority of debentures shall, accelerate maturity.
INDENTURE MODIFICATION — Indenture may be modified except as provided with consent of 66 2/3% of debentures.
PURPOSE—Net proceeds, with other funds, used to redeem debenture 3s, due 1961.
TAX STATUS—No provision for assumption or refund of any Federal or state tax.
LEGAL—For trust funds in Virginia and for savings banks in New Jersey.
LISTED—On New York Stock Exchange.
OFFERED—($85,000,000) at 98 (proceeds to company 97%) on May 15, 1946 by a syndicate headed by Morgan Stanley & Co., New York.

**2. Standard Oil Co. (New Jersey) debenture 2¼%, due 1974:** Rating—Aaa
AUTHORIZED — $150,000,000; outstanding, $150,000,000.
DATED—July 15, 1949.
MATURITY—July 15, 1974.
INTEREST—J&J 15 at office of J. P. Morgan & Co. Inc., New York.
TRUSTEE—Bankers Trust Co., New York.
REGISTRAR—Guaranty Trust Co., New York.
DENOMINATION—Coupon $1,000, registerable as to principal fully registered $1,000, $5,000, $10,000 and authorized multiples of $1,-000. C&R and denominations interchangeable.
CALLABLE—As a whole, or in part by lot, on 30 days' notice at any time to each July 15, incl., as follows:

| 1953 | 102 | 1957 | 101¼ | 1961 | 100½ |
| 1955 | 101½ | 1959 | 101 | 1971 | 100¾ |

and thereafter at par.
SECURITY—Debentures are direct obligations of company, not secured by any lien.
If company pledges any stock of any company incorporated or operating principally in the United States or Canada in which company owns or directly or indirectly controls more than 50% of the voting securities, debentures will be secured equally.
RIGHTS ON DEFAULT.—In event of default (90 day grace period for payment of interest) trustee shall exercise rights and powers under indenture, and majority of debentures have

right to direct any proceeding for remedies available to trustee.
INDENTURE MODIFICATION — Indenture may be modified, except as provided, with consent of 66 2/3% of debentures.
PURPOSE—Proceeds for capital expenditures by company and subsidiaries.
TAX STATUS—No provision for assumption or refund of any Federal or state tax.
LISTED—On New York Stock Exchange.
LEGAL—For savings banks in Massachusetts and New Jersey; also for trust funds in Virginia.
OFFERED—($150,000,000) at 100% (proceeds to company, 99%) on July 15, 1949 by a group headed by Morgan Stanley & Co., New York.

**3. Standard Oil Co. (New Jersey) 3% notes, due 1979:**
Issued and outstanding, $75,000,000; sold to a group of institutions at 101.
Dated Feb. 1, 1949; due Feb. 1, 1979: interest payable F&A 1. Company has right to prepay notes in whole or in part at 104 to Feb. 1, 1951, decreasing periodically thereafter.
Notes are not secured. Proceeds to purchase 30% interest in Arabian American Oil Co.

**Other Debts:** Outstanding, Dec. 31, 1954, $6,-002,631 loan payable due in 1958.

**Subsidiaries' Debt:** As of Dec. 31, 1954, excluding $48,740,475 maturing within one year.

| Esso A.G. (Germany): | |
| 3% bonds, due 1959 to 1988 | $6,123,350 |
| Loans from banks & insurance cos. at 5% to 9%, due 1958 to 1962 | 4,496,322 |
| Esso Petroleum Co., Ltd. (U.K.): | |
| 5% 1st deb. stock, due 1963 to 1973 | 28,175,000 |
| Esso Standard Italiana—S.p.A.: | |
| 6% debentures, due 1956 to 1969 | 8,032,199 |
| Esso Standard Refinery (Belgium): | |
| Loans from national corporation redeemable in annual credit: | |
| 5.5%, due 1956 to 1959 | 7,200,000 |
| 6%, due 1960 to 1984 | 8,500,000 |
| Esso Standard S.A.F. (France): | |
| Notes payable to banks—due 1956 to 1958 | 4,286,618 |
| 5.6% loan to insurance co.—due Jan. 7, 1961 | 3,145,000 |
| Humble Oil & Refining Co.: | |
| Purch. oblig., 1956 to 1972 | 6,289,021 |
| Humble Pipe Line Company: | |
| 2¼% note payable to bank, due 1958 to 1960 | 7,000,000 |
| Imperial Oil Ltd.: | |
| 3% s. f. debs., due Dec. 15, 1969 | 36,200,000 |
| 2½% debentures, due 1956 to 1959 | 5,430,000 |
| Imperial Oil Shipping Co. Ltd.: | |
| 3% notes pay. to insurance co., due 1956 to 1959 | 3,086,702 |
| Interstate Oil Pipe Line Co.: | |
| 3½% s. f. debs., due 1958 to 1977 | 25,000,000 |
| 2% notes pay. to banks, due 1956 & 1957 | 4,800,000 |
| Tuscarora Pipe Line Co., Ltd.: | |
| 2.85% notes payable to insurance company, due 1956 to 1970 | 6,430,000 |
| Miscellaneous | 17,608,335 |

¶See amended statement.
¶See Moody's Transportation Manual.

## CAPITAL STOCK

**1. Standard Oil Company (New Jersey) capital stock: par 15%:**
AUTHORIZED—80,000,000 shares; issued and outstanding, Dec. 31, 1954, 65,435,474 shares

(including 65,575 shares (reacquisitions); par $15 (changed from $25 in Dec., 1920, four $25 shares for $100 shares from $25 par to $15 in 1951, two $15 shares issued for share).

| Dividends Record (1) | |
| ($100 par shares) | |
| 1882..... | 12.00 | 1888..... | 88.00 |
| 1883..... | 10.50 | 1889-91... | 20.00 |
| 1889-91.. | 12.00 | 1896..... | 18.00 |
| 1898..... | 17.00 | 1898..... | 30.00 |
| 1899..... | 30.00 | 1900..... | 33.00 |
| 1902..... | 45.00 | 1903..... | 44.00 |
| 1905-10.. | 40.00 | 1911..... | 21.00 |
| 1913..... | 20.00 | 1914-30.. | 20.00 |

($25 par shares)
1921-22   5.00
($25 par shares—After 1930)
1923-25   1.00   1926.....
1928.....   1.87½   1936.....
1936.....   2.00   1937.....
1939.....   1.25   1940.....
1943.....   2.00   1944.....
1946.....   3.03   1947.....
1949.....   4.00   1950.....
($15 par shares)
1951.....   2.50   1952.....
1954.....   4.55   1953.....

¶Includes special distribution 15, 1913.
¶Also 400% stock dividend.
¶Also 4 shares in 1935 of $100 par for each 75 shares of $100 par 1938.
¶Also 3 shares additional held Dec. 15, 1938.
¶Also 2 shares additional for each held June 15, 1939, and 8 shares base Dec. 15, 1939.
¶Also one share Consolidated Co. for each 10 shares S.O. 1949
¶Also two 2% stock issued in lieu of fractional
¶Includes 3 cents paid in sale of assets of Portland Pipe
¶Also 2% in stock: Scrip lieu of fractional shares.
¶To Mar. 15: including 20 Air Pipe Line Corp. in liquidation. Dividends payable quarterly.

