# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| EXXON MOBILE CORPORATION § | |
| § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION NOS. H-10-2386 |
| § | H-11-1814 |
| UNITED STATES OF AMERICA § | |
| § | |
| Defendant. § | |

## ORDER

Exxon Mobil's unopposed motions for leave to file notice of supplemental authority, (Docket Entry Nos. 92, 146), are granted.

SIGNED on March 31, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge