Appendix A

## Baytown

| Cleanup Unit | Costs Claimed | 113(g)(2) Time Barred? | Initial On-Site/Complete | NCP Consistent? | Allocation* |
|---|---|---|---|---|---|
| Separator 3M | $4,388,559 | Yes | 1984 | Yes | 2.00% |
| Separator 10 | Merged with 3M Costs | Yes | 1986 (S); 1988 (N) Aug-86 Oct-86 | Yes | 2.00% |
| Upper/Lower Canals | $10,536,486 | Yes | 1994 Dec-94 | 2** | 2% UOC/0% LOC |
| Velasco Ditch | $1,802,120 | Yes | 1991 2008 | 1,2,3 | 2.00% |
| South Landfarm | $1,589,618 | Yes | 1990 Oct-91 | 1,2,3 | 2.00% |
| Tank Farm 3000/BOW Groundwater Plume | $5,481,340 | No | - - | | 0.00% |
| Mitchell Point (SWMU 60) | $6,274,383 | No | - - | | 0.00% |
| Main Office Bldg. (SWMU 62) | $103,536 | No | - - | | 2.00% |
| Refinery Groundwater | $7,866,654 | No | - - | | 2.00% |
| SWMU Invertigation | $4,071,437 | No | - - | | 2.00% |
| PRP Investigation | $125,000 | No | - - | | 2.00% |

* The United States presents equitable shares in the alternative for units at which the we argue Exxon's claim is time barred or inconsistent with the National Contingency Plan.

** Numerals Refer to Reasons for Incosistency: 1) Not Compliant w/NCP Steps; 2) No Public Participation; 3) No Review of ARARs.

## Baton Rouge

| Cleanup Unit | Costs Claimed | 113(g)(2) Time Barred? | Initial On-Site/Complete | NCP Consistent? | Allocation* |
|---|---|---|---|---|---|
| Shallow Fill Zone | $5,380,522 | Yes | 1987 / Ongoing | 1,2,3** | 1.00% |
| Old Silt Pond | $9,977,687 | Yes | 1991 / 1/19/1995 | Yes | 0.00% |
| Rice Paddy Landfarm | $4,622,578 | Yes | 1993 / 1/19/1995 | 1 | 0.00% |
| Old Silt Pond/Rice Paddy Landfill | $3,302,781 | Yes | See above / See above | See above*** | 0.00% |
| SWMU Investigations | $455,252 | No | - / - | | 1.00% |
| GW Monitoring and Remediation | $1,001,685 | No | - / - | | 1.00% |
| Soil Remediation | $676,462 | No | - / - | | 1.00% |
| No Description | $629,162 | No | - / - | | 1.00% |
| PRP Costs | $125,000 | No | | | 1.00% |

* The United States presents equitable shares in the alternative for units at which the we argue Exxon's claim is time barred or inconsistent with the National Contingency Plan.

** Figures Refer to Reasons for Incosistency: 1) Not Compliant w/NCP Steps; 2) No Public Participation; 3) No Review of ARARs.

*** Exxon has treated this cost group as common expenditures for the Old Silt Pond and the Rice Paddy Landfill. Should the Court allow one unit, but not the other, some allocation of the $3.3m in the group would presumably be required.

Appendix B

**Summary of Facts Relating to Exxon's Cleanups**

| Baytown Unit | Facts Showing No Imminent Risk to Receptor | Facts Showing Permanence | Cost (Approx.)[1] | NCP Version | Consistent with NCP? | Summary of Findings |
|---|---|---|---|---|---|---|
| Separator 3M | Closed to make room for new wastewater treatment aeration basin and to avoid RCRA upgrades; no evidence of imminent risk. SOF ¶¶ 5-7. | Certified clean closure (all sludge and contaminated soils removed). SOF ¶ 8. | $4.4M (with Separator 10) | 1982 | Yes | Consistent |
| Separator 10 | Closed to avoid RCRA upgrades; no evidence of imminent risk. SOF ¶¶ 11-13. | Certified clean closure (all sludge and contaminated soils removed). SOF ¶ 14. | $4.4M (with Separator 3M) | 1982 | Yes | Consistent |
| Upper and Lower Outfall Canals | Exxon applied for delay of closure to keep using canals for 3 years; no evidence of imminent risk; non-hazardous sludge in Lower Outfall Canal. SOF ¶¶ 16-20. | Closed as hazardous waste unit (hazardous and non-hazardous sludge removed). SOF ¶ 21. | $10.5M | 1990 | No | -Inadequate public participation |
| Velasco Street Ditch | Closed to avoid RCRA upgrades; no evidence of imminent risk. SOF ¶¶ 24-26. | Closed as hazardous waste unit (hazardous sludge removed); no further cleanup in 26 years since. SOF ¶ 27. | $1.8M | 1990 | No | -Not compliant with NCP steps<br>-No ARAR consideration<br>-No public participation |
| South Landfarm | Closed to comply with new RCRA standards; closure proposed in 1985 but not implemented until 1990; continued to be used for disposal of wastes in that time; no evidence of imminent risk. SOF ¶¶ 30-33. | Certified closed (dry out period then clay cap) with post-closure groundwater monitoring; no further action taken in 27 years since. SOF ¶ 34. | $1.6M | 1985 | No | -Not compliant with NCP steps<br>-No public participation<br>-No ARAR consideration |

---

[1] Ex. 11, Ficca Suppl. Report Attach. 3, Schedule B-1 (Jan. 2017)

1

| Baton Rouge Unit | Facts Showing No Imminent Risk to Receptor | Facts Showing Permanence | Cost (Approx.)[2] | NCP Version | Consistent with NCP? | Summary of Findings |
|---|---|---|---|---|---|---|
| Shallow Fill Zone | Contamination identified in 1980 but no corrective action taken for more than seven years; no evidence of imminent risk. SOF ¶¶ 46-48. | Corrective action involving recovery of free product from groundwater recovery wells; recovery is ongoing; 1987 Corrective Action Order required extraction or treatment of all contamination; both 1987 Orders "closed out." SOF ¶¶ 48-49. | $670,000 | 1985 | No | -Not compliant with NCP steps<br>-No public participation<br>-No ARAR consideration |
| Old Silt Pond | Closed to avoid RCRA upgrades; no evidence of imminent risk. SOF ¶¶ 52-54. | Certified closed (solidification of sludge and capped) with post-closure groundwater monitoring; no further action taken in 22 years since. SOF ¶ 56. | $10M + portion of $3.3M (with Rice Paddy Landfarm) | 1985 | Yes | Consistent |
| Rice Paddy Landfarm | Closed to avoid RCRA upgrades; no evidence of imminent risk. SOF ¶¶ 58-60. | Certified closed (capped) with post-closure groundwater monitoring; no further action taken in 22 years since. SOF ¶ 62. | $4.6M + portion of $3.3M (with Old Silt Pond) | 1985 | No | -Not Compliant with NCP Steps |

---

[2] Ex. 12, Ficca Suppl. Report Attach. 3, Schedule C-1 (Jan. 2017).

2