UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Exxon Mobil Corporation

v.                                                          Case Number: 4:10−cv−02386

United States of America

NOTICE OF RESETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
Courtroom 11B
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 7/13/2018

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Motion Hearing

Date:   March 5, 2018

David J. Bradley, Clerk