

**U.S. Department of Justice**

Environment and Natural Resources
Division

---

*Environmental Defense Section*                                    *Telephone: (202) 514-6390*
*P.O. Box 7611*                                                    *Facsimile: (202) 514-8865*
*Washington, DC 20044*

March 23, 2018

By U.S. Mail

David J. Bradley
Clerk of the Court
United States District Court
Southern District of Texas
United States Courthouse
515 Rusk Avenue
Houston, TX 77002



        Re:     *ExxonMobil v. United States*, Nos. 4:10-cv-002386 & 4:11-cv-01814 (S.D. Tex.)

Dear Mr. Bradley:

        Please find enclosed flash drives containing the exhibits to the United States of
America's Opposition to Exxon Mobil Corporation's Consolidated Motion for Partial Summary
Judgment as to Phase 2 Cost and Allocation Issues and accompanying Supplemental Statement
of Undisputed Facts and Responses to Exxon Mobil Corporations' Proposed Findings of
Undisputed Material Fact, which were electronically filed in the above-referenced pair of cases
on March 23, 2018.  We are filing the exhibits conventionally with permission of Judge
Rosenthal's Chambers (as discussed in advance of the December 15, 2017 summary judgment
filings) to avoid a rather substantial burden on the electronic filing system.  The flash drives do
not contain exhibits 1-163, which were previously filed by disk with the Court as part of the
United States' December 15, 2017 Motion for Partial Summary Judgment on Phase Two Issues,
to avoid duplicate filings.

        We have enclosed two identical flash drives, one for each of the above-referenced cases.
We will be providing courtesy copies to Lisa Eddins in Judge Rosenthal's Chambers separately.

        Please do not hesitate to contact me at (202) 514-6390 or Erica.zilioli@usdoj.gov with
any questions.

Best regards,

Erica M. Zilioli
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Tel.: (202) 514-6390
Fax.: (202) 514-8865
Email: erica.zilioli@usdoj.gov

*Counsel for the United States*

cc:     Daniel Steinway, Baker Botts LLP
        Tynan Buthod, Baker Botts LLP

**UNITED STATES DISTRICT COURT**          **SOUTHERN DISTRICT OF TEXAS**

ExxonMobil                    §
                              §
v.                            §     CASE NUMBER   <u>4:10-cv-2386</u>
                              §
United States                 §                   4:11-CV-1814
                              §

2 flash drives containing exhibits to the USA's Opposition to Exxon Mobil Corp's

Consolidated Motion for Partial Summary Judgment

**DOCUMENT IS:**

☐   **LOOSE IN FILE**

☐   **IN VAULT SEALED**

☑   **IN BROWN EXPANDABLE FOLDER**

**INSTRUMENT #_____**