IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| EXXON MOBIL CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action Nos.   H-10-2386 (LHR) |
| UNITED STATES OF AMERICA, | ) ) | H-11-1814 (LHR) |
| Defendant. | ) ) ) | |

**NOTICE OF FILING CORRECTED MATERIALS IN SUPPORT OF
PLAINTIFF EXXON MOBIL CORPORATION'S RESPONSE IN OPPOSITION TO
THE UNITED STATES' MOTION FOR PARTIAL SUMMARY JUDGMENT ON
PHASE TWO ISSUES**

On March 23, 2018, Plaintiff Exxon Mobil Corporation ("Exxon") filed its Response in Opposition to the United States' Motion for Partial Summary Judgment on Phase Two Issues in the above-captioned cases (Docket No. 209 in Case No. 10-2386, and Docket No. 140 in Case No. 11-1814).  In the course of reviewing its pleadings, Exxon discovered text in the Declaration of Mr. Richard Lane White (Exhibit 22) that should have been omitted.  Exxon is therefore filing a corrected Exhibit 22, which is attached to this Notice.

Active 37976745.1

Dated:  May 16, 2018	Respectfully submitted,


	 /s/ Daniel M. Steinway
	Daniel M. Steinway (S.D. Tex. No. 1105349) -
	    Attorney in Charge
	Tynan Buthod (S.D. Tex. No. 14036)
	Michael McGovern (S.D. Tex. No. 1095459)
	BAKER BOTTS L.L.P.
	The Warner
	1299 Pennsylvania Avenue, N.W.
	Washington, D.C.  20004-2400
	Tel.:    (202) 639-7700
	Fax:    (202) 639-7980
	daniel.steinway@bakerbotts.com

	*Counsel for Plaintiff Exxon Mobil Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of May, 2018, I served the foregoing to Defendant United States of America via the Court's ECF service upon the following counsel for Defendant:

Michael D. Rowe, Esq.
United States Department of Justice
Environment Division
Environmental Defense Section
601 D Street, N.W., Room 8110
Washington, D.C. 20004
michael.rowe@usdoj.gov

Justin D. Heminger, Esq.
United States Department of Justice
Environment Division
Environmental Defense Section
601 D Street, N.W., Room 8110
Washington, D.C. 20004
justin.heminger@usdoj.gov

Stephanie J. Talbert
United States Department of Justice
Environment Division
Environmental Defense Section
601 D Street, N.W., Room 8110
Washington, D.C. 20004
stephanie.talbert@usdoj.gov

Brian H. Lynk
United States Department of Justice
Environment Division
Environmental Defense Section
601 D Street, N.W., Room 8110
Washington, D.C. 20004
brian.lynk@usdoj.gov

Erica Zilioli
United States Department of Justice
Environment Division
Environmental Defense Section
601 D Street, N.W., Room 8110
Washington, D.C. 20004
erica.zilioli@usdoj.gov

/s/ Michael McGovern
Daniel M. Steinway (S.D. Tex. No. 1105349) -
   Attorney in Charge
Tynan Buthod (S.D. Tex. No. 14036)
Michael McGovern (S.D. Tex. No. 1095459)
BAKER BOTTS L.L.P.
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2400
Tel.:    (202) 639-7700
Fax:    (202) 639-7980
michael.mcgovern@bakerbotts.com

*Counsel for Exxon Mobil Corporation*
