IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EXXON MOBIL CORPORATION, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>) | 4:10-CV-02386 (LHR)<br>4:11-CV-01814 (LHR) |

**NOTICE OF CORRECTED FILINGS AND**
**CONVENTIONAL FILING OF MATERIALS**

Please take notice that, with permission from Chambers, the United States is filing corrected versions of the following Phase II summary judgment filings:

- Defendant United States of America's Memorandum in Support of Motion for Partial Summary Judgment on Phase Two Issues (Dec. 15, 2017), Dkt. No. 202-1 in 4:10-cv-02386 and Dkt. No. 133-1 in 4:11-cv-01814 (which was corrected a first time on January 24, 2018);

- Defendant United States of America's Statement of Undisputed Facts in Support of Its Motion for Partial Summary Judgment on Phase Two Issues (Dec. 15, 2017), Dkt. No. 202-2 in 4:10-cv-02386 and Dkt. No. 133-2 in 4:11-cv-01814 (which was corrected a first time on January 24, 2018);

- Defendant United States of America's Opposition to Plaintiff ExxonMobil Corp.'s Consolidated Motion for Partial Summary Judgment as to Phase Two Cost and Allocation Issues (Mar. 23, 2018), Dkt. No. 212 in 4:10-cv-02386 and Dkt. No. 142 in 4:11-cv-01814;

- Defendant United States of America's Supplemental Statement of Undisputed Facts in Opposition to Plaintiff ExxonMobil Corp.'s Consolidated Motion for Partial Summary Judgment as to Phase 2 Cost and Allocation Issues (Mar. 3, 2018), Dkt. No. 212-1 in 4:10-cv-02386 and Dkt. No. 142-1 in 4:11-cv-01814;

- Defendant United States of America's Response to Plaintiff's Proposed Findings of Undisputed Material Facts (Mar. 23, 2018), Dkt. No. 212-2 in 4:10-cv-02386 and Dkt. No. 142-2 in 4:11-cv-01814;

1

- Defendant United States of America's Reply in Support of Motion for Partial Summary Judgment on Phase Two Issues (Mar. 23, 2018), Dkt. No. 220 in 4:10-cv-02386 and Dkt. No. 150 in 4:11-cv-01814; and

- Defendant United States of America's Second Supplemental Statement of Undisputed Facts in Support of Its Motion for Partial Summary Judgment on Phase Two Issues (Mar. 23, 2018), Dkt. No. 220-1 in 4:10-cv-02386 and Dkt. No. 150-1 in 4:11-cv-01814.

The corrections to the preceding documents address typographical and citation errors and the addition of one exhibit inadvertently omitted, which has been designated U.S. Exhibit 303.

Please also take notice that, by agreement of the parties, Plaintiff ExxonMobil has released its claims of confidentiality as to United States Exhibits 2, 10, 11, 12, 14, 15, 28, 116, 149, 150, 151 and 162.  Exxon has also released its claims of confidentiality as to the majority of United States Exhibits 114 and 115, and the parties have agreed to certain redactions so those exhibits may be filed publicly.  As a result, the United States' Corrected Memorandum in Support of Motion for Partial Summary Judgment on Phase Two Issues, Corrected Statement of Undisputed Material Facts, and the above-referenced exhibits will be filed publicly.

Lastly, please take notice that, pursuant to Local Rule 5.1, the Court's Administrative Procedures, and permission from Chambers (which the parties sought in connection with the December 2017 motions for summary judgment in these cases), the United States is conventionally filing all exhibits accompanying the corrected filings (U.S. Exhibits 1-303) by thumb drive.  The United States will submit two copies of the thumb drives, one for each of the two above-captioned cases.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: June 8, 2018 | JEFFREY H. WOOD<br>Acting Assistant Attorney General<br>Environment and Natural Resources Division |
|  |  /s/ *Erica Zilioli*<br>Michael D. Rowe (Attorney-in-Charge)<br>Erica M. Zilioli |

        Justin D. Heminger
        Brian H. Lynk
        Stephanie J. Talbert
        Trial Attorneys
        Environmental Defense Section
        United States Department of Justice
        P.O. Box 7611
        Washington, DC 20044
        (202) 514-3144
        Email: michael.rowe@usdoj.gov

        RYAN K. PATRICK
        United States Attorney

        Jimmy Rodriguez
        Assistant United States Attorney
        Southern District No. 572175
        Texas Bar No. 24037378
        1000 Louisiana, Suite 2300
        Houston, TX 77002
        (717) 567-9532
        jimmy.rodriguez2@usdoj.gov

        *Counsel for Defendant United States*

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2018, I filed the foregoing using the Court's CM/ECF system, which will electronically serve all counsel of record registered to use the CM/ECF system.

/s/ *Erica Zilioli*