

**U.S. Department of Justice**

Environment and Natural Resources
Division

---

*Environmental Defense Section*
*P.O. Box 7611*
*Washington, DC 20044*

*Telephone: (202) 514-6390*
*Facsimile: (202) 514-8865*

June 08, 2018

By Federal Express

David J. Bradley
Clerk of the Court
United States District Court
Southern District of Texas
United States Courthouse
515 Rusk Avenue
Houston, TX 77002

United States Courts
Southern District of Texas
FILED
JUN 1 1 2018
David J. Bradley, Clerk of Court

    Re:    *ExxonMobil v. United States*, Nos. 4:10-cv-02386 & 4:11-cv-01814 (S.D. Tex.)

Dear Mr. Bradley:

    Please find enclosed thumb drives containing the exhibits to the Defendant United States of America's corrected filings concerning its Motion for Partial Summary Judgment on Phase Two Issues, which were electronically filed in the above-referenced pair of cases on June 8, 2018. We are filing the thumb drives conventionally with permission of Judge Rosenthal's Chambers to avoid a rather substantial burden on the electronic filing system.

    We have enclosed two thumb drives, one for each case. Pursuant to instructions from the Court, we will be providing courtesy copies to Lisa Eddins in Judge Rosenthal's Chambers separately.

    Please do not hesitate to contact me at (202) 514-6390 or Erica.zilioli@usdoj.gov with any questions.

    Best regards,

Erica M. Zilioli
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section

P.O. Box 7611
Washington, DC 20044
Tel.: (202) 514-6390
Fax.: (202) 514-8865
Email: erica.zilioli@usdoj.gov

*Counsel for the United States*

cc:     Daniel Steinway, Baker Botts LLP
        Michael McGovern, Baker Botts LLP
        Tynan Buthod, Baker Botts LLP

**UNITED STATES DISTRICT COURT**          **SOUTHERN DISTRICT OF TEXAS**

ExxonMobil                    §
                              §
v.                            §          CASE NUMBER   4:10-cv-2386
                              §
United States                 §                        4:11-cv-1814
                              §

Thumb Drive Exhibits

_____

_____

_____

_____

**DOCUMENT IS:**

☐     **LOOSE IN FILE**

☐     **IN VAULT SEALED**

☑     **IN BROWN EXPANDABLE FOLDER**

**INSTRUMENT #_____**