United States District Court
Southern District of Texas
**ENTERED**
June 26, 2018
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|                                   |     |                                  |
| --------------------------------- | --- | -------------------------------- |
| EXXON MOBILE CORPORATION          | §   |                                  |
|                                   | §   |                                  |
|                                   | §   |                                  |
| Plaintiff,                        | §   |                                  |
| v.                                | §   | CIVIL ACTION NO. H-10-2386       |
|                                   | §   | H-11-1814                        |
| UNITED STATES OF AMERICA          | §   |                                  |
|                                   | §   |                                  |
| Defendant.                        | §   |                                  |

**ORDER**

This court CANCELS the joint pretrial order deadline of July 26, 2018 and the docket call

setting for August 2, 2018, pending the ruling on the motions for summary judgment.  The joint

pretrial order filing deadline and date for docket call will be reset, if appropriate, after the motions

are resolved.

SIGNED on June 26, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge