United States District Court
Southern District of Texas
**ENTERED**
July 27, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EXXON MOBIL CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action Nos.  H-10-2386 (LHR)✓ |
| ) | H-11-1814 (LHR) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

### [PROPOSED] ORDER

This matter is before the Court upon Plaintiff Exxon Mobil Corporation's ("Exxon") Unopposed Motion for Leave to File Notice of Supplemental Authority ("Motion"). Upon consideration thereof, it is hereby

ORDERED that the Plaintiff's Motion is hereby GRANTED; and

ORDERED that Exxon file its Notice of Supplemental Authority in the above-captioned cases.

Signed on July 26, 2018 at Houston, Texas

_____
Lee H. Rosenthal
Chief United States District Judge

Active 38351728.1                                                         1