IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EXXON MOBIL CORPORATION, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Civil Action Nos.  H-10-2386 (LHR) |
| | )                                       H-11-1814 (LHR) |
| UNITED STATES OF AMERICA, | ) <br> ) |
| Defendant. | ) <br> ) |

**INDEX OF EXHIBITS**

| Exhibit No. | Description |
|:---:|---|
| A | Supplemental Expert Report of Matthew A. Low (Jan. 30, 2017) |
| B | Supplemental Expert Report of Matthew A. Low (Jan. 31, 2020) (with Attachments 1 – 7) |
| C | Email from M. Rowe (U.S. DOJ) to M. McGovern (Baker Botts L.L.P.) (Mar. 19, 2018) |