PREEMPTIVE RIGHTS—Not listed—New York Stock Exchange trading on Boston Stock Exchange and Midwest Stock Exchange.
DIVIDEND DISBURSING AGENT—Trust Co., New York.
TRANSFER AGENTS—Continental Illinois National Co., Chicago.
REGISTRARS—Chase Manhattan Second Bank-State Street and First National Bank, Chicago.
Scrip Certificates—series became void on June...
Scrip Series E of 1926 able to end including Dec. 30 $0.4574 for each 1/2000th of a share...
Scrip series F of 1926 deemed until June 30, 1962 Trust Co., New York cents for each 1/2000th share.
Stock Options: Outstanding options for 39,375 shares at $53.34 and 16,300 shares at $58.34 expire Dec. 31, 1961.

## CLEVELAND PETROLEUM COMPANY, LTD.
### (Controlled by Standard Oil Co. [N. J.] through Esso Petroleum Co., Ltd.)

**History:** Incorporated in England under the companies acts on June 6, 1928 as Petroleum Storage & Finance Corp., Ltd. Present title adopted Aug. 10, 1938.

**Business:** Operates as a holding company for a number of British oil marketing concerns. Company carries on business as shipper, importer, and dealer in motor spirits and allied products.

Owns all the stock of British Oil Storage Co., Ltd. which owns installations at Avonmouth, Battersea, Ellesmere Port, South Alloa, Goole, Newport, Preston, Poole, Sunderland, Shoreham Aylesford, Leeds, Barking, Nottingham and Worcester, and owns and operates a chain of waterside and railside

depots throughout England and Wales, from which Cleveland Motor Spirits are normally distributed.

**Control:** Esso Petroleum Co., Ltd., a wholly owned subsidiary of Standard Oil Co. (N. J.), owns over 51% of voting stock.
**Directors:** Sir Thomas D. Nicol, Chairman; Sir Leonard Sinclair, W. H. Jenkins, L. W. G. Perkins, S. Collier (Man.).
**Secretary:** G. H. Willis.
**Auditors:** James Todd & Co.
**Annual Meeting:** In April.
**No. of Stockholders:** Mar. 3, 1955, 430.
**No. of Employees:** Dec. 31, 1954, 905.
**General Office:** Central House, Upper Woburn Place, London, W. C. 1.

Consolidated Income Account
Dec. 31:
Trading profit .....
Interest ..........
Total ............
Depreciation ......
Director's fees ....
Income tax ........
Profits tax ........
Other expenses ....
Net income .......
Brought forw'd ...
Prof. sale taxation
Prov. no long. reg....
General reserve ...
Prior yrs. tax ....

Library of Congress

Library of Congress

# CREOLE PETROLEUM CORPORATION
### (Affiliated with Standard Oil Co. [N. J.])

| | Par Value | Amount Outstanding | Earned per Sh. 1954 | 1953 | Divs. per Sh. 1954 | 1953 | Call Price | Price Range 1954 | 1953–54 |
|---|---|---|---|---|---|---|---|---|---|
| Capital stock | $5 | 25,865,310 shs. | $9.27 | $8.85 | $7.50 | $7.00 | | 127½–73½ | 127½–13¼ |

**HISTORY:** Incorporated in Delaware, March 30, 1920, as Creole Syndicate and shortly thereafter obtained concessions in Lake Maracaibo, Venezuela. As well as positions and acquired in respect to other concessions in various South American countries.

In September and October 1928, acquired stock of Webster Syndicate and over the stock of Condor Oil Co. of Venezuela.

Present name adopted March 24, 1926.

On June 30, 1928, made a contract with Lago Oil Co. (New Jersey) which was mutually effective to increase the authorized stock from 2,500,000 shares to 6,925,000 shares.

## SUBSIDIARIES

Company is primarily an operating company. It has two subsidiaries.

Compania de Petroleo Lago (wholly-owned). Ship owner in Caribbean area.

## PARENT

As of Dec. 31, 1954, Standard Oil Co. (New Jersey) owned 95% of company's stock.

## BUSINESS & PRODUCTS

Chiefly engaged in acquiring, exploring and developing crude oil properties in Venezuela, S. A. The company has an interest in various pipe lines and terminals and has extended marketing facilities in Venezuela. Allied activities include the operation of housing, educational, health and recreational facilities for its employees.

**Marketing:** The quantities sold were as follows (in M bbls.):

| Barrels (42's): | 1954 | 1953 | 1952 |
|---|---|---|---|
| Crude oil | 250,681 | 239,664 | 245,191 |
| Gas & naptha | 6,346 | 6,266 | 5,365 |
| Refined oil | 1,665 | 1,380 | 1,296 |
| Distillate fuel oil | 13,767 | 11,772 | 10,738 |
| Residual fuel oil | 29,838 | 28,056 | 27,609 |
| Miscellaneous | 1,408 | 1,623 | 1,477 |
| Total | 303,503 | 288,761 | 291,616 |

Of which 37.8% sold in United States, 10.4% in Canada, 34.2% in Latin America, 18.9% in Eastern Hemisphere and 2.3% to Armed Forces, etc.

## PRINCIPAL PLANTS & PROPERTIES

**Production:** As of Dec. 31, 1954 company had a net equity in 2,915,796 acres of concessions for the exploration and development of petroleum and other hydrocarbons in Venezuela. In 1954 company and partners drilled 202 wells and at Dec. 31, 1954 had 2,808 producing wells.

Combined net production and purchased royalty oil of company:

| | | |
|---|---|---|
| 1945 | 165,329,772 | 1953 243,887,197 |
| 1946 | 199,087,303 | 1954 276,672,261 |
| 1947 | 215,146,148 | 1952 264,045,920 |
| 1948 | 232,485,221 | 1953 239,913,479 |
| 1949 | 215,749,724 | 1954 259,956,221 |

**Refineries:** Company's refineries are located at Caripito and Amuay. The Amuay refinery was placed in operation in 1950 and has a rated daily capacity of 70,000 bbl.

Company has an agreement with Lago Oil & Transport Co., Ltd., which provides that the full capacity of the Aruba Refinery is available for processing crude sold to Lago by Creole and that, after deducting actual refinery costs (including depreciation) and a specified return on Aruba's net depreciated plant investment and inventories, the amount realized from sale of refined products constitutes the sales price to Creole.

**Other Plants:** Company has part interest in Chinchire pressure maintenance plant with capacity to compress 44 million cubic feet of gas daily.

Company also has part interest in West Guara gasoline plant, operating a plant and recovery plant. Operation of Tia Juana Conservation Plant No. 1 began in Oct. 1954. It was designed to increase oil recovery from Eocene reservoir by injection of 137,000,000 cu. ft. of gas daily.

**Pipe Lines:** Company owns various pipe lines and terminals for the transporting and shipping of petroleum and has an interest, along with other companies, in additional facilities of this character such as the 22 mile 16 inch pipe line constructed by Mene Grande Oil Co. connecting the Officina field with Puerto de La Cruz. Company also has an interest in 18 inch pipe line extending 95 miles from Travieseto to Puerto de La Cruz.

In Dec., 1948 placed in operation a 145 mile, 24 in. to 26 in. pipe line from Ule near La Salina to Amuay Terminal.

In 1953 a 26 inch pipeline paralleling the present Ule-Amuay line was put into operation. Both lines have a capacity of 500,000 bbls. daily.

**Marine:** In 1952, company acquired 8 shallow draft tankers (46,629 DWT) formerly utilized under a charter arrangement. Tanker fleet now consists of 11 Panamanian flag vessels (281 DWT) owned by Creole and 10 Venezuelan flag vessels (39,655 DWT) owned by its wholly owned subsidiary, Cia. de Petroleo Lago. Additional tanker capacity as required, is obtained by charter.

**Capital Expenditures** by departments:

| | 1954 | 1953 |
|---|---|---|
| Production | $51,197,706 | $63,362,855 |
| Refining | 26,061,894 | 12,572,677 |
| Pipe Line | 5,812,730 | 9,818,082 |
| Marketing | 2,289,979 | 1,860,689 |
| Marine | 1,475,159 | 2,822,553 |
| Administrative | 4,431,705 | 4,003,319 |
| Total | $91,019,173 | $94,440,175 |

## MANAGEMENT

**Officers**

H. W. Haight, President
H. A. Jarvis, Exec. Vice-President
L. G. Smith, Vice-President
H. A. Metzger, Vice-Pres.
J. E. Andrews, Comptroller
J. H. McCutchan, Treasurer
E. J. Mundy, Jr., Sec. and Asst. Treas.
R. Prince, Asst. Compt.
E. E. Mays, Asst. Compt.
C. F. Lindsley, Jr., Asst. Secretary
G. J. Berkel, Jr., Asst. Sec.
C. J. Barrientos, Asst. Treasurer
A. E. Becker, Jr., Asst. Treasurer
B. St. Owen, Asst. Treasurer

**Directors**

G. L. Burr, New York
H. F. Ivy, New York
H. J. Wright, Venezuela
L. G. Smith, New York
H. W. Haight, Venezuela
G. Zuloaga, Venezuela
H. A. Jarvis, Venezuela
W. A. M. Creeven, Venezuela
H. A. Metzger, New York
L. Cade, Venezuela
J. H. McCutchan, Venezuela
L. E. Lowry, Venezuela
S. Vazquez, Venezuela

**Annual Meeting:** In April or May on day fixed by directors.

**Auditors:** Price, Waterhouse & Co.

**Number of Stockholders:** Dec. 31, 1954, 4,477.

**Number of Employees:** Dec. 31, 1954, 14,400.

**Principal Office:** 100 West Tenth St., Wilmington, Del.

**CAPITAL STOCK**

**1. Creole Petroleum Corp. capital stock:**
see **A1**

AUTHORIZED—20,250,000 shares; issued and outstanding, 25,465,310 shares; par $5 (changed from par $3 to no par in 1973, share for share; changed from no par to par $3 May 18, 1933, share for share).

Note: In May, 1955 stockholders to vote on a proposal to increase authorized shares to 50,000,000 and split $5 par shares 3-for-1.

As of Dec. 31, 1954, Standard Oil Co. (N. J.) owned 95% of outstanding shares.

| | Dividend Record (in $) (\$5 par shares) | |
|---|---|---|
| 1920-34 | Nil | 1955 | 4.50 | 1954 | 5.50 |
| 1931-41 | 1.00 | 1942 | 0.76 | 1943 | 0.90 |
| 1942-44 | 1.25 | 1947 | 1.75 | 1948 | 2.45 |
| 1945 | 2.50 | 1949 | 3.00 | 1950 | 3.40 |
| 1951 | 5.75 | 1952-53 | 7.00 | 1954 | 7.50 |
| 1st1955 | 1.95 | | | | |

To Mar. 11

PREEMPTIVE RIGHTS—None.

TRANSFER AGENTS—Corporation Trust Co., New York, Corporation Trust Co., Wilmington, Del. and Banco de Venezuela, Caracas.

LISTED—Unlisted trading on American Stock

Exchange and listed on Caracas Stock Exchange.

REGISTRAR—Guaranty Trust Co., New York and First National City Bank, Caracas, Venezuela.

DIVIDEND DISBURSING AGENT—Corporation Trust Co., New York.

Exchange Offer: On Aug., 1950, Standard Oil Co. (N. J.) offered to exchange its shares for Creole on ratio of 15 shares of Creole for 8 shares of Standard. Offer expired Sept. 22, 1950. 191,022 shares of Creole were so exchanged.

In Jan., 1954 Standard Oil Co. (N. J.) purchased 206,175 shares at $70 per share.

# HUMBLE OIL & REFINING COMPANY
(Majority of stock owned by Standard Oil Co. (N. J.))

**CAPITAL STRUCTURE**

**LONG TERM DEBT**

| Issue | Rating | Amount Outstanding | Times Charges Earned 1954  1953 | Interest Dates | Call Price | Price Range 1954  1932-54 |
|---|---|---|---|---|---|---|
| 1. Bank loans | --- | $36,000,000 | 242.07  189.14 | --- | --- | --- |

**CAPITAL STOCK**

| Issue | Par Value | Amount Outstanding | Earned per Sh. 1954  1953 | Divs. per Sh. 1954  1953 | Call Price | Price Range 1954  1932-54 |
|---|---|---|---|---|---|---|
| 1. Capital stock | No par | 35,860,394 shs. | $4.08  $4.58 | $2.28  $2.24 | --- | 100⅝-57  ①100⅝-5¼ |

①Range since 2-for-1 split in 1951; range of no par shares from 2-for-1 split in Nov., 1943 and to the split in 1951, 87-33; range of $25 par shares, 1932-33, incl., 105¼-35¾.

**HISTORY**

Incorporated in Texas, June 21, 1917, as successor to Humble Oil Company, a Texas corporation organized in 1911. Seven shares of stock of the new company were issued for each share of predecessor company stock.

**SUBSIDIARY**

As of Dec. 31, 1954, owned 100% voting control of the following:

Mar., place of incorporation and business: Humble Pipe Line Co., Texas, Pipe lines

**PARENT**

As of Dec. 31, 1954, 87% of the voting control of Humble Oil & Refining Co. was owned by Standard Oil Co. (New Jersey).

**BUSINESS AND PRODUCTS**

Company is an integrated unit in the oil industry, engaged in the acquisition, exploration, development and exploitation of oil lands; in the transportation of crude oil; in the refining of crude oil and in the distribution of refined products. Company also produces, processes and sells natural gas. Activities are largely confined to the state of Texas.

Also an important producer of butadiene, toluene and butyl rubber.

**PRINCIPAL PLANTS AND PROPERTIES**

As of Dec. 31, 1953, the company had 2,647,-827 acres of developed oil and gas lands in the states of Texas, Louisiana, New Mexico, Mississippi, Florida, Alabama and California and 13,555,000 acres (Dec. 31, 1934) of undeveloped property in the states of Texas, Louisiana, New Mexico, Mississippi, Alabama.

Florida, Georgia, Arizona, Arkansas, Oregon and California.

At the end of 1954, company was operating 11,888 producing oil wells and 683 gas wells.

In 1953, company drilled 974 wells including 798 producing and 176 dry.

At the end of 1954 company's subsidiary, Humble Pine Line Co., owned 3,458 miles of gathering lines and 5,786 miles of trunk lines, together with pump stations and tankage. These facilities serve all principal fields in Texas and southwest New Mexico.

As of Dec. 31, 1954, the Baytown refinery was only refinery being operated by company; daily capacity was 282,000 bbls.

In 1946, company acquired Baytown Ordnance Works from the government. This plant is used to manufacture solvents and to improve gasoline quality.

Company's refinery operations include two synthetic rubber plants at Baytown. The butadiene plant has been in operation since 1943 while the butyl unit began operating in 1944. These two plants were purchased from the Government early in 1955 for $50,600,000.

Production (tons): 1954  1953  1952
Butadiene  26,100  40,100  40,200
Butyl rubber  34,600  36,900  35,800

Company operates 14 casing head gasoline plants with a capacity for treating 1,191,900,000 cu. ft. of natural gas per day.

Company engages in retail marketing only in the state of Texas through 2,632 retail outlets. Product sales (M gals.): 1954, 714,000; 1953, 726,000.

Other property owned by the company includes docks, barges, machine shops, an office building with 490,000 sq. ft. of floor space and

a research center with 145,000 sq. ft. of floor space.

**Capital Expenditures:** In 1954 capital expenditures of $161,150,800 were as follows; Oil and Gas production, $131,816,900; pipe line, $4,871,800; refining and marketing, $24,513,100; all other, $449,400.

**MANAGEMENT**

**Officers**

L. T. Barrow, Chairman
H. H. Baker, President
David Frame, Vice-Pres.—Production
J. A. Neath, Vice-Pres.—Transportation & Crude Oil Mktg.
H. W. Ferguson, Vice-Pres.—Refining & Sales
M. J. Davis, Vice-Pres.—Exploration
R. G. Baker, Vice-Pres. & Gen. Counsel
R. J. Gonzalez, Treasurer
H. K. Arnold, Secretary & Asst. Treasurer
O. L. Luper, Comptroller
Nelson Jones, General Attorney

**Directors**

H. H. Baker, Houston
L. T. Barrow, Houston
M. J. Davis, Houston
H. W. Ferguson, Houston
David Frame, Houston
R. J. Gonzalez, Houston
J. A. Neath, Houston
R. G. Baker, Houston
C. E. Reistle, Jr., Houston

**Auditors:** Price, Waterhouse & Co.

**Annual Meeting:** Second Monday in May.

**No. of Stockholders:** Dec. 31, 1953, 14,602.

**General Offices:** Humble Building, Houston, Texas.

**OPERATING STATISTICS, YEARS ENDED DEC. 31**

| | 1954 | 1953 | 1952 | 1951 | 1950 |
|---|---|---|---|---|---|
| Production: | | | | | |
| Undeveloped leases (thousand acres), Dec. 31 | 13,555 | 14,380 | 15,883 | 13,171 | 13,470 |
| Producing wells operated Dec. 31 | 12,551 | 11,967 | 11,333 | 10,808 | 10,294 |
| Oil | 11,888 | 11,373 | 10,912 | 10,409 | 9,923 |
| Gas | 683 | 594 | 521 | 457 | 371 |
| Wells completed | 974 | 898 | 1,102 | 1,133 | 816 |
| Producing | 798 | 660 | 808 | 893 | 669 |
| Dry | 176 | 238 | 294 | 240 | 147 |
| Net production (M bbls.): | | | | | |
| Crude oil—Texas | 99,532 | 109,491 | 108,220 | 109,024 | 87,125 |
| Crude oil—other states | 21,925 | 22,127 | 19,731 | 18,061 | 15,888 |
| Natural gas liquids | 11,001 | 11,334 | 10,615 | 9,463 | 7,552 |
| Total | 132,461 | 129,070 | 138,569 | 136,551 | 119,673 |
| Gas sales (M c.f.) | 335,100 | 316,700 | 241,900 | 214,800 | 169,400 |
| Refining (bbls. daily): | | | | | |
| Capacity, end of year | 282,000 | 260,000 | 260,000 | 260,000 | 245,000 |
| Crude runs | 228,409 | 264,701 | 251,597 | 246,681 | 221,998 |
| Pipe line: | | | | | |
| Miles of gathering lines, end of year | 3,458 | 3,488 | 3,317 | 3,170 | 3,597 |
| Miles of trunk lines, end of year | 5,786 | 5,819 | 5,877 | 5,969 | 5,987 |
| Trunk line deliveries (M bbls.) | 218,693 | 240,179 | 262,049 | 270,845 | 217,200 |
| Inventories (M bbls.): | | | | | |
| Crude oil, Dec. 31 | 17,434 | 17,400 | 17,223 | 16,941 | 16,902 |
| Products, Dec. 31 | 12,001 | 11,834 | 12,211 | 12,120 | 10,338 |
| Employees and payroll: | | | | | |
| Employees, Dec. 31 | 18,740 | 18,821 | 18,890 | 18,112 | 17,652 |
| Payroll (thousand dollars) | 110,681 | 107,593 | 102,263 | 91,651 | 82,748 |
| Other employee compensation (thousand dollars) | 29,563 | 20,154 | 17,039 | 14,985 | 16,557 |

**INCOME ACCOUNTS    COMPARATIVE CONSOLIDATED INCOME ACCOUNT, YEARS ENDED DEC. 31**

| | 1954 | 1953 | 1952 | 1951 | 1950 | 1949 | 1948 |
|---|---|---|---|---|---|---|---|
| Sales of crude oil | $391,455,905 | $534,608,601 | $506,511,862 | $512,512,419 | $410,743,788 | $405,200,690 | $649,283,814 |
| Sales of products | 441,420,201 | 446,166,781 | 432,782,830 | 407,086,601 | 360,525,400 | 337,506,129 | 384,327,929 |
| Sales of natural gas | 14,632,007 | 27,336,733 | 18,243,786 | 14,978,506 | 10,327,738 | 8,301,974 | 7,353,833 |
| Other | 13,554,019 | 16,445,124 | 17,522,212 | 17,684,096 | 11,810,873 | 9,090,042 | 9,455,924 |
| Gross operating income | 861,317,932 | 1,024,557,239 | 975,064,707 | 951,611,053 | 792,417,807 | 761,128,735 | 1,050,670,491 |
| Costs, oper. & general expenses | 617,366,472 | 666,666,519 | 648,562,049 | 610,049,247 | 532,734,320 | 514,277,456 | 711,119,470 |
| Dry hole costs | 35,616,852 | 37,497,267 | 43,065,114 | 29,281,514 | 23,905,748 | 32,267,199 | 28,497,601 |
| Depr. depl. & current. leases, etc. | 80,742,882 | 85,250,872 | 72,061,520 | 62,974,744 | 56,957,655 | 47,289,313 | 49,050,425 |
| Taxes | 34,498,746 | 36,856,777 | 33,585,680 | 23,549,717 | 28,518,722 | 27,514,513 | 33,133,240 |
| Net operating income | 122,992,675 | 197,736,104 | 176,822,304 | 218,004,830 | 161,250,962 | 139,679,654 | 239,780,135 |
| Other income | 2,034,180 | 1,870,227 | 1,819,546 | 7,124,026 | 1,629,456 | | |
| Gross income | 125,327,811 | 199,466,331 | 178,111,940 | 223,128,956 | 162,880,419 | 139,679,654 | 239,780,135 |
| Interest | 728,106 | 1,101,282 | 970,191 | Nor 4,975,796 | 188,494 | 126,879,854 | 289,780,135 |
| Miscellaneous charges | | | 1,409,601 | | 524,231 | 1,200,128 | or 285,444 |
| Federal income tax | 24,300,000 | 43,500,000 | 30,500,000 | $1,320,000 | 32,000,000 | 18,000,000 | 54,000,000 |
| Prior years tax adjustment | | Nor 9,395,805 | | | | | |
| Net income | 140,392,705 | 164,257,854 | 145,232,144 | 169,480,626 | 129,339,991 | 120,479,526 | 185,065,879 |

Library of Congress

1524

## MOODY'S INDUSTRIAL MANUAL

| | 1954 | 1953 | 1952 | 1951 | 1950 | 1949 | 1948 |
|---|---|---|---|---|---|---|---|
| Previous earned surplus | 539,474,805 | 456,970,024 | 393,473,076 | 304,354,492 | 247,397,221 | 199,350,415 | 259,654,658 |
| Dividends paid | 81,708,948 | 81,753,073 | 81,793,196 | 80,860,943 | 71,902,720 | 71,902,720 | 71,902,720 |
| Adjustments (net) | --------- | --------- | --------- | --------- | --------- | --------- | dr 175,000,000 |
| Earned surplus, Dec. 31 | $604,068,505 | $539,474,805 | $455,970,024 | $393,473,076 | $304,354,492 | $247,397,221 | $198,830,415 |

Not shown separately; 1950, $1,017,386; 1949, $1,435,309; 1948, $429,009 interest less $1,573,131 taxes thereon.
1948: Transfer to capital stock; $913,689. Payable, years ended Dec. 31: 1950—...; 1953—$107,593,000; includes nonoperating charges which in 1952 were $1,409,601. 1951—$91,034,000; 1954—110,681,000.
103,443; 1953, $1,230,509; 1952, $1,103,038; 1951. 1952 were refund of $7,809,837 plus $3,. 1952—102,265,000.

### Record of Earnings, years ended Dec. 31 (in $)

| Year | Gross Oper. Income | Cost and Expense | Operating Profit | Oth. Inc. & Ded. (Net) | Inc. Bef. Taxes | Income Taxes | Net Income | Common Dividends | Com. Shs. Outstand. | Earn. Per Com. Sh. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1936 | 155,694,147 | 112,018,472 | 43,675,675 | 1,104,583 | 44,183,837 | ------- | 34,153,537 | 19,481,760 | 9,987,840 | 3.90 |
| 1937 | 213,256,513 | 165,366,410 | 47,809,821 | 4,973,522 | 45,924,001 | ------- | 45,924,001 | 17,975,620 | 9,987,840 | 2.93 |
| 1938 | 205,458,243 | 167,877,308 | 37,580,980 | 1,520,851 | 33,060,834 | ------- | 30,950,522 | 17,975,620 | 9,987,840 | 2.24 |
| 1939 | 199,000,588 | 167,505,628 | 31,994,940 | 4,044,672 | 19,430,283 | ------- | 39,107,505 | 17,975,620 | 9,987,840 | 2.13 |
| 1940 | 198,692,850 | 166,146,529 | 25,546,121 | 1,838,619 | 26,107,502 | ------- | 36,556,558 | 17,975,620 | 9,987,840 | 3.95 |
| 1941 | 232,142,043 | 187,748,063 | 44,393,979 | 1,369,599 | 43,034,363 | D7,677,728 | 35,356,558 | 17,975,620 | 9,987,840 | 3.95 |
| 1942 | 225,612,581 | 187,481,077 | 38,150,784 | 2,102,461 | 36,048,303 | 5,509,000 | 30,539,303 | 22,469,600 | 17,975,680 | 2.54 |
| 1943 | 220,962,069 | 201,309,143 | 19,652,926 | 1,897,435 | 17,756,511 | 13,102,000 | 15,711,511 | 22,469,600 | 17,975,680 | 2.64 |
| 1944 | 427,341,043 | 389,045,918 | 37,495,125 | 4,319,224 | 33,175,774 | 60,523,774 | 60,523,774 | 26,962,520 | 17,975,680 | 3.34 |
| 1945 | 447,923,583 | 360,867,017 | 52,056,500 | 1,661,563 | 20,305,096 | 9,500,000 | 70,885,006 | 26,962,520 | 17,975,680 | 4.00 |
| 1946 | 456,307,332 | 374,815,412 | 91,524,120 | 2,193,562 | 79,331,158 | 7,500,000 | 71,851,158 | 29,210,480 | 17,975,680 | 4.00 |
| 1947 | 724,560,118 | 563,297,027 | 156,283,091 | 3,056,214 | 153,206,877 | 29,100,000 | 124,108,877 | 53,927,040 | 17,975,680 | 6.90 |

1940 and prior years income taxes included in costs and expenses.

### BALANCE SHEETS

#### COMPARATIVE CONSOLIDATED BALANCE SHEET, AS OF DEC. 31

| ASSETS | 1954 | 1953 | 1952 | 1951 | 1950 | 1949 | 1948 |
|---|---|---|---|---|---|---|---|
| Cash | $37,325,154 | $41,148,700 | $33,209,435 | $40,375,079 | $37,963,805 | $37,740,013 | $55,029,432 |
| U.S. Treasury securities | 3,495,628 | 7,263,321 | 17,997,703 | 38,456,581 | 28,966,784 | 23,000,006 | 52,951,720 |
| Accounts receivable (net) | 52,113,479 | 52,800,053 | 45,112,580 | 49,379,090 | 41,014,580 | 23,309,084 | 44,842,698 |
| Due from affiliates | 82,723,321 | 76,200,824 | 59,597,763 | 50,574,539 | 51,145,509 | 60,430,778 | 56,945,340 |
| Inventories (cost) | 43,505,241 | 43,976,743 | 45,105,815 | 44,474,839 | 57,605,000 | 39,383,297 | 33,557,774 |
| Materials and supplies | 29,371,704 | 38,029,401 | 39,198,631 | 33,164,153 | 22,700,378 | 26,211,495 | 29,676,534 |
| Total current assets | $251,859,309 | $259,329,092 | $242,490,224 | $252,650,587 | $231,096,375 | $220,125,725 | $273,213,518 |
| Plant and equipment | 1,640,621,242 | 1,510,593,322 | 1,389,085,184 | 1,250,924,043 | 1,111,806,902 | 1,028,626,976 | 924,320,406 |
| Less: Deprec., deplet. & amortiz. | 658,797,100 | 594,771,816 | 535,310,097 | 480,347,430 | 452,242,661 | 397,355,316 | 363,656,414 |
| Net plant and equipment | 981,823,022 | 915,822,106 | 854,360,087 | 770,576,613 | 679,566,241 | 631,071,368 | 560,663,992 |
| Investments & advs. | 6,576,183 | 6,442,993 | 5,301,948 | 4,204,674 | 3,955,000 | 2,741,479 | 2,249,490 |
| Prepaid and deferred charges | 4,489,991 | 4,101,138 | 4,065,453 | 2,981,770 | 1,426,683 | 936,510 | 1,961,492 |
| Total | $1,245,053,837 | $1,186,305,931 | $1,106,223,714 | $1,050,413,344 | $935,957,299 | $854,875,082 | $881,426,316 |

#### LIABILITIES

| | 1954 | 1953 | 1952 | 1951 | 1950 | 1949 | 1948 |
|---|---|---|---|---|---|---|---|
| Accounts payable | $90,162,380 | $76,833,288 | $55,132,831 | $30,903,876 | $64,153,192 | $60,129,279 | $90,251,336 |
| Bank note payable | 29,000,000 | 7,000,000 | 4,000,000 | 4,000,000 | | | |
| Federal income tax | 33,018,453 | 49,535,526 | 33,533,452 | 53,751,580 | 35,325,445 | 21,155,350 | 57,031,135 |
| Other accruals | | | 23,694 | 673,694 | 673,696 | | 919,224 |
| Total current liabilities | 152,210,838 | 133,373,814 | 126,039,977 | 139,234,450 | $96,152,332 | $81,938,824 | $138,231,697 |
| Long-term indebtedness | 19,918,108 | 44,346,859 | 47,764,758 | 51,212,734 | 82,963,505 | 45,144,325 | 57,047,547 |
| Net liab. for supplemental annuities | | | 3,407,123 | 4,134,498 | 4,296,167 | 5,380,588 | 7,850,352 |
| Deferred credits | | | 498,503 | 474,211 | 430,237 | 280,258 | 187,047 |
| Capital stock | 475,000,000 | 478,000,000 | 478,000,000 | 478,000,000 | 475,000,000 | 475,000,000 | 475,000,000 |
| Earned surplus | 604,068,505 | 539,474,805 | 456,970,024 | D393,473,076 | D304,354,492 | D247,397,221 | 198,830,415 |
| Total capital stock and surplus | 1,079,068,505 | 1,014,474,805 | 391,970,024 | 858,473,076 | 779,554,492 | 722,397,221 | 673,830,415 |
| Less: Treasury stock (cost) | 6,145,914 | 5,889,557 | 3,436,690 | 3,235,613 | 274,734 | 274,734 | 274,734 |
| Net capital stock and surplus | 1,072,921,591 | 1,008,585,248 | 928,513,385 | 855,237,463 | 779,579,758 | 722,122,487 | 673,545,681 |
| Total | $1,253,053,837 | $1,186,305,931 | $1,106,223,714 | $1,050,413,344 | $935,957,299 | $854,875,082 | $881,426,316 |
| Net current assets | 99,658,471 | $120,150,678 | $116,450,247 | $142,318,537 | $152,914,043 | $138,167,401 | $189,083,661 |

At cost on "Lifo" basis—less than market. Other 14,823 11,059 10,236.

decree in Elkins Act suit.
Types of facilities (in $1,000): No par shares; 1952-54, 36,000,000; 1950 and prior years, 18,000,000.

| | 1954 | 1953 | 1952 | | |
|---|---|---|---|---|---|
| Oil & gas prod. | 1,224,723 | 1,119,302 | 1,023,957 | Total | 1,840,621 1,510,594 1,389,083 |
| Pipe line | 151,655 | 150,997 | 147,974 | | |
| Refining & mktg. | 249,420 | 220,236 | 207,468 | | |

Includes about $5,000,000 of Humble Pipe Line Co. earnings invested in carrier facilities and not available for dividends under consent. Shares at cost: 1954, 139,406; 1953, 152,784; 1952, 124,464; 1951, 121,368 (including 73,324 purchased for options); 1950 and prior years, 4,320.

### STATISTICAL RECORD

| | 1954 | 1953 | 1952 | 1951 | 1950 | 1949 | 1948 |
|---|---|---|---|---|---|---|---|
| Earned per share—capital stock | $4.08 | $4.59 | $4.05 | $4.72 | $7.20 | $5.70 | $10.35 |
| Dividends per share—capital stock | $2.28 | $2.28 | $2.28 | $4.50 | $4.00 | $4.00 | $4.00 |
| Price range—capital stock | 100¾-57 | 74½-54 | 86½-63½ | | 105-80 | 90-68½ | 65-62 |
| Net tangible assets per share | $29.74 | $28.14 | $25.88 | D77½-71 | $43.37 | $40.11 | $37.87 |
| Fixed charges earned: | | | | $24.12 | | | |
| Before income taxes | 242.07 | 189.14 | 182.19 | 209.79 | 162.96 | | |
| After income taxes | 202.77 | 149.74 | 150.76 | 160.35 | 130.89 | $18.999 | $18.998 |
| Net tangible assets $1,000 fund. debt. | $54,867 | $23,743 | $27,212 | $27,316 | $17,766 | $3,081 | $3,780 |
| Net curr. assets per $1,000 fund. debt. | $5,003 | $2,854 | $2,438 | $2,735 | $2,982 | | |
| Number of shares | 35,860,594 | 35,837,236 | 35,875,528 | 35,878,005 | 17,975,680 | 17,975,680 | 17,975,680 |

Paid prior to 2-for-1 split of Dec. 21, 1951. After stock split; before; 100-103¼.

### FUNDED DEBT

Term Loan: Outstanding, Dec. 31, 1954, $36,000,000 evidenced by 1¾% notes payable $28,000,000; Oct. 1, 1955 and $7,600,000 thereafter. Proceeds used to retire serial debentures.

Other Obligations: Outstanding, Dec. 31, 1954, $12,918,108 including purchase obligations payable to 1970 and other long-term liabilities.

### CAPITAL STOCK

1. Humble Oil & Refining Co. capital stock; no par:

AUTHORIZED AND ISSUED — 36,000,000 shares outstanding, 35,860,594 shares; in treasury, 139,406 shares; no par (changed from $100 to $25 par Dec. 1922, four $25 shares issued for each $100 share; changed from $25 par to no par Dec. 10, 1933, 3 no par shares issued for each $25 share; no par shares split 2 for 1 Nov. 24, 1943 and 2 for 1 Dec. 21, 1951). As of Dec. 31, 1954, 87% of voting power owned by Standard Oil Co. (N.J.).

### Dividend Record (in $)

(No par shares after 2 for 1 split on Nov. 24, 1943)
1944—45...
1945—46...
1946—47... 0.56¼  1944-45   1.30   1948... 1.63¾
1947—... 2.00   1945-50  4.00   1951... 4.50
(No par shares after 2 for 1 split on Dec. 21, 1951)
1952-54   2.28  1955...   0.57

Dividends payable quarterly Mar. 10, etc. Holders of record stock 30 days prior thereto.

VOTING RIGHTS—Stockholders of record 30 days before meeting have voting rights.

PREEMPTIVE RIGHTS—None.

LISTED—Unlisted trading on American Stock Exchange.

TRANSFER AGENT—Guaranty Trust Co., New York, or company's office in Houston, Texas.

REGISTRAR—Guaranty Trust Co., New York.

Stock Options: Dec. 31, 1954, options held by employees, issued under Incentive Stock Option plan on 38,092 shares at $59.02 per share and on 138,200 shares at $58.55 per share.

Exchange Offer: In 1954, 1/7, pursuant to an exchange offer made by Standard Oil Co. (N.J.), 5,464,869 shares of Humble were exchanged for 4,864,369 shares of Standard Oil Co. (N.J.) on basis of 9 shares of Standard for each 10 shares of Humble. This increasing Standards interest in company to 87%.

The Internal Revenue Service ruled that Humble stockholders accepting exchange did not realize any gain or loss for Federal income tax purposes.

---

**KEY TO THE RATINGS** — Users of this Manual should consult the Key to the Ratings shown, together with the remarks explaining the Ratings, on blue paper in the front of the volume, to obtain a clear understanding of the rating symbols.

Library of Congress

US-GEN003552

# MOODY'S INDUSTRIAL MANUAL

**1525**

## IMPERIAL OIL LTD.
(Controlled by Standard Oil Co. (N. J.))

### CAPITAL STRUCTURE

**FUNDED DEBT**

| Issue | Rating | Amount Outstanding | Charges Earned 1954 1953 | Interest Dates (F&J 1) | Call Price Text | Price Range 1954 1953-54 |
|---|---|---|---|---|---|---|
| 1. Deb. 2½s ser. to 1959 & 3s, 1969 | Baa | $47,000,000 | 14.65  31.33 | (F&J 1) | | 98-97½ 100-44½ |
| 2. Deb. 3¼s, ser. 1958-63 & 1975 | Baa | $53,000,000 | | F&A 1 | | |

**CAPITAL STOCK**

| Issue | Par Value | Amount Outstanding | Earned per Sh. 1954 1953 | Divs. per Sh. 1954 1953 | Call Price | Price Range 1954 1952-54 |
|---|---|---|---|---|---|---|
| 1. Common | No par | 26,951,276 shs. | $1.66  $1.60 | $0.90  $0.80 | | 41½-28% 43⅜-5⅜ |

①New York. ②Range in New York since 1935. ③Sold in Jan., 1955. ④3s, 1969 (in Canadian funds). ⑤Range (in Canadian funds), since 1950 for 3s, 1969. ⑥Applies to 3¼s, 1975.

### HISTORY

Incorporated September 8th, 1880, in Canada as the Imperial Oil Co.; name changed to present title by Supplementary Letters Patent September 18th, 1919.

In June, 1943 sold interest in International Petroleum Co., Ltd. to stockholders for $80,000,000 (see under "Rights").

On Jan. 17, 1949, sold interest in Royalite Oil Co., Ltd. for approximately $15,000,000.

In Nov., 1949 sold interest in Foothills Oil & Gas Co., and Lowery Petroleums Ltd.

### BUSINESS AND PROPERTIES

**Refineries:** Operate refineries at Ioco, near Vancouver, B. C.; at Regina, Sask.; at Sarnia, Ont.; at Montreal East, Que.; At Halifax, N. S.; at Norman Wells, Northwest Territories; at Calgary and Edmonton, Alberta and Winnipeg, Man. with an aggregate daily potential capacity of 248,450 bbls. Upon completion of expansion projects under construction in 1955, capacity of refineries will be 271,000 bbls.

Daily average throughput (bbls.):
| | | | |
|---|---|---|---|
| 1954 | 214,383 | 1950 | 170,500 |
| 1953 | 204,320 | 1949 | 148,545 |
| 1952 | 191,000 | 1948 | 134,227 |
| 1951 | 184,623 | 1947 | 117,000 |

Crude runs to stills (M bbls.):
| | | | |
|---|---|---|---|
| 1954 | 78,250 | 1951 | 67,590 |
| 1953 | 74,577 | 1950 | 62,215 |
| 1952 | 70,657 | | |

Of the above from Canadian fields: 1954, 63%; 1953, 56%; 1952, 50%; 1951, 44%; 1950, 28%.

**Marketing:** The company operates throughout Canada. Has large storage plants throughout Canada for distribution of its product.

Product sales (thousand bbls.):
| | | | |
|---|---|---|---|
| 1954 | 79,500 | 1950 | 63,414 |
| 1953 | 77,462 | 1949 | 56,065 |
| 1952 | 75,690 | 1948 | 51,984 |
| 1951 | 71,777 | | |

**Transportation:** As of Dec. 31, 1954, wholly-owned subsidiary-Imperial Oil Shipping Co., Ltd., owned 3 ocean-going vessels of 53,490 d.w. tons and 139,400 d.w. tons were under charter. Ocean fleet has been operated by Imperial Oil Shipping Co., Ltd., since Jan. 1, 1948.

Total movements for company (M bbls.):
| | | | |
|---|---|---|---|
| 1954 | 58,032 | 1952 | 52,280 |
| 1953 | 54,500 | | |

Company's Marine Department had a fleet of 13 owned vessels at Dec. 31, 1954 and had on charter one other vessel.

The product movement in 1954 on the Great Lakes was 24,343,523 (1953, 44,600,000) bbls. of which the Marine Department's owned vessels moved about 76%.

In 1953, balance of all standard gauge tank cars were sold. Since then all rail movements are handled by over 6,400 leased tank cars.

Crude oil and products moved (M bbls.):
| | | | |
|---|---|---|---|
| 1954 | 37,592 | 1952 | 37,337 |
| 1953 | 38,404 | | |

**Pipe Lines:** At Dec. 31, 1954, company's subsidiary, Imperial Pipe Line Co., had 309 miles crude oil gathering systems in Alberta. The Leduc area system comprises 216 miles, the Redwater field 80 miles and the Excelsior field 14 miles.

Oil receipts (M bbls.):
| | | | |
|---|---|---|---|
| 1954 | 49,417 | 1951 | 36,084 |
| 1953 | 47,488 | 1950 | 20,243 |
| 1952 | 43,679 | | |

Of the 1954 volume transported, approximately 64% was company production.

In June, 1950, Winnipeg Pipe Line Co., Ltd. was organized as a wholly-owned subsidiary to move Alberta crude from the Interprovincial Pipe Line system at Gretna to Winnipeg area. The line is 137 miles long and was completed in fall of 1950.

Transported (M bbls.):
| | | | |
|---|---|---|---|
| 1954 | 5,842 | 1952 | 5,255 |
| 1953 | 8,387 | 1951 | 3,800 |

In Nov. 1952 the Sarnia products pipe line was completed supplying the western and central Ontario markets from the Sarnia refinery was completed. This line which serves the London, Hamilton and Toronto areas consists of 288 miles of 10 inch and 12 inch main line and a double six inch spur line approximately seven miles long from Waterdown to Hamilton. Initial one-station capacity when pumping to all terminals is 40,000 to 45,000 bbls. daily for fuel oils and gasolines respectively. Ultimate capacity with additional pumping equipment at Sarnia and a second station at London is estimated at 55,000 for fuel oils and 70,000 for gasolines. The line began deliveries to London in April, 1952 to Hamilton in Oct., 1952 and to Toronto in Nov., 1952.

Total deliveries, of gasolines, stove oil, furnace oil and diesel oil to those points (M bbls.):
| | | | |
|---|---|---|---|
| 1954 | 13,228 | 1952 | 2,559 |
| 1953 | 11,835 | | |

Line formerly operated by Transit & Storage Co., a wholly owned subsidiary, was sold in Nov., 1953.

Company has acquired a minority interest in Interprovincial Pipe Line Co. (see Moody's Transportation Manual), which operates a 1,772-mile line from Edmonton, Alta. to Sarnia, Ont. The line was completed to Superior, Wisc. in fall of 1950 and movement of Alberta oil to Ontario via the line to Superior and tanker to lower lake ports began in spring of 1951. In fall of 1953 the extension of line from Superior, Wisc. to Sarnia, Ont. was completed.

Company also has minority interest in Trans Mountain Pipe Line Co. (see Moody's Transportation Manual) which operated a 718 mile pipe line from Edmonton to Vancouver. Line was placed in operation in Oct., 1953.

**Production and Exploration:** At Dec. 31, 1954, company held petroleum and natural gas rights by means of reservations, options and leases were about 25 million gross acres. They were distributed throughout the western provinces, the Northwest Territories, southwestern Ontario and southern Quebec. Land holdings in the Northwest Territories were substantially reduced.

In 1947 company discovered the Leduc field in Alberta and subsequently discovered several other important fields such as Woodbend, Redwater, Golden Spike, Simmons, Bon Accord, Whitemud, Normanville and Excelsior.

Development drilling was completed in 1954 in the Leduc-Woodbend field in Alberta and in Smiley field in Saskatchewan. Oil and gas wells were also drilled, either by company or in partnership with others, in 25 oil and gas fields of western Canada.

The most important areas in which development drilling was carried on were in the Joarcam, Joffre and Penn-Big Valley fields of Alberta, in the Eureka field of Saskatchewan and the Virden-Roselea field of Manitoba. Towards the end of 1954, company commenced development drilling in the Buck Creek area, which is easterly extension of Pembina field, and in new discovery areas in southwestern Saskatchewan.

Pressure maintenance project at Golden Spike was completed and put into operation in 1954. This plant is capable of injecting up to 14,000 Mcf of gas per day into Golden Spike reservoir and will substantially increase ultimate recovery from the pool as well as increasing the allowable daily rate of oil production. The gas can be withdrawn in the future. Company also successfully conducted a pilot pressure maintenance programme in the Leduc D-2 pool by means of water injection.

At end of 1954 respective daily oil production at efficient rates was approximately 146,-000 bbls. per day. This was a slightly higher rate of increase than in preceding two years. Average production rate for 1954 was 66% of the year-end potential, compared to 71% in 1953.

Exploration programme was continued with headquarters at Peace River, Edmonton, Calgary, Regina and London. Survey crews operated in Alberta, Saskatchewan, Manitoba, British Columbia and the Northwest Territories in the west, and in southwestern Ontario, and also in the St. Lawrence lowlands in eastern Canada. Seismic surveys continued to be the principal exploration method, but surface and sub-surface geological work was impressed. Extensive exploratory drilling was carried out in Alberta, Saskatchewan, Manitoba, Northwest Territories and Ontario. In western Canada 71 wells were drilled and 47 relatively shallow exploratory wells were drilled in Ontario. Six unsuccessful wells were drilled on the Cynthia Reservation adjoining the Pembina field in west-central Alberta. Although this drilling failed to extend the Pembina field to the northwest, more oil shows were encountered in Belly River and Bundle formations.

Of 139 development wells drilled by the company in western Canada in 1954, 118 were completed as oil producers, 7 gas wells and 14 were dry holes. In Ontario 19 wells were drilled, resulting in one oil well, 13 gas wells and 5 dry holes. At Dec. 31, 1954 company had 1,736 oil wells and 133 gas wells.

Net production of crude oil (bbls.):
| | Total | Aver. Daily |
|---|---|---|
| 1954 | 30,526,296 | 83,634 |
| 1953 | 28,408,219 | 78,000 |
| 1952 | 23,916,087 | 65,000 |
| 1951 | 20,001,124 | 55,000 |
| 1950 | 11,885,718 | 33,000 |
| 1949 | Not stated | 22,235 |
| 1948 | Not stated | 10,317 |

Crude oil and product imports (bbls.): 1954, not stated; 1953, 44,640,939; 1952, 46,358,196. In 1954, company had a net share of 591,168 (1953, 607,482) bbls. of natural gas liquids which was extracted at Devon gas conservation plant and company net share 15.6 (1953, 11.5) billion cu. ft. of natural gas.

**Capital Expenditures:** For properties and expansion of plant and equipment facilities in 1954 were as follows: Crude oil producing facilities, excluding exploration expenses, $25,-431,213; refining facilities, $55,957,618; marketing facilities, $18,035,519; transportation facilities, $3,052,440; miscellaneous, $2,151,713; total, $74,235,530.

### SUBSIDIARIES

See under Standard Oil Co. (N. J.)

### MANAGEMENT

**Officers:**
G. L. Stewart, Chairman
J. R. White, President
W. O. Twaits, Vice-President
F. G. Hall, Vice-President
E. Jamieson, Vice-President
H. F. Moore, Vice-President
W. D. C. MacKenzie
Colin D. Crichton, General Secretary
J. M. Spence, Comptroller
D. W. McGibbon, Treasurer
J. F. Barrett, General Counsel

**Directors:**
G. E. Carson
G. L. Stewart
J. R. White
W. O. Twaits
T. F. Moore
W. D. C. MacKenzie
J. W. Hamilton
E. Jamieson
E. S. Noel
G. L. Macpherson

Annual Meeting: At call of board.
Auditors: Price Waterhouse & Co.
No. of Stockholders: Dec. 31, 1954 (registered shares), 44,731 of which 37,000 Canadians.
No. of Employees: Dec. 31, 1954, 13,370.
Executive Office: 56 Church St., Toronto.
Registered Office: Sarnia, Ont.

### INCOME ACCOUNTS

### CONSOLIDATED INCOME ACCOUNT, YEARS ENDED DEC. 31

| | 1954 | 1953 | 1952 | 1951 | 1950 | 1949 |
|---|---|---|---|---|---|---|
| Gross income | $611,437,381 | $693,292,277 | $542,525,757 | $503,651,103 | $430,754,648 | $362,124,892 |
| ①Cost of crude & prod., incl. freight | 321,486,375 | 324,872,691 | 239,605,309 | 283,636,913 | 257,755,375 | 228,557,158 |
| Exploration, oper. & admin. expense | 147,542,165 | 145,542,781 | 134,921,314 | 115,396,967 | 93,241,134 | 87,356,736 |
| Depreciation, depletion, etc. | 29,753,859 | 23,903,575 | 18,120,663 | 15,980,069 | 15,258,198 | 15,442,774 |
| General taxes | 26,571,675 | 26,855,413 | 24,649,772 | 22,009,020 | 17,709,420 | 20,273,968 |
| Net earnings | 85,929,304 | 52,253,314 | 72,022,259 | 65,838,174 | 46,762,331 | $10,501,925 |
| Misc. income | 3,122,232 | 2,237,998 | 2,299,080 | 1,725,852 | 1,730,959 | 3,769,304 |
| Total income | 89,050,536 | 54,461,312 | 74,321,949 | 67,564,026 | 48,493,490 | $4,371,330 |
| Interest and discount | 2,567,919 | 2,069,889 | 2,512,841 | 4,904,935 | 2,123,137 | 1,842,233 |
| Stock rights expense | | | | 432,336 | | |
| Income taxes | 36,900,032 | 32,890,911 | 36,522,609 | 25,975,904 | 15,310,786 | 7,693,122 |
| Net profit | 49,582,585 | 47,954,515 | 41,196,499 | 35,931,193 | 30,460,567 | 28,114,548 |

# EXHIBIT 12

October 9, 1943

The Goodyear Tire & Rubber Company
Akron 16, Ohio

                    Attention of Mr. J. E. Long, Manager
                    ___General Accounting Department___

Gentlemen:

          In reply to your letter of August 20, I wish to
advise that no "Amines" were used in the manufacture of "Rubber
Substitute" during the period June 15, 1942, through June 30,
1943.  Our plant has not yet been completed, consequently not
only have we used none of this material but up to June 30,
1943, none of it had been purchased.

          I note that you addressed your letter to this
company as "Agent for Rubber Reserve Company".  May I call
your attention to the fact that in our contract with Rubber
Reserve Company, Humble Oil & Refining Company is not in the
legal position of "Agent" for Rubber Reserve Company but
rather in the legal position of "Vendor".  Hence, any steps
we take are those of an independent contractor and not as an
agent for Rubber Reserve Company.

                              Yours very truly,

                              Hines E. Baker

                    By _____
                              H. D. Wilde

HDW:erm

bcc:  HHB
      HWF
      ELF
      CI
      CEC

HIGHLY CONFIDENTIAL                                    STDNJ-010-0844

BAYHIS-00014042